Thad M. Guyer
Thad M. Guyer (pro hac vice)
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe Street
Medford, OR 97501
(206) 954-1293
thad@guyerayers.com/tmguyer@tmguyer.com

Attorney for Plaintiff, Martin Anderson

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARTIN ANDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SOLDOTNA, a municipal corporation; and DAVID BOWER, an individual,<br><br>Defendants. | Case No. 3:23-cv-000119 KFR |

## MOTION TO ACCEPT OVERLENGTH BRIEF

Plaintiff, through his attorneys, respectfully request that the Court accept his overlength Opposition to Motion for Summary Judgment filed herewith.

District of Alaska Local R. Civ. P. 7.4(a) provides:

MOTION TO ACCEPT OVERLENGTH BRIEF
ANDERSON V. CITY OF SOLDOTNA ET AL
CASE NO. 3:23-cv-000119 KFR

Page 1 of 3

(1) For motions brought under Fed. R. Civ. P. 12(b), 12(c) and 56, motion and opposition memoranda must not exceed 35 pages or 10,000 words, with replies not exceeding 20 pages, or 5,700 words.

Plaintiff's Opposition exceeds the ordinarily applicable 35 page limit. The facts and law pertaining to Plaintiff's causes of action are complex and would not be adequately addressed within the page limits set forth in Local Rule 7.4(a). Application of the page limit in Local Rule 7.4(a) would prejudice Plaintiff's arguments by requiring the omission of relevant facts and legal authorities necessary to decide the motion. The issues before the Court are dispositive and the Court should be fully informed when deciding these issues on the merits. As such, Plaintiff respectfully requests that the Court accept his overlength Opposition to Motion for Summary Judgment as filed.

DATED this ____20th____ of June 2025 at Tay Ninh, Vietnam.

        T.M. Guyer and Ayers & Friends, PC

        By: ___*s/Thad M. Guyer*___

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025 a true and correct copy of the foregoing motion was served upon all parties by electronic ECF Service

/s/ Thad M. Guyer
_____