# ENTITY DETAILS

## Name(s)

| Type | Name |
|---|---|
| Legal Name | Trident Engineering and Inspection, Inc. |

**Entity Type:** Business Corporation

**Entity #:** 10153567

**Status:** Good Standing

**AK Formed Date:** 1/26/2021

**Duration/Expiration:** Perpetual

**Home State:** MAINE

**Next Biennial Report Due:** 1/2/2027

**Entity Mailing Address:** 21 SACO STREET, WESTBROOK, ME 04092

**Entity Physical Address:** 21 SACO STREET, WESTBROOK, ME 04092

## Registered Agent

**Agent Name:** Corporation Service Company

**Registered Mailing Address:** 8585 OLD DAIRY RD STE 208, JUNEAU, AK 99801

**Registered Physical Address:** 8585 OLD DAIRY RD STE 208, JUNEAU, AK 99801

## Officials

☐ Show Former

| AK Entity # | Name | Titles | Owned |
|---|---|---|---|
| | Brittany Winkler | Shareholder, Vice President | 18.00 |
| | James Hall | President, Shareholder | 82.00 |

## Filed Documents

| Date Filed | Type | Filing | Certificate |
|---|---|---|---|
| 1/26/2021 | Creation Filing | Click to View | Click to View |
| 12/06/2022 | Agent Change | Click to View | |
| 3/30/2023 | Biennial Report | Click to View | |
| 2/13/2025 | Biennial Report | Click to View | |

Close Details    🖨 Print Friendly Version

Alaska Entity #10153567

# State of Alaska
## Department of Commerce, Community, and Economic Development
## Corporations, Business, and Professional Licensing

# Certificate of Authority

The undersigned, as Commissioner of Commerce, Community, and Economic Development of the State of Alaska, hereby certifies that a duly signed and verified filing pursuant to the provisions of Alaska Statutes has been received in this office and has been found to conform to law.

ACCORDINGLY, the undersigned, as Commissioner of Commerce, Community, and Economic Development, and by virtue of the authority vested in me by law, hereby issues this certificate to

**Trident Engineering and Inspection, Inc.**
**to transact business in this state under the name of**
**Trident Engineering and Inspection, Inc.**



IN TESTIMONY WHEREOF, I execute the certificate and affix the Great Seal of the State of Alaska effective **January 26, 2021**.

Julie Anderson
Commissioner