JIM C. WILKSON, ESQ.
KENDRA E. BOWMAN, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
Phone: (907) 274-5100  Fax: (907) 274-5111
Email: jwilkson@farleygraves.com; kbowman@farleygraves.com

Attorneys for Defendants, The City of Soldotna
   and David Bower

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARTIN ANDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SOLDOTNA, a municipal corporation; and DAVID BOWER, an individual,<br><br>Defendants. | Case No. 3:23-cv-000119 SLG |

**DEFENDANT DAVID BOWER'S RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS**

Defendants, The City of Soldotna and David Bower (collectively "Defendants"), by and through counsel, hereby responds to Plaintiff's First Set of Discovery Requests to David Bower ("Officer Bower") as follows:

**General Objections**

DEFENDANT DAVID BOWER'S RESPONSES TO PLAINTIFF'S
FIRST SET OF DISCOVERY REQUESTS
ANDERSON V. CITY OF SOLDOTNA ET AL
CASE NO. 3:23-cv-000119 SLG
Page 1 of 23
/KB
A.33387

Case 3:23-cv-00119-KFR   Document 36-6   Filed 06/06/25   Page 1 of 3

EXHIBIT E
Page 1 of 3

## INTERROGATORIES

**INTERROGATORY NO. 1:** Identify all individuals who were present on April 26, 2021, when Russell Pack claimed Plaintiff had participated in intellectual theft to the Defendant.

**RESPONSE:** Objection to "all individuals who were present" as overbroad, vague, and ambiguous, and seeking information that is not relevant to the particular issues and circumstances of the case, nor proportional to the needs of the case. Without waiving any objection, SPD Officer Justin Swangel received the walk-in report from Russell Pack. *See also* Bates stamped docs COS 62-65; 139.

**INTERROGATORY NO. 2:** Explain, in detail, how the Defendant became the investigating Officer for the Plaintiff's dispute with Trident Engineering and Inspection.

**RESPONSE:** The case was originally handled by Officer Swangel, however it was reassigned to Officer Bower for two reasons: (1) Officer Swangel went on vacation beginning March 27, 2021; and (2) Officer Bower received specialty training in computer forensics. *See* bates stamp doc. COS 483.

**INTERROGATORY NO. 3:** Identify all inquiries the Defendant made of Computer Renaissance staff regarding the Plaintiff.

**RESPONSE:** Objection. Request is overbroad, vague, and ambiguous as it is not limited in scope or time, and seeks information that is not relevant to the particular issues and circumstances of the case, nor proportional to the needs of the case. Without waiving

DEFENDANT DAVID BOWER'S RESPONSES TO PLAINTIFF'S
FIRST SET OF DISCOVERY REQUESTS
ANDERSON V. CITY OF SOLDOTNA ET AL
CASE NO. 3:23-cv-000119 SLG

Page 6 of 23

/KB
A.33387

Case 3:23-cv-00119-KFR   Document 36-5   Filed 06/06/25   Page 2 of 3

EXHIBIT E
Page 2 of 3

# VERIFICATION

I, DAVID BOWER, am a defendant in the above-captioned matter. I believe, based on reasonable inquiry, that the foregoing responses to Plaintiff's First Set of Discovery Requests are true and correct to the best of my knowledge, information, and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on this day _16_ of _APRIL_ 2025.

_____
David Bower

DEFENDANT DAVID BOWER'S RESPONSES TO PLAINTIFF'S
FIRST SET OF DISCOVERY REQUESTS
ANDERSON V. CITY OF SOLDOTNA ET AL
CASE NO. 3:23-cv-000119 SLG

Page 23 of 23

/KB
A.33387

Anderson v. City of Soldotna ha16j401by

Case 3:23-cv-00119-KFR    Document 36-6    Filed 06/06/25    Page 3 of 3

EXHIBIT E
Page 3 of 3