Alaska Business License # 2128198

**Alaska Department of Commerce, Community, and Economic Development**

Division of Corporations, Business, and Professional Licensing
PO Box 110806, Juneau, AK 99811-0806

This is to certify that

## Alaska Training & Technical Services

PO Box 1388, Sterling, AK 99672

owned by

Martin T Anderson

is licensed by the department to conduct business for the period

March 28, 2021 to December 31, 2022
for the following line(s) of business:

54 - Professional, Scientific and Technical Services



This license shall not be taken as permission to do business in the state without having complied with the other requirements of the laws of the State or of the United States.

This license must be posted in a conspicuous place at the business location.
It is not transferable or assignable.

Julie Anderson
Commissioner

COS 0906