| | |
|---|---|
| **From:** | sbower@soldotna.org |
| **Sent:** | Tuesday, June 1, 2021 3:41 PM |
| **To:** | 3KNmailbox@akcourts.us |
| **Cc:** | dbower@soldotna.org |
| **Subject:** | Search Warrant Returns |
| **Importance:** | High |

Attached are the Search Warrant Returns 3KN-21-76SW and 3KN-21-77SW- Officer David Bower- Soldotna PD (case number SO21000745)

If you have any questions, please contact him at dbower@soldotna.org or his cell (907) 252-2010



Samantha Bower
Police Clerk II
City of Soldotna    sbower@soldotna.org
p: 907.262.4455   f: 907.262.4421

I'm using Adobe Acrobat.
You can view and comment on "3KN-21-76SW - Search Warrant Return.pdf" at:
https://acrobat.adobe.com/id/urn:aaid:sc:VA6C2:f74edcd6-b95e-442a-af88-e5221c58f7d7
You can view and comment on "3KN-21-77SW - Search Warrant Return.pdf" at:
https://acrobat.adobe.com/id/urn:aaid:sc:VA6C2:3faca9ab-d2ac-44eb-aad6-89914564b0b6