IN THE DISTRICT/SUPERIOR COURT STATE OF ALASKA
THIRD JUDICIAL DISTRICT KENAI

In the Matter of: )
)
Search Warrant 3KN-21-00076SW, and )
Search Warrant 3KN-21-00077SW. ) Case no. 3KN-21-00076SW
_____ ) Case no. 3KN-21-00077SW

## AFFIDAVIT OF SUBJECT OF SEARCH WARRANTS IN SUPPORT OF MOTION TO SUPPRESS TWO SEARCH WARRANTS

STATE OF ALASKA )
) ss:
THIRD JUD. DISTRICT )

1. My name is Martin "Marty" Anderson and I am the subject of two search warrants (identified above in the caption). I have personal knowledge of the facts contained in this affidavit and the motion to suppress two search warrants filed herewith and believe the facts and inferences that can be reasonably drawn therefrom are true and accurate upon information and belief.

2. On or about March 23, 2021, after Trident Engineering & Inspection apparently purchased a business I had sold to Southern Services, Inc. (SSI), Trident provided me a document they represented as an employment agreement. I had such an agreement with SSI and I understood that Trident was supposed to honor the entire agreement to buy-out my interest in the original business and to keep me on as an employee in addition to my buy-out.

3. I was asked to sign some kind of employment agreement on 3/23/2021 by Trident's Vice President Russ Pack but was not given a copy. I was fired the next day by Trident's President James Hall before I ever completed the hiring process according to Trident's Employee Manual. So while I was ostensibly "fired" I was never an employee of Trident, but instead worked as an independent contractor for them for a few days.

4. On or about April 9, 2021 I learned that my personal email hosted by Brinkster.com servers was compromised because I was unable to login to that site as usual.

5. In retrospect, I think it is possible that Trident was monitoring my communications including my private email since late December 2020 when the President of Trident placed software on my laptop.

6. In any event, on April 9, 2021 my personal email account [ martya@usalaska.biz ] was moved from its usual server at Brinkster.com to some website I had never used called Zimba.com. I did not have the password to access my own personal email on Zimba.com, because I am not the one that moved it there or changed the password.

7. The following series of photos were taken by me when I was figuring out what happened to my personal email starting April 9, 2021 – and my description of what I was trying to capture.



This photo shows my password to my Brinkster.com account prior to the password being changed.



This photo shows where I believe my Brinkster.com account was relocated to by someone. Zimbra.com asked for a password, which I did not have, so I was unable to login to my own personal email account. (April 9, 2021)



This photo shows on my Brinkster page that my personal email [martya@usalaska.biz] has been moved and is no longer hosted at Brinkster.com.

Affidavit of Martin Anderson



This photo shows I changed my password for the first time after I realized my computer / personal email had been hacked by someone. (April 9, 2021).



This photo shows on my Google account page that an unknown third party has access my information the following day (April 10, 2021).

Affidavit of Martin Anderson

COS 0684



This photo apparently shows what third party accessed my computer: "Trident (Alaska)". (April 10, 2021).



This photo shows I changed my password for the second time after I realized my computer / personal email had been hacked by someone. (April 11, 2021).

Affidavit of Martin Anderson

COS 0685



This photo after a "Security Checkup" apparently shows four devices signed into my account, including one with "third-party access." (April 12, 2021).



This photo shows that my LinkedIn.com account was hacked, too. Someone added my business I sold that became Trident Alaska to the front page. I was able to see that Trident's President James Hall had visited this page repeatedly the week prior. (April 12, 2021).

Affidavit of Martin Anderson

ERIC DERLETH
Trial Lawyer

386 Heath Place
Soldotna, Alaska 99669
Ph. (907) 262-9164
Fax (907) 262-6815



This photo shows my password was changed again, after I modified in multiple times. This suggests the password was changed by Trident's President James Hall, or someone else wants me to think it was James Hall, since the new password was "JamesHall123456" (April 12, 2021).

8. Until someone searches the computers used to hack my personal computer and email, or until Brinkster.com provides the specific IP Address or Addresses used to change my personal email passwords, I cannot be 100% certain of who hacked my account. But the password that reads "JamesHall123456" makes me suspicious that it was James Hall. Moreover, Trident's lawyer sent a so-called "Cease and Desist" letter on April 9, 2021 to my two new employers accusing me of possibly providing stolen data to the new employers by using my personal email to do it. What is their basis for accusing me of that? While I did not violate the law, it seems someone in law enforcement should ask how Trident could possibly know that unless they were secretly monitoring my email.

