| D.A. File Number | | Page | **Criminal Case Intake and Disposition** ATN: 117540495 Print this number in the "State Usage" Block of the fingerprint card(s). | Court Number | |
|---|---|---|---|---|---|
| Defendant 1 of 1 | | Page 1 of 1 | | Citation Number | |

| Last Name | First | MI | DOB | Alias | SSN |
|---|---|---|---|---|---|
| ANDERSON, | MARTIN | T. | | | |

| Driver's Lic. No. 1024344 ☐CDL | Date of Arrest/Citation | Victim Name TRIDENT ENGINEERING | DOB | SSN |
|---|---|---|---|---|
| APSIN ID. No. 1024344 | No Arrest/Citation ☒ Work Zone/Safety Corridor ☐ | Victim Residence 35911 KENAI SPUR HWY #11 SOLDOTNA, AK 99669 | | |
| Referring Officer BOWER | Date of Offense 03-22-21 | Victim Mailing Address SAME | | |
| Referring Agency S.P.D. | Place of Offense SOLDOTNA | Victim Phone | | |
| Report Number(s) 5021000745 | DOMESTIC VIOLENCE: ☐ YES ☒ NO | Victim Contact Name/Phone RUSSELL PACK 207-212-8342 | | |
| Case Received in DAO by (Print Name) BR | Date 06-10-21 | Case Screened by (Print Name) | Date | |

| | CTN 001 | Statute or Regulation | F M or V | A B C or U | Disposition | Reason |
|---|---|---|---|---|---|---|
| Referred | THEFT 1 | A.S. 11.46.130(a) | F | B | RF | VTDP |
| Accepted | | | | | | |
| Convicted | | | | | ☐ Sentence Reversed/Remanded | ☐ Conviction Reversed/Remanded |
| Sentence | Prison Term/Amount Suspended | Fine/Amount Suspended | | | Probation Term | ☐ SIS |

| | CTN 002 | Statute or Regulation | F M or V | A B C or U | Disposition | Reason |
|---|---|---|---|---|---|---|
| Referred | | | | | | |
| Accepted | | | | | | |
| Convicted | | | | | ☐ Sentence Reversed/Remanded | ☐ Conviction Reversed/Remanded |
| Sentence | Prison Term/Amount Suspended | Fine/Amount Suspended | | | Probation Term | ☐ SIS |

| | CTN 003 | Statute or Regulation | F M or V | A B C or U | Disposition | Reason |
|---|---|---|---|---|---|---|
| Referred | | | | | | |
| Accepted | | | | | | |
| Convicted | | | | | ☐ Sentence Reversed/Remanded | ☐ Conviction Reversed/Remanded |
| Sentence | Prison Term/Amount Suspended | Fine/Amount Suspended | | | Probation Term | ☐ SIS |

Instructions and Comments (Include information on concurrent/consecutive sentences and whether prosecution is being deferred.):

FOR REVIEW

Dispose Evidence
X Yes    No

Asset Forfeiture Ordered [] Yes [x] No        Federal Involvement [] Yes [x] No        Gang Involvement [] Yes [x] No
Person is on Bail in Another Case [] Yes [x] No    Three – Judge Panel [] Yes [x] No    Cooksey Plea []Yes [x] No

| Sentencing Prosecutor (Print Name) Justin Works | Sentencing Judge (Print Name) | Sentencing Date 10/28/21 |
|---|---|---|

FM or V: Felony Misdemeanor or Violation          A B C or U: Class A B C or Unclassified (can be left blank for violation)
FORM NO. 03-102 (REV. 1/13)          CONFIDENTIAL: Compiled for Prosecutor and Law Enforcement Use Only.
PROSECUTOR FILE                                                                  2018

COS 0939