| From: | jswangel@soldotna.org |
|---|---|
| Sent: | Monday, April 26, 2021 2:59 PM |
| To: | tbrennan@soldotna.org |
| Subject: | Theft Case #SO21000745-Trident Engineering & Inspection |

Sgt. Brennan,

Lt. Kant already knows about his case but advised to pass this along to somebody else since I will be gone on leave after today. I wrote up what Russell Pack provided so far and Pack said he was going to work on gathering the company info and dollar value that was taken.

Thanks!
Swangel



**Justin Swangel**
Police Officer
City of Soldotna | jswangel@ci.soldotna.ak.us
p: 907.262.4455 | f: 907.262.4421