| D.A. File Number | Criminal Case Intake and Disposition ATN: 117540495 Print this number in the "State Usage" Block of the fingerprint card(s). | Court Number |
|---|---|---|
| Defendant 1 of 1 | Page 1 of 1 | Citation Number |

| Last Name | First | MI | DOB | Alias | SSN |
|---|---|---|---|---|---|
| ANDERSON, | MARTIN | T. | | | |

Driver's Lic. No. 1024344 ☐CDL
Date of Arrest/Citation
Victim Name: TRIDENT ENGINEERING  DOB   SSN

APSIN ID. No. 1024344
No Arrest/Citation ☒
Work Zone/Safety Corridor ☐
Victim Residence: 35911 KENAI SPUR HWY #11 SOLDOTNA, AK 99669

Referring Officer: BOWER
Date of Offense: 03-22-21
Victim Mailing Address: SAME

Referring Agency: S.P.D.
Place of Offense: SOLDOTNA
Victim Phone
Victim's Primary Spoken Language:

Report Number(s): 5021000745
DOMESTIC VIOLENCE: ☐YES ☒NO
Victim Contact Name/Phone: RUSSELL PACK  207-212-8342

Case Received in DAO by (Print Name): BR    Date: 06-10-21
Case Screened by (Print Name):   Date:

| | CTN 001 | Statute or Regulation | F M or V | A B C or U | Disposition | Reason |
|---|---|---|---|---|---|---|
| Referred | THEFT 1 | A.S. 11.46.120(a) | F | B | RF | VTDP |
| Accepted | | | | | | |
| Convicted | | | | | ☐ Sentence Reversed/Remanded | ☐ Conviction Reversed/Remanded |
| Sentence | Prison Term/Amount Suspended | Fine/Amount Suspended | | | Probation Term | ☐ SIS |

| | CTN 002 | Statute or Regulation | F M or V | A B C or U | Disposition | Reason |
|---|---|---|---|---|---|---|
| Referred | | | | | | |
| Accepted | | | | | | |
| Convicted | | | | | ☐ Sentence Reversed/Remanded | ☐ Conviction Reversed/Remanded |
| Sentence | Prison Term/Amount Suspended | Fine/Amount Suspended | | | Probation Term | ☐ SIS |

| | CTN 003 | Statute or Regulation | F M or V | A B C or U | Disposition | Reason |
|---|---|---|---|---|---|---|
| Referred | | | | | | |
| Accepted | | | | | | |
| Convicted | | | | | ☐ Sentence Reversed/Remanded | ☐ Conviction Reversed/Remanded |
| Sentence | Prison Term/Amount Suspended | Fine/Amount Suspended | | | Probation Term | ☐ SIS |

Instructions and Comments (Include information on concurrent/consecutive sentences and whether prosecution is being deferred.):
FOR REVIEW

Dispose Evidence  ☒Yes  ☐No

Asset Forfeiture Ordered [] Yes [x] No
Federal Involvement [] Yes [x] No
Gang Involvement [] Yes [x] No
Person is on Bail in Another Case [] Yes [x] No
Three – Judge Panel [] Yes [x] No
Cooksey Plea []Yes [x] No

Sentencing Prosecutor (Print Name): Justin Works
Sentencing Judge (Print Name):
Sentencing Date: 10/28/21

FM or V: Felony Misdemeanor or Violation     A B C or U: Class A B C or Unclassified (can be left blank for violation)
FORM NO. 03-102 (REV. 1/13)    CONFIDENTIAL: Compiled for Prosecutor and Law Enforcement Use Only.
PROSECUTOR FILE
2018

COS 0939