

# Soldotna Police Department
## Incident Report

## Incident: SO21000745

| | |
|---|---|
| **Incident Type:** | Theft [THEF] |
| **Incident time:** | 04/26/2021 13:30 - 04/26/2021 13:30 |
| **Reported time:** | 04/26/2021 13:30 |
| **Incident location:** | 44661 STERLING HIGHWAY, SOLDOTNA, Kenai Peninsula Borough AK USA 99669 (COMPUTER RENAISSANCE) (Beat/zone: HDQD) |
| **Incident status:** | Closed by investigation |
| **Summary:** | CFS #5474/Trident Engineering & Inspection Vice President, Russell Pack, reported an intellectual theft by former employee, Martin Anderson. Anderson took a company owned computer to Computer Renaissance. Anderson had the company information transferred to his personal computer before returning the company computer that was wiped clean. Pack said Anderson now works with their competitor's Blackhawk Engineering and Precision NDT. Pack was advised to provide what company information that was taken and a value on the property. I provided Pack a case number. |

## Incident Activities/Offenses

- Theft - AS11.46.120(a) - Theft 1st - Theft $25000 or More

## Involved Persons/Organizations

### ANDERSON, MARTIN THOMAS

| | | | |
|---|---|---|---|
| **Classification:** | Charged; Suspect | | |
| **SID:** | AK1024344 | **DL:** | 1024344 AK |
| **Gender:** | Male | **DOB:** | 01/13/1964 |
| **Address:** | 36696 KIMBALL COURT, STERLING, KENAI PENINSULA BOROUGH AK USA 99672 (Beat/zone: HDQF) | | |
| **E-mail:** | | | |
| **Telephone:** | (Cellular phone) (907) 252-7800 | | |
| **Height:** | 5'5" | **Weight:** 185lb | **Build:** |
| **Race:** | White | **Hair Color:** Brown | **Eye Color:** Blue |

COS 0908

## HALL, JAMES E

| | | | | | |
|---|---|---|---|---|---|
| **Classification:** | Mentioned in report | | | | |
| **SID:** | AK9238795 | **DL:** | | | |
| **Gender:** | Male | **DOB:** | 11/30/1982 | | |
| **Address:** | None | | | | |
| **E-mail:** | | | | | |
| **Height:** | 6'0" | **Weight:** | 190lb | **Build:** | |
| **Race:** | | **Hair Color:** | Brown | **Eye Color:** | Blue |

## PACK, RUSSELL W

| | | | | | |
|---|---|---|---|---|---|
| **Classification:** | Complainant | | | | |
| **SID:** | AK9233745 | **DL:** | | | |
| **Gender:** | Male | **DOB:** | 11/02/1967 | | |
| **Address:** | None | | | | |
| **E-mail:** | | | | | |
| **Telephone:** | (Cellular phone) (207) 212-8342 | | | | |
| **Height:** | 6'0" | **Weight:** | 230lb | **Build:** | |
| **Race:** | White | **Hair Color:** | Blonde or strawberry | **Eye Color:** | Blue |

## TRIDENT ENGINEERING & INSPECTION

| | |
|---|---|
| **Classification:** | Victim |
| **ID:** | **Type:** Business |
| **Address:** | 35911 KENAI SPUR Highway, Suite 11, SOLDOTNA, Kenai Peninsula Borough AK USA 99669 |
| **E-mail:** | No known E-mail |
| **Telephone:** | |

## Involved Property

- P21016722 / Documents: Other / Recovered; Stolen / Other
- P21019740 / Computer items: Laptop / Evidence / Laptop DELL LATITUDE 5440 / 7JB5L32
- P21020172 / Records : Other (see remarks) / Evidence / Other (see remarks)

## Involved Addresses

- 44661 STERLING HIGHWAY / Incident location / SOLDOTNA, Alaska, USA 99669 (COMPUTER RENAISSANCE) (Beat/zone: HDQD)

COS 0909

## Involved Officers

- Investigator; Reporting officer / #DMB1 BOWER, DAVID M / SOL
- Reporting unit / #SOLP SOLDOTNA POLICE PATROL / SOL
- Assisting officer / #JJS5 SWANGEL, JUSTIN J / SOL

## Reports

### Proposed Charges Report

**Subject:** ANDERSON, MARTIN THOMAS / Charged; Suspect / DOB: 01/13/1964 (57) Gender: Male (36696 KIMBALL COURT, STERLING, KENAI PENINSULA BOROUGH AK USA 99672 (Beat/zone: HDQF) (Cellular phone) (907) 252-7800 ) DL:AK:1024344

**Charges to be Considered:**
AS11.46.120(a) Theft 1st - Theft $25000 or More; : Adult; Inc: SO21000745; Offense Date:03/22/2021; : TRIDENT ENGINEERING & INSPECTION; Offense Address: 44661 STERLING HIGHWAY, SOLDOTNA, Kenai Peninsula Borough AK USA 99669 (COMPUTER RENAISSANCE) (Beat/zone: HDQD); : #DMB1 BOWER, D. ()

### Victim report

**Subject:** TRIDENT ENGINEERING & INSPECTION / Victim / 35911 KENAI SPUR Highway, Suite 11, SOLDOTNA, Kenai Peninsula Borough AK USA 99669

**Author:** #DMB1 BOWER, D.  **Report time:** 06/04/2021 13:07

**Offender/Offense:**
**ANDERSON, MARTIN THOMAS Jr**
SO21000745 [001] AS11.46.120(a) Adult Theft 1st - Theft $25000 or More 06/04/2021 Pending

**Victim services notified:**   **Victim services accepted:**
**Victim services notified by:**
**Victim notified:**
**Sexual assault kit:** No   **Time:**

### General report

**Author:** #DMB1 BOWER, D.  **Report time:** 04/28/2021 12:17
**Narrative:**

On 04-26-21 at 1330 hours, **Trident Engineering & Inspection** Vice President, **Russell Pack**, stopped by the department to report an intellectual theft by former employee, **Martin Anderson**, to Officer Swangel. Pack reported Anderson took a company owned

COS 0910

computer to Computer Renaissance, located in Soldotna, and had the company information transferred to his personal computer before returning the company computer that had been wiped clean.

