| | |
|---|---|
| **From:** | tbrennan@soldotna.org |
| **Sent:** | Tuesday, April 27, 2021 6:52 AM |
| **To:** | dbower@soldotna.org |
| **Cc:** | dkant@soldotna.org |
| **Subject:** | SO21000745 |

Justin took a report of a theft involving data on a computer from a former employee. Since he is now on leave can you run with this case and take it to its conclusion please.

Thank you
Tobin



**Sgt Tobin Brennan**
Soldotna Police Department
44510 Sterling Hwy, Soldotna AK
T: 907.262.4455 F: 907.262.4421

*This message may contain confidential and/or proprietary information and is intended for the person/entity to which it was originally addressed. Any use by others is strictly prohibited.*