

Andrew Walker
Computer Renaissance
44661 Sterling Hwy. STE B
Soldotna, AK 99669
(907) 420-0483
June 8, 2021

To Whom It May Concern:

At the request of our customer Martin Anderson (Marty) I have reviewed the Affidavit for search warrant No. 3KN-21-77 written by Officer Bower. During my review I found several inaccuracies. I'm writing this letter to establish an accurate timeline of events pertaining to service and repairs performed by our business to Mr. Andersons computers over the past few years. Detailed customer/equipment interaction notes with dates from our service system were provided to Officer Bower by my employee Dwayne.

The two laptops brought to us for service by Marty were a Latitude E5440 and a Latitude E5740. Both laptops were originally purchased from us by Marty directly on 05/23/2014 and 03/26/2019 respectively. During all of the services we have performed on Marty's computers we have never copied data onto an external data source that was given to or provided by Marty. Every service done for Marty over the years as part of a repair or laptop replacement involved copying his data from one laptop to another (sometimes utilizing an in-house intermediary storage device). The dates that we performed these copies from one laptop to the other were 05/14/2014, 03/24/2019, 03/26/2020, 06/04/2020, and 03/22/2021.

On 10/26/2020 Marty thought he may need access to some of the files that were on the Latitude 5440 that we were waiting on parts for. So, we removed the internal drive from the latitude 5440 to put in an external enclosure (the Orico referred to by Office Bower). The Orico is not an external hard drive, but rather an empty box to put an internal laptop hard drive into. This essentially turned the internal drive from the laptop into an external hard drive so Marty could access the information using his other computer that was still functional. Here is a link to the product we put the hard drive from his computer in: https://www.orico.cc/usmobile/product/detail/id/3487
Despite us moving the drive into an enclosure, Marty was unable to pick it up in time for his departure and the drive remained in our possession the entire time he was away until 03/22/2021. This should be evident by the fact that we never charged Marty for the enclosure on any of his receipts or service orders.

When Marty provided us with the Latitude E5740 he had been traveling with on 03/22/2021 we imaged the contents of the drive in the Latitude E5740 to the drive of the Latitude E5440 that had been in our possession since 09/05/2020. We removed the hard drive from the Orico external enclosure and re-installed it in the Latitude E5440 at that same time. We completed the service on his laptops on 03/23/2021 then returned both laptops to Marty on 03/25/2021.

Just to be concise on which sections of the affidavit were inaccurate related to Computer Renaissance, I have itemized them below:

1) We did not transfer the contents of the dell Latitude E5470 to an external hard drive. We moved the internal hard drive from the Latitude E5440 to an external USB drive enclosure on or around 10/26/2020. This enclosure with the E5440 drive in it as well as the laptop stayed in our possession until 03/25/2021. On 03/23/2021 we re-installed the hard drive into the E5440 that it originally came out of and we kept the Orico drive enclosure.

2) On 03/22/21 Marty did not bring in a Latitude E5440, he brought in the Latitude E5470 he had been traveling with for 6 months.  We then cloned the laptop Marty was traveling with back to the Latitude E5440 that had been in our possession since 09/05/2020 because that is the same thing we had always done, copy one laptop to the other.  Marty did not specifically ask us to make this clone.  It was just assumed when he dropped off the E5440 on 09/05/2020 that's what we were going to be doing because that had been our protocol over the years.

3) On 03/25/21 we did not give/return an external hard drive to Marty when he picked up the laptops. Marty never provided us with an external hard drive.  As stated in my notes above we did move the internal drive from the E5440 to a Orico USB drive enclosure, but Marty never picked it up so it was returned to the Latitude E5440 it came out of.

If there is any other documentation required pertaining to dates and services performed by Computer Renaissance on Martin Anderson's equipment, please contact Marty's legal representation to submit the request.

Sincerely,

Digitally signed by
Andrew Walker
DN: cn=Andrew Walker,
o=Computer Renegades,
LLC, ou=Owner,
email=comprensoldotna@
gmail.com, c=US
Date: 2021.06.08 19:11:17
-08'00'

Andrew Walker