

| | 44661-B Sterling Hwy, Soldotna, AK 99669 | | | | Work Order #: | 25006 |
|---|---|---|---|---|---|---|
| www.compren.com | (907) 420-0483 computerrenaissance@ak.net | | | | | |

| Primary: | 907 2527800 | First Name: | Last Name: | | Priority | Standard |
|---|---|---|---|---|---|---|
| Secondary: | 2831340 | marty | anderson | | Date/Time: | 9/5/2020 |
| Email: | 648300 | Street: | City: | State: Zip: | | 12:37:03 PM |
| Passwords: | MaDa6470 | po box 1388 | sterling | ak  99672 | Employee: | Vaughn |

| ITEMS / SPECS & MODELS | PROBLEMS / UPGRADES / WORK REQUESTED |
|---|---|
| Dell Latitude E5440 W/AC no micky | computer was powering on but shutting right back off. after checking power cord (bouncing around about 90MV) tried new power cord after hard reset now computer is completely |

| | Labor | Parts | AC | ∞ ☐ |  ☐ |
|---|---|---|---|---|---|
| $70.00 | | | | | |

### SERVICE RATES:

$70 DIAGNOSTICS ~ Diagnose device hardware and software problems. Scan for, but not remove, viruses/spyware with several different utilities. Make suggestions for repair and/or upgrade options. This fee is required up front, but goes towards the package repair price.

### Customer Acknowledgment & Disclaimer

* I agree to release the listed equipment to Computer Renaissance for evaluation or repair. * I understand that the Computer Renaissance service rates are $100.00 per hour and that the minimum service charge is one half the hourly rate. * I understand that Computer Renaissance is in no way responsible for the condition of the equipment prior to being serviced and is not responsible for the loss of, or damage to, any data that may reside on the equipment. * I understand that Computer Renaissance makes no guarantee to the amount of time it may take for evaluation and repair of the equipment. * I understand that Computer Renaissance will not release the equipment until all service charges have been paid in full. * I understand that after service is completed on the equipment, pickup will be expected within 90 days. There will be no less than two attempts to make contact at the phone numbers provided on this form as a reminder that equipment service is completed. If unable to make contact within 90 days, a final letter will be sent to the address provided on this form giving an additional two weeks to claim equipment. If equipment is not claimed by the end of this final two week period, the equipment will become the property of Computer Renaissance, and the subsequent disposition of the equipment will be at the sole discretion of Computer Renaissance. * I understand that Computer Renaissance warrants labor on hardware for a period of 90 days from the repair date. This warranty covers only the work/parts specified on the service summary portion of the customer's completed service receipt. Warranty determinations are at the sole discretion of Computer Renaissance. * I am the owner or the legal agent of the above listed equipment. I certify that there are no claims, liens, or encumbrances on the equipment being released for service. *Computer Renaissance has a strict internal privacy policy. No personal information, photos, videos, documents, passwords, etc. will leave Computer Renaissance premises either digitally or physically unless explicitly authorized by the customer. In Addition, all hard drives sold to or donated to Computer Renaissance will be destroyed and/or erased prior to leaving the premises.

**Customer Signature** _____ **Date:** _____

For your convenience, Computer Renaissance will call when service is completed, or when problems arise causing a delay in service. Please wait for our call!

ANDERSON-000117

| | | | | | | |
|---|---|---|---|---|---|---|
| Primary: 907 2527800 **marty** | | | **anderson** | | WO #: | 25006 |
| Secondary: 2831340 | Receive Date: 9/5/2020 | | 4th Day: 9/5/2020 | | Employee: Vaughn | |
| PSWD MaDa6470 | | | | | Priority **Standard** | |

computer was powering on but shutting right back off. after checking power cord (bouncing around about 90MV) tried new power cord after hard reset now computer is completely unresponsive. diagnose and advise.