9. Specifically, Trident's lawyer wrote: "Contact with your organization was made through, but was not necessarily limited to, emails with the email account identifiable as "USAlaska.biz" on or before April 8, 2021."

10. The criminal theft allegation against me seems dubious given that no data or other proprietary information was stolen, since I believe that Trident has all the information they claim was stolen. If they have it, how was it stolen?

11. Also, the following documented events occurred before Trident went to Soldotna Police Dept. and claimed I stole their data:

   A. <u>Prior</u> to James Hall and his partner Russ Pack reporting the alleged "theft" to SPD, Trident purportedly hired me in a sham employment agreement, only to fire me the following day based on allegations that I violated Trident's "policies and procedures" (despite that there was no time for me to violate anything since I was almost simultaneously hired and fired).

   B. <u>Prior</u> to Trident (Pres. James Hall and VP Russ Pack) reporting the alleged "theft" to SPD, I discovered what I believed was Trident illegally accessing and surveilling me through the surreptitious acquisition of my private email password(s) that were hosted on the server Brinkster.com (a server I had used for nearly two decades).

   C. <u>Prior</u> to Trident reporting to SPD that I "stole" their data, I had already reported Trident's illegal hacking to the FBI via the DOJ cyber-hacking web portal known as the **Internet Crime Complaint Center** (IC3).

   D. <u>Prior</u> to Trident reporting the alleged theft, on April 17, 2021, I emailed the President and VP of Trident (James Hall and Russ Pack) and staff at the local Trident office, that I discovered what I thought to be Trident's illegal hacking and surveillance, which had been going on for months. I specifically included in the email that I reported the hacking to Alaska Troopers and the FBI.

   E. <u>Prior</u> to Trident reporting the alleged theft, I repeatedly had to track down my own email that was hosted by Brinkster.com, having found that it was

moved to something called Zimbra.com. After I found my email on Zimbra.com, I changed the passwords multiple times. Despite changing the password, again I was unable to login to his email three days later. I called Brinkster.com and they provided me the new password: **JamesHall123456** (Again, "James Hall" is the name of the President of Trident.)

F. <u>Prior</u> to Trident reporting the alleged theft, I did a security scan of my personal computer on April 9, 2021, which indicated my personal email was accessible by one application, listed as: "Trident (Alaska)" and associated with my personal email martya@usalaska.biz – there was no reason for this email to be associated with Trident Alaska.

G. <u>Prior</u> to Trident reporting the alleged theft, I also found that my LinkedIn.com account was hacked and some unknown person posted my former business known as **Alaska Technical Training** website on my LinkedIn home page, where it also listed two Trident-owned domains: AlaskaNDT.com and AlaskaNDT.org. Notably, Alaska Technical Training is the same business that I sold to Texas company Southern Services, Inc., which in turn sold the business to Trident. I also was able to see that James Hall was on my LinkedIn account multiple times in the week before I discovered that my email was compromised.

H. <u>Prior</u> to Trident reporting the alleged theft, I contacted OSHA and made a whistleblower complaint for numerous safety violations that I observed while working as a contractor to Trident, and spoke to OSHA personnel about these allegations a few days later.

I. <u>Prior</u> to Trident reporting the alleged theft, Trident may have learned through its illegal access into my personal email that he received two job offers just after my sham hiring/termination, one offer from Precision NDT in New Mexico and the other from Blackhawk Engineering in Illinois. This led to Trident's lawyer sending both employers threatening so-called "Cease and Desist" letters, essentially accusing me of misappropriation without evidence to perhaps try to get me fired (again).

Affidavit of Martin Anderson — COS 0689 — Page 9 of 10

Case 3:23-cv-00119-KFR  Document 36-20  Filed 06/06/25  Page 9 of 10

EXHIBIT V
Page 9 of 10

12. There is a great deal of information on my computer that I must retain to do my job and be in compliance with my certificates and classifications. That information should not be shared outside of law enforcement should the court not grant my motion to suppress the search warrants. Some of that information is listed in detail in the motion to suppress, so it won't be repeated here.

DATED on June 1, 2021

_____
Martin Anderson

SUBSCRIBED to and sworn before me on June 1, 2021.

_____
Notary Public

8-1-00
Comm. Expires

Affidavit of Martin Anderson

Page 10 of 10

COS 0690

Case 3:23-cv-00119-KFR    Document 36-20    Filed 06/06/25    Page 10 of 10

EXHIBIT V
Page 10 of 10