On 04-27-21 Sgt. Brennan requested I take over the investigation due to Officer Swangel being on leave. I contacted staff at Computer Renaissance and was provided the work order and notes for Martin Anderson which was initiated on 09-05-21 at 1237 hours. Computer Renaissance transferred the hard drive from a Dell Latitude E5470 onto an Orico external hard drive. On 03-22-21 Anderson brought in a Dell Latitude E5440 and requested a clone copy be put on the E5440. Anderson also requested the process to be expedited. Anderson later picked up both laptops.

04-28-21 at 1103 hours, I called and left a message with Russell Pack requesting a return phone call. Pack called back and I spoke with him at about 1245 hours. Pack estimated the value of the lost data at $10,000. Pack further advised he would provide me with a written statement, logs, and of the receipt for the services at Computer Renaissance. Pack also advised Anderson had paid out of pocket for the computer work and had not billed the company.

On 04-28-21 at 1103 hours, I contacted Russell Pack and requested an estimate of the value of the lost data and for him to provide computer logs from their I.T. department.

On 04-30-21 at 1204 hours, Trident Engineering & Inspection President James Hall contacted me and provided the Final Purchase & Sale Agreement, which was documentation that showed Trident Engineering & Inspection had purchased the company from Southern Services, Inc. on 01-22-21 for $280,000. The following is a portion of that agreement:

1. Purchase and Sale. Upon the terms and subject to the conditions provided in

this Agreement, Seller agrees to sell and convey to Purchaser, and Purchaser agrees to

purchase from Seller, the following property and assets (hereinafter the "Assets"):

a. the equipment and other tangible assets set forth on Exhibit A attached

hereto;

b. all client lists and associated client data of the Business;

c. Lease of office space in Soldotna, Alaska from date of execution of

Purchase.

d. trade names used in connection with the Business, including "Alaska

Technical Training" and "Alaska Technical"; and

e. The goodwill of the Business.

Hall also advised some of the missing data were project files, client lists, the Alaska Technical Training course materials and exams. Hall further advised Anderson contacted all of their clients, many of their employees, and used such words as "fraud" in emails to these people. Hall said Anderson has set up an office for a competitor in the area, Precision NDT, and has established a training school called "Alaska Technical & Training Services."

On 05-04-21, James Hall provided me with documentation from the business I.T. department which used Trident software to link the business laptops to the company server. The software communicates with the server every time it is connected to the Internet. The logs showed the company lap top, Dell Latitude E5470 serial #F5XPGC2, last connected to their server on 03-26-

COS 0911

21 at 0814 hours. Anderson turned in the company computer on 03-25-21, which had a new Windows 10 installed on it and did not have any of the company files. The logs further showed that after the computer was turned in, on 3-29-21 at 1111 hours, a new computer connected to their server, a Dell Latitude #5440 serial #7JB5L32, This was made possible due to the cloned drive transferring the Trident software to the new computer.

On 05-06-21 at 1537 hours, Pack provided additional documents outlining some of the data taken from the computer and the reported value which totaled $31,290. I added the provided forms to the report, which were labeled exhibit 1 through 6. Pack also advised Anderson kept all project files and documents on his laptop and not the server. Pack said Anderson was the regional manager of the office and performed over 90% of the work for the company, and that he kept the training programs on an external hard drive that he did not turn in after his termination.

On 05-13-21 I researched Precision NDT LLC and the company was established in Alaska on 04-27-21 and the only listed agent was Martin Anderson and it listed the business address as 47801 Funny River Road.

On 05-14-21 at 1715 hours, Russ Pack provided me with the full I.T. connection logs for Anderson's computer. I attached the log to the report.

On 05-15-21 at 1046 hours, I completed two search warrants requesting authorization to search Anderson's home, vehicles, and Precision NDT to recover a Dell Latitude computer along with an Orico hard drive.

On 05-16-21 at 1725 hours, James Hall provided me with a copy of a business license Martin Anderson filed with the state for Alaska Technical & Training Services. The business license was valid from 03-28-21 through 12-31-22. I added the license to this report.

On 06-01-21 at about 1300 hours, Martin Anderson stopped by the department and turned over his laptop, Dell Latitude E5470. The laptop was entered into evidence. Anderson said he only picked up the two lap tops from Computer Renaissance and that the external hard drive had only been used to store the data before being transferred to his computer. I completed a search warrant requesting authorization to search the Dell Latitude E5470. The search warrant was granted at 1717 hours. I removed the hard drive from Anderson's computer and made a forensic copy of the drive. Anderson's drive was put back into his computer, which I secured in the evidence room.

On 06-02-21 the forensic copy was analyzed with forensic software, Griffeye Analyze. I discovered 1,193 files, which included power point presentations, training material, pdf, and word documents belonging to Trident Engineering. I generated a report from Griffeye Analyze and a copy of the files discovered were entered into evidence. I also received a communication from Anderson's attorney Eric Derleth, that Anderson will agree to an interview and would contact the department to set up a time. This report will be sent to the District Attorney's Office for review.