Dell Latitude E5440 W/AC no micky

**Diagnostic:** Completed  Bin C  Clean ☒  Pl OK  Diagnose Err  Virus ☐  Spy ☐  Boot ☐

Andrew
Marty
9/10/2020 @ 4:02:18 PM

Dwayne
LVM for Marty
11/28/2020 @ 7:44:36 PM

| | OSRE | OSUpg/Rep | Tune Up | Spy/Virus | Drive Image |
|---|---|---|---|---|---|
| Data BU/Key BU/Restore 1/2/9 | ☐☐☐ | | | | |
| OSRE-UPG | 3 ☐ | 2 ☐ | | | |
| OS Updates-Customizer | 4 ☐ | 3 ☐ | 4 ☐ | 5 ☐ | |
| Activate-Check Actv | 5 ☐ | 1 ☐ | | | |
| Prog Pack/Config Apps | 6 ☐☐ | | 6 ☐☐ | 7 ☐☐ | |
| Uninstall Progs | | | 1 ☐ | 1 ☐ | |
| Del Temp-DC/CC | | | 2 ☐☐☐ | 2 ☐☐☐ | |
| Adtl Virus-Spy Scan | | | | 3 ☐ | |
| Disable Startup | | | 7 ☐ | 8 ☐ | |
| Chkdsk/SFC/WinRep | | | 3 ☐☐ | 4 ☐☐☐ | 1 ☐ (Chkdsk Only) |
| Image Drive | | | | | 2 ☐ |
| Drivers | 7 ☐ | 4 ☐ | 5 ☐ | 6 ☐ | 3 ☐ (AHCI Only) |
| SSD Opt/Part Resize | 8 ☐ (If SSD) | | | | 4 ☐☐ |
| Paperwork Done | 10 ☐ | 5 ☐ | 8 ☐ | 9 ☐ | 5 ☐ |

**Drivers:** Vid ☐  Aud ☐  Chipset ☐  AHCI ☐  LAN ☐  WiFi ☐  Touch ☐  BT ☐  Printer ☐
**Vir/Spy Scans:** Kas ☐  Web ☐  Pan ☐  MWB ☐  WD ☐  SAS ☐  ADW ☐  SPYB ☐  SZ ☐

9/9/20 System doesn't power on. Tried disconnecting the battery, ram, both drives, keyboard and touchpad, and even the CMOS battery. Disconnecting the CMOS battery causes the CPU fan to spin up, but the laptop screen shows nothing and it appears to die seconds after spinning up. Most likely a dead mobo. Replacement motherboard would be $85 labor to install would be $120 - $70
Marty Authorized Replacement ordered motherboard 9/10/20

9-25-20 Got motherboard installed in machine. Haven't worked on getting it started up yet.

| PARTS | | |
|---|---|---|
| | 1 TB SSD | $149.99 |
| | Special Order Motherboard | $85 |
| | Cmos battery | $8 |

ANDERSON-000118

Case 3:23-cv-00119-KFR   Document 46-22   Filed 06/20/25   Page 2 of 5
EXHIBIT 10 (F)
Page 2 of 5


44661-B Sterling Hwy, Soldotna, AK 99669
(907) 420-0483
computerrenaissance@ak.net

Service Oder - Pg. 2

Work Order # 25006

## System Diagnostic Checklist

- __OK__ Physical Inspection For Hardware Damage - Problems Listed Below
- __Err__ Hardware Diagnostics - Parts failures listed below
- __OK__ Software Diagnostics - Windows errors listed below  #_____
- __OK__ Amount of RAM at check in _____  Techs Reccomend_____
- __OK__ Test Video and Sound
- __OK__ Test WIFI/NIC/Modem; Surf the Web
- __Err__ Test Drives: HDD: __Err__ Optical: __OK__ Removable: __OK__
- __X__ Interior Cleaning - blow out dust
- __X__ Exterior Cleaning - clean

Customer  marty anderson
907 2527800
2831340

25006

## Service Checklist

- [ ] Total Virus Infected Files/Registry Entries  #_____
- [ ] Spyware, Ad & Spam Maintenance Errors  #_____
- ___ Install or Repair Reinstall Of OS
- ___ Program Pack Installation
- ___ Uninstall Unnecessary Programs
- ___ Deleted Temporary Files
- ___ Checkdsk, System File Checker, OS Repair Tool
- ___ Drivers for Video, Audio, Chipset, AHCI, LAN, & WAN
- ___ Reset Internet/Browser Settings To Default
- ___ Disable Unneeded Startup Applications & Non-Essential Services
- ___ Install OS Updates
- ___ Image Hard Drive
- ___ SSD Optimizations
- ___ Customer data/files retrieved  Data amount _____

| | Price | # Times |
|---|---|---|
| 001 System Diagnostic / Quick Fix / 24hr Pwd. Remove | $70.00 | # Times__ |
| 002 Tune-up / 1 Hour Rate / On-Site / HDD Image | $120.00 | # Times_2 |
| 003 OS Reinstall / Laptop Motherboard Swap | $160.00 | # Times__ |
| 004 1/4 Hr. Rate/ Key-Ram Install/ Quick Clean/Data Backup | $30.00 | # Times__ |
| 005 Tune-up W/Spy & Virus Clean/ DC Jack / Image Failing Drive | $200.00 | # Times__ |
| 006 Rapidspar Data Recovery Only $30 W/Out <50% Of Data | $250.00 | # Times__ |
| 007 ProgPack /Expedite /Travel / 1/2 Hr. Rate / Pwd. Remove | $60.00 | # Times_1 |

Contacted 03/23/2021 9:34:12 PM

AC [ ]  Completed   Completed

TECH  Andrew

### Diagnostic, Repair, & System Tune-Up
List descriptions, details, and extra information for customers here

System motherboard was bad. After replacing it we were able to run the rest of our diags and found the system SSD to have failed. The other SSD that was being used for extra storage is functional and has been moved to an enclosure for the customer. Laptop

| Part#/Parts Desc | Price |
|---|---|
| 1 TB SSD | $149.99 |
| Special Order Motherboard | $85 |
| Cmos battery | $8 |

| | Due | Pre-Paid | Balance |
|---|---|---|---|
| Labor | $300 | - $70 | $230 |
| Parts | $242.99 | - | $242.99 |
| Total | | | $472.99 |
| Sales Tax 6% | | | $501.37 |

Dwayne
called Marty
10/28/2020 @ 2:54:39 PM

ANDERSON-000119

## Diagnostic, Repair, & System Tune-Up
List descriptions, details, and extra information for customers here

System motherboard was bad. After replacing it we were able to run the rest of our diags and found the system SSD to have failed. The other SSD that was being used for extra storage is functional and has been moved to an enclosure for the customer. Laptop functions, it simply needs an image from the customer's other laptop before it's complete. Customer picked up enclosure shortly after repair.

Brought back in laptop and we did an image from his other laptop to this one. System would not post because it sat for a while with a dead battery which ran down the CMOS battery. Replaced CMOS battery, Reactivated windows, ran updates/driver updates, and reactivated office. Outlook was asking for login credentials from other two accounts which will need to be provided before outlook opens successfully.

subtotal_parts

subtotal_labor

ANDERSON-000120

9/9/20 System doesn't power on. Tried disconnecting the battery, ram, both drives, keyboard and touchpard, and even the CMOS battery. Disconnecting the CMOS battery causes the CPU fan to spin up, but the laptop screen shows nothing and it appears to die seconds after spinning up. Most likely a dead mobo. Replacement motherboard would be $85 labor to install would be $120 - $70
Marty Authorized Replacement ordered motherboard 9/10/20

9-25-20 Got motherboard installed in machine. Haven't worked on getting it started up yet.

9-29-20 Computer starts up, entered motherboard serial number in a dell screen and ran diags. Need to double check MRI, one of the drives failed, I believe it was the data holding one and not the system drive. Currently working on transferring data. Data is all transferred, bad drive is system drive (120 GB), not storage drive (480 GB I think). Now that customer's data is backed up, I'm going to try and do an image to our large HDD that says 'pass' on it. I was able to do the image, but it's still booting into windows repair.

Customer authorized 1 TB drive replacement. They will be bringing their other laptop in to do a drive image off of in about a week, so for now the laptop has been moved to bay D.

10/26/20 Stopped by and wanted his laptop back and didn't know we were wanted on him to bring in his laptop in order to make a clone. We talked about it and will do a external hard drive enclosure, will need notes to show him where his personal files are located. IF

customer data drive is in enclosure and ready for pickup. Laptop is in bay C
11-28-20 Called customer and left a voicemail letting them know we're waiting on their drive for an image.

03/22/2021 Customer came in brought his laptop in to get a clone copy, needs to be expedited.

ANDERSON-000121

Case 3:23-cv-00119-KFR   Document 46-22   Filed 06/20/25   Page 5 of 5   EXHIBIT 10 (F)
Page 5 of 5