| | |
|---|---|
| **From:** | James Hall <hallj@tridentei.com> |
| **Sent:** | Friday, April 30, 2021 12:04 PM |
| **To:** | dbower@soldotna.org |
| **Cc:** | Russ Pack; Brittany Winkler |
| **Subject:** | Theft of Property Complaint Information (Filed by Russell Pack) |
| **Attachments:** | Laptop cloned Evidence.pdf; QBPOS Sales Order 597.pdf; Final Purchase and Sale Agreement.pdf |

Officer Bower,

Please find attached documentation of the cloning of the hard drive of our company computer by Martin Anderson. Dave Wilson is our IT consultant that handles our systems. His email is attached showing the technical information on the cloning (theft). Also, the computer store who performed the services emailed us a receipt as it was a company laptop and they were used to sending the invoices for payment. However, Martin paid for these services himself and Computer Renaissance said to ignore that invoice as Martin paid for it. Martin returned our company laptop wiped clean with everything erased.

Martin's laptop contained many project files that he worked on, client list, The Alaska Technical Training course materials and exams, and much more. He has used all of this information starting with the day after being terminated to contact all of our clients, many of our employees, and using such words as "Fraud" in emails to these people. He has now set up an office for a competitor in the area (Precision NDT) and has established a training school call "Alaska Technical & Training Services". Most of our clients stopped answering our calls and emails since his contact with them.

I can be reached on my cell phone (207) 232-8029 to discuss these event and answer any questions you may have. It is hard to place a value on the contents of the hard drive. In my research it depends on what method used to come up with the value. The training program and exams themselves took years of developing and refining and updating. These assets were purchased when we bought Alaska Technical Training and the other assets associated with the Soldotna Office. I would like to discuss the value of the information on the hard drive with you at your convenience. Thank you.


Sincerely,

**James Hall, P.E.**
President



**94 Main Street Unit 3 | Gorham, ME | 04038 | www.tridentei.com**
**Office 207.865.8265 | Mobile 207.232.8029**



Project No.:

CONFIDENTIALITY NOTICE:  Information in this message, including any attachments, is intended for the personal and confidential use of the recipient(s) named above only.  If you are not an intended recipient of this message, or an agent responsible for delivering this message to an intended recipient, please notify the sender immediately and delete the message.  Any distribution or copying of this message by recipients this message was not intended for is strictly prohibited.  Thank you for your cooperation.

1

COS 0143

# PURCHASE AND SALE AGREEMENT

This Purchase and Sale Agreement (the "Agreement") is entered into and made effective as of January 22, 2021 by and between Southern Services, Inc., a Texas corporation ("Purchaser" or "Buyer") and Trident Engineering and Inspection, Inc. a Maine corporation, ("Seller").

## RECITALS

A.  Seller owns and operates, a business providing on-site inspections, non-destructive testing methods, as well as continuing education, training and consulting located in Soldotna, Alaska, known as Alaska Technical Training (the "Business"); and

B.  Purchaser desires to purchase from Seller and Seller desires to sell to Purchaser certain Assets (as defined herein) of the Business in accordance with the terms and conditions set forth herein.

For good and valuable consideration, and in reliance on the foregoing recitals, the parties agree as follows:

## AGREEMENT

1.  <u>Purchase and Sale.</u>  Upon the terms and subject to the conditions provided in this Agreement, Seller agrees to sell and convey to Purchaser, and Purchaser agrees to purchase from Seller, the following property and assets (hereinafter the "Assets"):

a.  the equipment and other tangible assets set forth on <u>Exhibit A</u> attached hereto;

b.  all client lists and associated client data of the Business;          .

c.  Lease of office space in Soldotna, Alaska from date of execution of Purchase.

d.  trade names used in connection with the Business, including "Alaska Technical Training" and "Alaska Technical"; and

e.  The goodwill of the Business.

Seller and Purchaser expressly understand and agree that Seller is not transferring to Purchaser, and Purchaser is not acquiring, any assets of Seller not identified in paragraphs 1.a – e. above.

2.  <u>No Assumption of Liabilities.</u>  Purchaser shall purchase the Assets free and clear of all Encumbrances (as defined below), and Purchaser shall not assume or agree to perform, pay or discharge, and Seller shall remain unconditionally liable for, all of Seller's debts, commitments and liabilities, whether relating to the Assets, the Business or otherwise, and regardless of whether they are known or unknown (including, without

1

COS 0144

limitation, liabilities that may arise in the future from past events or existing circumstances), or absolute, contingent or otherwise, regardless of whether accruing prior to or after Closing, including without limitation any Tax (as defined below) liabilities or responsibilities of Seller.  As used in this Agreement, "Encumbrance" means any mortgage, pledge, security interest, lien, encumbrance, covenant, restriction, claim or charge.

Seller will be entitled to receive all accounts receivables for work done by Seller prior to Closing which shall be invoiced prior to closing and shown on Exhibit C attached hereto. Seller will be responsible for all accounts payable incurred prior to Closing.

3.     Purchase Price.  The purchase price for the Assets shall be two hundred eighty thousand and 00/100 United States Dollars (**US$280,000**) (the "Purchase Price"), which sum shall be payable at Closing.

4.     Allocation of Purchase Price.  The Purchase Price shall be allocated to the various Assets as follows:

| | | |
|---|---|---|
| a. | Tangible assets (equipment, etc.): | **$30,000** |
| b. | Intangible assets (client lists, trade name and goodwill): | **$250,000** |
| | Total | **$280,000** |

The parties agree to report the federal, state, local and other tax consequences of the transactions contemplated by this Agreement in a manner consistent with the allocation and shall not take any position inconsistent therewith upon examination of any Tax Return, in any refund claim, or in any litigation, investigation or otherwise.  Each party shall cooperate with the other party in the filing of Form 8584 with the Internal Revenue Service.

The parties hereto also agree that Buyer shall buy a comparable vehicle and associated darkroom in Texas as replacement for the 2017 Chevrolet Silverado, VIN 1GC2KUEG1H2283582, and CR8 darkroom listed in the attached Exhibit A.

5.     Employees.  Buyer agrees to assume the employment agreement of Martin Anderson as of the date of Closing.  For any other current employees, the Seller will notify said employees of their right to file for COBRA benefits upon Closing; however, such COBRA premiums shall be paid by either the employee or Buyer.

6.     Closing.  The closing of the sale of the Assets (the "Closing") shall occur at the Alaska offices of the Seller on or before **February 12, 2021** or such later date as the parties may agree (the "Closing Date").  If the Closing does not occur by the Closing Date, unless extended by the parties in writing, this Agreement shall automatically terminate and thereafter neither party shall have any further liability to the other hereunder.

COS 0145

a.   _Documents to be Delivered by Seller at Closing._  At Closing, Seller shall deliver or cause to be delivered to Purchaser the following:

> a.   A Bill of Sale and Assignment, such bill of sale shall warrant and defend title, for all of the Assets in the form attached hereto as _Exhibit B,_ duly executed by Seller (the "Bill of Sale and Assignment");
>
> b.   original executed releases and termination statements for any and all Encumbrances upon the Assets sufficient so that Seller is able to convey 100% clear title to the Assets to Purchaser as required herein;
>
> c.   All other documents, instruments, contract assignments, or writings required to be delivered to Purchaser at or prior to the Closing pursuant to this Agreement and such other lien releases, certificates of authority and documents as Purchaser may reasonably request to effectuate the transactions as contemplated and required herein.

b.   _Documents to be Delivered by Purchaser at Closing._  At Closing, Purchaser will deliver, or will cause to have delivered to Seller the following:

> a.   Fifty Thousand Dollars ($50,000.00) in good and available funds payable by certified or bank cashier's check or wire transfer and a signed Promissory Note in a form acceptable to Seller in the principal sum of Two Hundred Thirty Thousand Dollars ($230,000.00)
>
> b.   A copy of appropriate authorizing resolutions executed by the Board of Directors of Purchaser approving the transactions contemplated herein; and
>
> c.   All other documents, instruments or writings required to be delivered to Seller at or prior to the Closing pursuant to this Agreement and such other certificates of authority and documents as Seller may reasonably request to effectuate the transactions as contemplated and required herein.

c.   _Delivery of Assets._  Upon Closing, the Assets shall be delivered by Seller to Purchaser at Seller's facility in Soldotna, Alaska or electronically as agreed.

7.   _Inspection; Books and Records._  Seller will allow Purchaser, commencing on the date of the execution of this Agreement, on reasonable notice and without unreasonable interruption to the normal operation of the Business, to inspect the Assets consisting of tangible property and have access, during normal business hours, to the books and records of Seller which in Purchaser's reasonable judgment pertain to the Business, all as Purchaser, from time to time, may reasonably request.  Seller will make every attempt available to answer all questions of Purchaser as to the Assets and the conduct of the Business.

a. Due Diligence Review. Purchaser to have ten (10) days to examine all financial, accounting, business records, contracts, and other documents

necessary to complete due diligence for the Soldotna, AK division. Purchaser reserves the right to terminate this Agreement should Purchaser's review of these document be unsatisfactory for any reason, and will notify Seller of same, in writing, on or before 5:00PM on the tenth (10th) day.

8.    <u>Representations and Warranties of Seller.</u>  Seller represents and warrants to Purchaser, as of the date hereof and at Closing, that:

a.    <u>Authorization of Transaction; Noncontravention.</u>  Seller has all necessary rights, power and authority to execute and deliver this Agreement and all other documents and agreements to be executed by Seller as contemplated hereunder, and to perform his obligations hereunder and thereunder.  The execution and delivery of this Agreement by Seller, and all other documents and agreements to be executed by Seller as contemplated hereunder and the consummation of the transactions contemplated hereby and thereby, will not (i)  violate any statute, regulation, rule, injunction, judgment, order, decree, ruling, charge, or other restriction of any government, governmental agency, or court to which Seller is subject, or (ii) conflict with, result in a breach of, constitute a default under, result in the acceleration of, or create in any party the right to accelerate, terminate, modify, or cancel, or require any notice under, any material agreement, contract, lease, license, instrument, or other arrangement to which Seller is a party, or by which he is bound or to which any assets of Seller is subject (or result in the imposition of any Encumbrance upon any such asset).  Seller is not required to give any notice to, make any filing with, or obtain any authorization, consent, or approval of any Person in order for the parties to consummate the transactions contemplated by this Agreement.

b.    <u>Title to Assets; Encumbrances.</u>  Seller is the sole owner of the Assets and owns good and marketable title thereto free and clear of any and all Encumbrances, and there exist no disputes or claims by any Person, entity or other claimant concerning such right, title and interest in the Assets. As used herein, "Person" means an individual, a partnership, a corporation, an association, a joint stock company, a trust, a joint venture, an unincorporated organization, or a governmental entity (or any department, agency, or political subdivision of such entity).  At Closing, Purchaser will receive good and marketable title to the Assets, free and clear of any Encumbrances of any type or nature whatsoever. This provision shall survive closing.

c.    <u>Condition of Assets.</u>  All of the Assets constituting equipment or other tangible property are in good, serviceable condition, subject only to normal maintenance requirements and normal wear and tear.

d.    <u>No Litigation.</u>  There is no (and has not been within the past three (3) years any) claim, litigation, action, suit or proceeding, administrative or judicial, pending or threatened against or affecting Seller, or involving any of the Assets, at law or in equity or before any foreign, federal, state, local or other governmental authority.  Seller is not (and has not been within the past three years) subject to or in default under any judgment, order, writ, injunction or decree of any court or any governmental authority, and no replevins, attachments, or executions have been issued or are now in force against Seller.

4

COS 0147

Seller is not in default under any express or implied contract, agreement, lease or other arrangement, oral or written, to which Seller is a party.

e.    **Tax Matters.**

   a.    As used herein, "Tax" means any Federal, state, local, or foreign income, gross receipts, license, payroll, employment, excise, severance, stamp, occupation, premium, windfall profits, environmental, customs duties, capital stock, franchise, profits, withholding, social security (or similar tax), unemployment, disability, real property, personal property, sales, use, transfer, registration, value added, alternative or add-on minimum, estimated, or other tax of any kind whatsoever, including any interest, penalty, or addition thereto, whether disputed or not. "Tax Return" means any return, declaration, report, claim for refund, or information return or statement relating to Taxes, including any schedule or attachment thereto, and including any amendment thereof.

   b.    Seller has timely filed all Tax Returns that he was required to file and has timely paid all Taxes shown thereon as owing. All such Tax Returns were correct and complete.

   c.    Seller has withheld and paid all Taxes required to have been withheld and paid in connection with amounts paid or owing to any employee, independent contractor, creditor, stockholder, or other third party.

   d.    There is no dispute or claim concerning any Tax liability of Seller either claimed or raised by any taxing authority in writing or based upon personal contact by Shareholder or any other officer of Seller with any agent of such authority. No claim has ever been made by an authority in a jurisdiction where Seller does not file Tax Returns that he is or may be subject to taxation by that jurisdiction. There are no Encumbrances on any of the assets of Seller that arose in connection with any failure (or alleged failure) to pay any Tax.

   e.    Seller has maintained appropriate reserves for its unpaid Taxes and Seller will maintain such reserves to satisfy any Tax liabilities of Seller, including any Tax liabilities of Seller resulting from consummation of the transactions contemplated by this Agreement, as adjusted for the passage of time through the Closing Date.

   f.    Seller will provide all necessary state tax clearance letters showing proof of payment of all necessary State employment taxes, and Seller shall pay any tax due prior to closing.

f.    **Exclusive Negotiating Rights.** For a period of forty-five (45) days after the execution of this Agreement, Seller, Seller's affiliates and their respective officers, directors, employees and agents shall not initiate, solicit, encourage, directly or indirectly, nor accept any offer or proposal, regarding the possibility acquisition by any person or entity, other than Purchaser, including, without

5

COS 0148

EXHIBIT 11 (H)
Page 6 of 22

limitation, by way of a purchase of shares, purchase of assets or merger, of all or any substantial part of your equity securities or assets, and shall not, other than in the ordinary course of business as heretofore conducted, provide any confidential information regarding Seller's assets or business other than Purchaser or its representatives.

9.      Sales / Other Transfer Taxes.  The Purchase Price includes any sales or other transfer Taxes due upon transfer of the Assets and, upon Closing, Seller shall promptly remit any such sales or transfer Taxes to the State of Alaska and/or any city, borough or other governmental agency with applicable tax authority over Seller or the Assets.

10.     Bulk Sales Compliance.  Purchaser hereby waives its right to require compliance with any bulk sales or similar laws and in consideration therefor.

11.     Conditions to Obligations of Purchaser to Close.  The obligation of Purchaser to consummate the transactions to be performed by them in connection with the Closing is subject to satisfaction of the following conditions:

    a.      the representations and warranties of Seller set forth in Section 8 above shall be true and correct as of the Closing Date;

    b.      Seller shall have performed and complied with all of its covenants under this Agreement in all material respects through the Closing;

    c.      Purchaser shall have completed its due diligence with respect to and satisfied itself (in its sole discretion) as to the condition of the Assets and/or the Business, including review Seller's books and records as described in Section 7a above; provided that if Purchaser has not provided notice to Seller on or before February 1, 2021 ("Due Diligence Deadline") that the condition of the Assets (or any portion thereof) is not satisfactory to it, in its sole discretion, then Purchaser shall be deemed to have waived this condition;

    d.      there shall have been no material change in the condition of the Assets between the date of the Due Diligence Deadline and the Closing Date;

    e.      Seller shall continue to operate the business in the usual course until the closing date.

provided that Purchaser may waive any condition specified in this Section 11 if it executes a writing so stating at or prior to the Closing.

12.     Risk of Loss or Damage.  Title to, risk of loss of and duty to insure the Assets shall pass from Seller to Purchaser at the time and date of Closing.

13.     Nuclear Regulatory Commission ("NRC") License.  Seller is currently the holder of NRC License Number 50-35494-01 which is required for operation of a certain part of the  Business.  Buyer agree to take ownership of said license, subject to approval by the NRC.  Buyer further agrees to assume the facility and security program, and to abide by all conditions of the license, including operating and emergency procedures.

COS 0149

EXHIBIT 11 (H)
Page 7 of 22

14.    Indemnification.

    **a.    SELLER SHALL INDEMNIFY, DEFEND AND HOLD HARMLESS (INCLUDING LEGAL FEES AND COSTS) PURCHASER, ITS PARENT, SUBSIDIARY AND AFFILIATED CORPORATIONS AND PARTNERSHIPS, AND THEIR RESPECTIVE AGENTS, ATTORNEYS, REPRESENTATIVES, EMPLOYEES, OFFICERS, DIRECTORS, SHAREHOLDERS, SUCCESSORS AND ASSIGNS, OF AND FROM ANY AND ALL LOSSES, DAMAGES, EXPENSES, CLAIMS, LIABILITIES AND/OR SUITS ARISING OUT OF OR RESULTING FROM: (1) ANY INACCURACY, MISREPRESENTATION OR BREACH OF ANY REPRESENTATION OR WARRANTY OF SELLER CONTAINED HEREIN; (2) THE FAILURE BY SELLER TO PERFORM ANY OF HIS COVENANTS OR OBLIGATIONS HEREUNDER; (3) ANY AND ALL ENCUMBRANCES RELATING TO THE ASSETS ACCRUING OR ARISING PRIOR TO CLOSING; AND/OR (4) OWNERSHIP OR USE OF THE ASSETS PRIOR TO CLOSING.**

    **b.    PURCHASER SHALL INDEMNIFY, DEFEND AND HOLD HARMLESS (INCLUDING LEGAL FEES AND COSTS) SELLER OF AND FROM ANY AND ALL LOSSES, DAMAGES, EXPENSES, CLAIMS, LIABILITIES AND/OR SUITS ARISING OUT OF OR RESULTING FROM: (1) ANY INACCURACY, MISREPRESENTATION OR BREACH OF ANY REPRESENTATION OR WARRANTY OF PURCHASER CONTAINED HEREIN; (2) THE FAILURE BY PURCHASER TO PERFORM ANY OF ITS COVENANTS OR OBLIGATIONS HEREUNDER; (3) ANY AND ALL ENCUMBRANCES RELATING TO THE ASSETS FIRST ACCRUING OR ARISING AFTER CLOSING; AND/OR (4) OWNERSHIP OR USE OF THE ASSETS AFTER CLOSING (EXCEPT TO THE EXTENT ANY SUCH LOSS, DAMAGE, EXPENSE, CLAIMS OR LIABILITY FIRST ACCRUED OR AROSE PRIOR TO CLOSING).**

15.    Expenses.  Each party shall be responsible for its legal and other expenses incurred in connection with the negotiation, preparation, execution, delivery and performance of this Agreement and the transactions contemplated by this Agreement.

16.    Further Assurances.  On and after Closing, Seller shall, from time to time at Purchaser's request, execute and deliver, or cause to be executed and delivered, such further instruments of conveyance, assignment and transfer or other documents, and perform such further acts and obtain such further consents, approvals and authorizations, as Purchaser may reasonably require in order to fully effect the conveyance and transfer to Purchaser of, or perfect Purchaser's right, title and interest in the Assets, to assist Purchaser in obtaining possession of any of the Assets, or to otherwise comply with the provisions of this Agreement and consummate the transactions contemplated by this Agreement.

17.    Survival.  The representations, warranties and indemnification obligations provided herein shall survive the execution hereof, the Closing and full performance hereunder.

18.    Neutral Construction.  Each party has had an opportunity for independent counsel to review and revise this Agreement; the rule of construction that in the event of ambiguity an agreement is more strictly construed against the drafter shall not apply to this Agreement.

19.   **Headings; Counterparts and Facsimile Execution.**  The headings used in this document are for reference only and shall not be construed to give any substantive meaning to the agreement between the parties.  This Agreement may be executed in counterparts and/or by facsimile signatures, each of which shall be deemed originals and all of which together shall constitute the same agreement.

20.   **Law, Venue and Legal Fees.**  This Agreement shall be governed by the laws of the state of Texas.  The parties submit to the personal and subject matter jurisdiction of the state courts of Brazoria County, Texas with respect to any litigation arising out of this Agreement, with the substantially prevailing party entitled to recover its reasonable legal fees and costs.

21.   **Entire Agreement.**  This constitutes the entire agreement between the parties with respect to purchase and sale of the Assets and Seller, and expressly supersedes prior or contemporaneous communications or agreements, whether written or oral.  This Agreement may not be modified except through a writing signed by both parties.

    This Agreement is entered into as of the date first set forth above.


**Seller:**                                              **Purchaser:**

SOUTHERN SERVICES, INC.                    TRIDENT ENGINEERING AND
                                                          INSPECTION, INC.


By: RUBEN ROJAS                                 By:  James Hall
Its: Vice-President                                 Its: President


8                                              COS 0151

## EXHIBIT A

See Attached.

## EXHIBIT B – Bill of Sale

## EXHIBIT C – Invoiced Work

COS 0152

# Exhibit A

| Item # | Name | Serial # / VIN # | Category | Purchase Price |
|--------|------|------------------|----------|----------------|
| 1 | 2006 Ford EC3 (Green) - Bought in 2020 | 1FBSS31L96DA38149 | Vehicles | $6,175 |
| 2 | 2007 Ford F150 (Black) - Bought in 2020 | 1FTPW14VX7FB64890 | Vehicles | $8,995 |
| 3 | 2013 Ford Explorer (White) - Bought in 2020 | 1FM5K8D84DGC43947 | Vehicles | $8,500 |
| 4 | Espresso Desk Shell | - | Furniture | $739 |
| 5 | Espresso Return Shel | - | Furniture | $391 |
| 6 | Espresso BBF PED-Desk | - | Furniture | $561 |
| 7 | Espresso FF PED | - | Furniture | $544 |
| 8 | Espresso Overhead Storage | - | Furniture | $629 |
| 9 | Espresso Storage Cabinet | - | Furniture | $255 |
| 10 | Espresso 66" Credenza Shell | - | Furniture | $204 |
| 11 | Espresso Open Hutch | - | Furniture | $178 |
| 12 | Espresso Laterla File | - | Furniture | $935 |
| 13 | Black Chair w/ Flip Arms | - | Furniture | $1,020 |
| 14 | Black Chair w/ flip amrs | - | Furniture | $1,020 |
| 15 | Espresso Table Component | - | Furniture | $460 |
| 16 | Espresso Bullet Top Component | - | Furniture | $730 |
| 17 | 6 Shelf Laminate Bookcase | - | Furniture | $340 |
| 18 | 5 Shelf Laminate Bookcase | - | Furniture | $306 |
| 19 | Brother printer | - | Computer | $200 |
| 20 | Microwave | - | Appliance | $60 |
| 21 | Mini fridge | - | Appliance | $200 |
| 22 | Security camera system | - | Electronics | $530 |
| 23 | Computers (13 Total) | - | Computer | $3,900 |
| 24 | Dry Film (DFT) - NACE Kit 1 | RE06333 | NACE Equip | $300 |
| 25 | Surface profile gauge - NACE Kit 1 | RG29354 | NACE Equip | $300 |
| 26 | Extech RH300 Phychrometer (T1-T2 and T2-DP probe) | 10355881 | NACE Equip | $113 |
| 27 | Extech RH300 Phychrometer (T1-T2 and T2-DP probe) | 10355885 | NACE Equip | $113 |
| 28 | Extech RH300 Phychrometer (T1-T2 and T2-DP probe) | 10355882 | NACE Equip | $113 |
| 29 | Elcometer | RF00028 | NACE Equip | $800 |
| 30 | Elcometer | RG01494 | NACE Equip | $800 |
| 31 | Dry Film (DFT) | RE06330 | NACE Equip | $300 |
| 32 | Surface profile gauge | RD25477 | NACE Equip | $300 |
| 33 | LV Holiday Detector | RK21798 | NACE Equip | - |
| 34 | HV Holiday Detector | RC12231 | NACE Equip | - |
| 35 | Adhesion Pull Tester | RC05301 | NACE Equip | - |
| 36 | Panametric MG2-DL | 100735702 | UT Equip | $900 |
| 37 | Panametric MG2-DL | 070362105 | UT Equip | $900 |
| 38 | Panametric | 96140404 | UT Equip | $500 |
| 39 | OLYMPUS EPOCH 650 | 170501910 | UT Equip | $6,275 |
| 40 | OLYMPUS EPOCH 650 | 170501710 | UT Equip | $6,275 |
| 41 | .04-.1 | 19-1089 | UT Equip | $182 |

Final Exhibit A

March 2021

# Exhibit A

| Item # | Name | Serial # / VIN # | Category | Purchase Price |
|--------|------|------------------|----------|----------------|
| 42 | PHTOOL 5454-H34 AL | 68642 | UT Equip | $140 |
| 43 | TP 304 SS PHTOOL | 61533 | UT Equip | $230 |
| 44 | STEEL | 18-1541 | UT Equip | $360 |
| 45 | STEEL | SN 18-1542 | UT Equip | $360 |
| 46 | TIPSY BLOCK 1018 STEEL | 62267 | UT Equip | $700 |
| 47 | AWS RC BLOCK | 20-1633 | UT Equip | $340 |
| 48 | Panametric-NDT Transducer | 631694 | UT Equip | $405 |
| 49 | Panametric-NDT Transducer | 916324 | UT Equip | $405 |
| 50 | Panametric-NDT Transducer | 700794 | UT Equip | $405 |
| 51 | Olympus Transducer | 1117157 | UT Equip | $350 |
| 52 | GE Transducer | S000216 | UT Equip | $350 |
| 53 | Dakota Transducer | GC0109 | UT Equip | $575 |
| 54 | Olympus Transducer | 1124787 | UT Equip | $340 |
| 55 | GE Transducer | S000215 | UT Equip | $300 |
| 56 | Sonatest Transducer | 2012/73 | UT Equip | $330 |
| 57 | Sonatest Transducer | 443/12 | UT Equip | $330 |
| 58 | Sonatest Transducer | 552/06 | UT Equip | $370 |
| 59 | Sonatest Transducer | 541/04 | UT Equip | $400 |
| 60 | Sonatest Transducer | 541/20 | UT Equip | $400 |
| 61 | Sonatest Transducer | 505772 | UT Equip | $370 |
| 62 | Sonatest Transducer | 505/60 | UT Equip | $320 |
| 63 | Sonatest Transducer | 033/10 | UT Equip | $320 |
| 64 | Sonatest Transducer | 449/17 | UT Equip | $320 |
| 65 | Sonatest Transducer | 308/13 | UT Equip | $320 |
| 66 | Sonatest Transducer | 108/07 | UT Equip | $370 |
| 67 | Sonatest Transducer | 445/22 | UT Equip | $320 |
| 68 | Sonatest Transducer | 505/71 | UT Equip | $370 |
| 69 | Sonatest Transducer | 1609/40 | UT Equip | $370 |
| 70 | Sonatest Transducer | 414/07 | UT Equip | $370 |
| 71 | Sonatest Transducer | 449/10 | UT Equip | $320 |
| 72 | Sonatest Transducer | 1609/39 | UT Equip | $370 |
| 73 | Sonatest Transducer | 541/03 | UT Equip | $400 |
| 74 | Sonatest Transducer | 443/13 | UT Equip | $370 |
| 75 | Sonatest Wedge | N/A | UT Equip | $150 |
| 76 | Sonatest Wedge | N/A | UT Equip | $150 |
| 77 | Sonatest Wedge | N/A | UT Equip | $150 |
| 78 | Sonatest Wedge | N/A | UT Equip | $150 |
| 79 | Sonatest Wedge | N/A | UT Equip | $150 |
| 80 | Sonatest Wedge | N/A | UT Equip | $150 |
| 81 | Magnaflux Sonotech Ultragel II | Batch 17L063 | UT Equip | $0 |
| 82 | Magnaflux Super Lube Grease | Item 21030 | UT Equip | $0 |
| 83 | Sonatest D-10+ | I011025 | UT Equip | $4,530 |
| 84 | Sonatest D-10+ | I011190 | UT Equip | $4,530 |
| 85 | Sonatest D-10+ | I011066 | UT Equip | $4,530 |
| 86 | Transducer | A302M | UT Equip | $305 |

# Exhibit A

| Item # | Name | Serial # / VIN # | Category | Purchase Price |
|--------|------|------------------|----------|----------------|
| 87 | PANAMETRIC 1 STEP | 26TBE | UT Equip | $70 |
| 88 | OLYMPUS 1 STEP | 26TBE | UT Equip | $70 |
| 89 | 3E | 3E/CS/D-487 | UT Equip | $170 |
| 90 | 3E CAL BLOCK | D-523 | UT Equip | $170 |
| 91 | 3E | 3E/CS/F-65 | UT Equip | $380 |
| 92 | 3E | 3E/CS/F-17 | UT Equip | $380 |
| 93 | 3E/BCB/CS | D-02 | UT Equip | $480 |
| 94 | OLYMPUS 2218E 2 STEP | GTS04-028 | UT Equip | $100 |
| 95 | 3E DSC/CS Block | E-26 | UT Equip | $293 |
| 96 | 3E C-35/CS | N/A | UT Equip | $516 |
| 97 | 3E D-18/CS | N/A | UT Equip | $516 |
| 98 | Olympus Transducer | 1018596 | UT Equip | $405 |
| 99 | Panametric-NDT Transducer | 791336 | UT Equip | $405 |
| 100 | Panametric-NDT Transducer | 39260 | UT Equip | $405 |
| 101 | Olympus Transducer | 942962 | UT Equip | $405 |
| 102 | Panametric-NDT Transducer | 39624 | UT Equip | $405 |
| 103 | Panametric-NDT Transducer | 1020558 | UT Equip | $405 |
| 104 | Panametric-NDT Transducer | 808398 | UT Equip | $405 |
| 105 | UTX Transducer | 902057 | UT Equip | $575 |
| 106 | Olympus Transducer | 1117155 | UT Equip | $370 |
| 107 | UTX Transducer | 1406077 | UT Equip | $575 |
| 108 | Parker Contour Probe | 28662 | MT Equip | $480 |
| 109 | MAGNAFLUX | 1312 | MT Equip | $698 |
| 110 | Pie Gauge | N/A | MT Equip | $220 |
| 111 | Magnetometer | 192017-3 | MT Equip | $175 |
| 112 | TB10 | 22797/22799 / 22800/22798 | MT Equip | $376 |
| 113 | TB10 | 22796 | MT Equip | $110 |
| 114 | Pie Gauge | N/A | MT Equip | $141 |
| 115 | Pie Gauge | N/A | MT Equip | $141 |
| 116 | Pie Gauge | N/A | MT Equip | $141 |
| 117 | Pie Gauge | N/A | MT Equip | $141 |
| 118 | Pie Gauge | N/A | MT Equip | $141 |
| 119 | Parker Contour Probe | 4-830 | MT Equip | $499 |
| 120 | Parker Contour Probe | 23560 | MT Equip | $483 |
| 121 | MAGNAVIS | Batch 19F053 | MT Equip | - |
| 122 | Magnaglo | Batch 19M24K | MT Equip | - |
| 123 | Magnaglo | Batch 19M24K | MT Equip | - |
| 124 | Magnetometer | 192017-2 | MT Equip | $175 |
| 125 | V WAC GAUGE | 14229/14230/ 14231 | VT Equip | $38 |
| 126 | IF THERMOMETER | SSI-VT-090 | VT Equip | $80 |
| 127 | CWI #1 | - | VT Equip | $440 |
| 128 | CWI #2 | - | VT Equip | $440 |
| 129 | CWI #3 | - | VT Equip | $440 |
| 130 | CWI #4 | - | VT Equip | $440 |

# Exhibit A

| Item # | Name | Serial # / VIN # | Category | Purchase Price |
|---|---|---|---|---|
| 131 | Fujifilm Finepix | 9TB04503 | VT Equip | $200 |
| 132 | Crackcheck Black Light | 154420 | VT Equip | $475 |
| 133 | Camedia DC | - | VT Equip | $30 |
| 134 | IR THERMOMETER | 35111598WS | VT Equip | $115 |
| 135 | IR THERMOMETER | SSI-VT-153 | VT Equip | $32 |
| 136 | IR THERMOMETER | SSI-VT-154 | VT Equip | $32 |
| 137 | Tritan 365 Black light | 1994863 | VT Equip | $1,453 |
| 138 | Dig. Light Meter | 190303827 | VT Equip | $128 |
| 139 | Dig. Light Meter | 190303822 | VT Equip | $128 |
| 140 | ACCUPRO | 1964414 | VT Equip | $995 |
| 141 | LEVEL/RANGEFINDER | YRK-GTITS01 | VT Equip | $1,000 |
| 142 | Micrometer | SSI-VT-006 | VT Equip | $220 |
| 143 | Micrometer | SSI-VT-007 | VT Equip | $220 |
| 144 | Micrometer | SSI-VT-005 | VT Equip | $220 |
| 145 | Micrometer | SSI-VT-008 | VT Equip | $220 |
| 146 | Dial Caliper | SSI-VT-003 | VT Equip | $40 |
| 147 | Dial Caliper | SSI-VT-001 | VT Equip | $40 |
| 148 | Dial Caliper | SSI-VT-002 | VT Equip | $40 |
| 149 | Dial Caliper | SSI-VT-004 | VT Equip | Broken piece |
| 150 | Range Finder | SSI-VT-009 | VT Equip | $1,000 |
| 151 | Micrometer | SSI-VT-010 | VT Equip | $220 |
| 152 | Micrometer | SSI-VT-011 | VT Equip | $220 |
| 153 | Motorola Talkabout T260 | G-155 | VT Equip | $59 |
| 154 | Motorola Talkabout T260 | G-156 | VT Equip | $59 |
| 155 | Motorola Talkabout T260 | G-157 | VT Equip | $59 |
| 156 | Motorola Talkabout T260 | G-158 | VT Equip | $59 |
| 157 | Motorola Talkabout T260 | G-159 | VT Equip | $59 |
| 158 | Lux-Pro LED Flash Light | G-174 | VT Equip | $30 |
| 159 | Lux-Pro LED Flash Light | G-175 | VT Equip | $30 |
| 160 | Lux-Pro LED Flash Light | G-176 | VT Equip | $30 |
| 161 | Lux-Pro LED Flash Light | G-177 | VT Equip | $30 |
| 162 | Lux-Pro LED Flash Light | G-178 | VT Equip | $30 |
| 163 | PROFLO PFXPG100K | PT-014 | PT Equip | $12 |
| 164 | Thermometer | PT-042 | PT Equip | $30 |
| 165 | Magnaflux Zyglo | Batch 19023K | PT Equip | $188 |
| 166 | Magnaflux Zyglo | Batch 19EO9K | PT Equip | $262 |
| 167 | Magnaflux Zyglo | Batch 19F13K | PT Equip | $188 |
| 168 | Magnaflux Spotcheck | Batch 19G08K | PT Equip | $143 |
| 169 | Magnaflux Spotcheck | Batch 20A05K | PT Equip | $197 |
| 170 | Magnaflux Spotcheck | Batch 18MO2K | PT Equip | $164 |
| 171 | Magnaflux Spotcheck | Batch 20A08K | PT Equip | $164 |
| 172 | Magnaflux Spotcheck | Batch 17J04K | PT Equip | $164 |
| 173 | Magnaflux Spotcheck | Batch 19M31K | PT Equip | $143 |
| 174 | Magnaflux Spotcheck | Batch 20A06K | PT Equip | $198 |
| 175 | Magnaflux Spotcheck | Batch 18F09K | PT Equip | $198 |

# Exhibit A

| Item # | Name | Serial # / VIN # | Category | Purchase Price |
|--------|------|------------------|----------|----------------|
| 176 | Magnaflux Spotcheck | Batch 17LO2K | PT Equip | $198 |
| 177 | Magnaflux Spotcheck | Batch 19J15K | PT Equip | $197 |
| 178 | Magnaflux Spotcheck | Batch 17J07K | PT Equip | $197 |
| 179 | Magnaflux Spotcheck | Batch 19G09K | PT Equip | $197 |
| 180 | Magnaflux Spotcheck | Batch 20A11K | PT Equip | $164 |
| 181 | Magnaflux Spotcheck | Batch 20B16K | PT Equip | $168 |
| 182 | 2017 Chevrolet Silverado | 1GC2KUEG1H2283582 | Vehicles | $40,876 |
| 183 | CR8 Darkroom with developing tank, front foil and door, 24-hanger dryer, cabiner, rear window air conditioner | - | RT Equip | $7,793 |
| 184 | LED Film Viewer | - | RT Equip | $1,500 |
| 185 | IQI BATCH 1616118 | - | RT Equip | $5 |
| 186 | Lead Kit #1 | - | RT Equip | $543 |
| 187 | Flasher Bulb Replacment | - | RT Equip | $0 |
| 188 | Speedmaster SM-12 | - | RT Equip | $885 |
| 189 | X-rite | - | RT Equip | $1,400 |
| 190 | Source Storage Box | - | RT Equip | $350 |
| 191 | Expanded Metal for Security of Source Storage Box | - | RT Equip | $20 |
| 192 | RA-500 | - | RT Equip | $348 |
| 193 | RA-500 | - | RT Equip | $348 |
| 194 | RA-500 | - | RT Equip | $348 |
| 195 | RA-500 | - | RT Equip | $348 |
| 196 | W138 | - | RT Equip | $110 |
| 197 | W138 | - | RT Equip | $110 |
| 198 | AT138 | - | RT Equip | $110 |
| 199 | W138 | - | RT Equip | $110 |
| 200 | ND-200 | - | RT Equip | $877 |
| 201 | ND-200 | - | RT Equip | $877 |
| 202 | ND-200 | - | RT Equip | $877 |
| 203 | ND-200 | - | RT Equip | $877 |
| 204 | S.E. International | - | RT Equip | $268 |
| 205 | S.E. International | - | RT Equip | $268 |
| 206 | Sentinel 35' Cranks | - | RT Equip | $2,413 |
| 207 | Sentinel Guide Tube | - | RT Equip | $105 |
| 208 | Bayonet | - | RT Equip | $115 |
| 209 | Collimator | - | RT Equip | $295 |
| 210 | Jig Stand | - | RT Equip | $80 |
| 211 | Jig Collimator | - | RT Equip | $80 |
| 212 | Baracade Caustion Radiation Tape | - | RT Equip | $95 |
| 213 | Radiation paper and plastic Signs | - | RT Equip | $240 |
| 214 | High Radiation paper and plastic Signs | - | RT Equip | $35 |
| 215 | Chill chaser | - | RT Equip | $530 |
| 216 | Floating Thermometer | - | RT Equip | $13 |
| 217 | 10" Film Racks | - | RT Equip | $660 |

# Exhibit A

| Item # | Name | Serial # / VIN # | Category | Purchase Price |
|--------|------|------------------|----------|----------------|
| 218 | 17" Film Racks | - | RT Equip | $550 |
| 219 | 3.5" X 10" Cassettes | - | RT Equip | $45 |
| 220 | 4.5" X 10" Cassettes | - | RT Equip | $126 |
| 221 | 3.5" X 17" Cassettes | - | RT Equip | $54 |
| 222 | 4.5 X 17 Cassettes | - | RT Equip | $220 |
| 223 | 3.5" X 10" Lead Screens | - | RT Equip | $100 |
| 224 | 4.5" X 10" Lead Screens | - | RT Equip | $308 |
| 225 | 3.5" X 17" Lead Screens | - | RT Equip | $520 |
| 226 | 4.5" X 17" Lead Screens | - | RT Equip | $640 |
| 227 | 4.5" X 10" Film | - | RT Equip | $800 |
| 228 | 4.5" X 17" Film | - | RT Equip | $161 |
| 229 | Metal stir stick | - | RT Equip | $30 |
| 230 | 4.5" X 10" Film paper sleaves | - | RT Equip | $125 |
| 231 | Assorted film paper envolopes | - | RT Equip | $0 |
| 232 | Processing chemicals | - | RT Equip | $0 |

# BILL OF SALE

| | |
|---|---|
| **Date:** | March 12, 2021 |
| **Seller:** | Southern Services, Inc. |
| **Seller's Mailing Address:** | 714 Wade Street<br>Clute, Texas 77531 |
| **Buyer:** | Trident Engineering and Inspection |
| **Buyer's Mailing Address:** | 94 Main Street, Unit 3<br>Gorham, ME 04038 |
| **Consideration:** | Ten Dollars ($10.00) and other good and valuable consideration. |

**Transferred Properties:** Those assets related to the operations of **Seller** located in Alaska as described in Exhibit "A" attached hereto.

**Reservations from Transfer:** None

**Exceptions to Transfer and Warranty:** None

**Conveyance "AS IS":**

SELLER CONVEYS AND BUYER ACCEPTS THE TRANSFERRED PROPERTIES *AS IS, WHERE IS, AND WITH ALL FAULTS, AND IN ITS CURRENT STATE OF REPAIR AND CONDITION, AND WITH NO WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED,* EXCEPT FOR THE WARRANTY OF TITLE AS PROVIDED HEREIN. BUYER HAS FULLY INSPECTED THE TRANSFERRED PROPERTIES. SELLER HAS NOT MADE AND DOES NOT MAKE ANY REPRESENTATIONS AS TO THE PHYSICAL CONDITION OF THE TRANSFERRED PROPERTIES, AND BUYER HEREBY EXPRESSLY ACKNOWLEDGES THAT NO SUCH REPRESTATIONS HAVE BEEN MADE. SELLER MAKES NO OTHER WARRANTIES, EXPRESS OR IMPLIED, OF MERCHANTABILITY, MARKETABILITY, FITNESS OR SUITABILITY FOR A PARTICULAR PURPOSE OR OTHERWISE EXCEPT FOR THE WARRANTY OF TITLE AS SET FORTH HEREIN. ANY IMPLIED WARRANTIES ARE EXPRESSLY DISCLAIMED AND EXCLUDED. BUYER UNDERSTANDS THAT SELLER MAKES NO WARRANTIES OR REPRESENTATIONS REGARDING THE CONDITION OF THE TRANSFERRED PROPERTIES. BUYER REPRESENTS THAT IT IS MAKING THE DECISION TO PURCHASE BASED ON ITS OWN OBSERVATIONS AND INSPECTIONS AND INSPECTIONS CONDUCTED BY PROFESSIONAL INSPECTORS OF ITS OWN SELECTION, AND NOT BASED UPON ANY STATEMENTS OR REPRESENTATIONS MADE BY SELLER OR SELLER'S AGENTS, THE MAKING OF WHICH IS DENIED. BUYER HEREBY ACCEPTS THE TRANSFERRED PROPERTIES IN THEIR CURRENT CONDITION AS OF THE DATE OF THIS AGREEMENT AND HEREBY FULLY RELEASES SELLER, ITS ASSIGNS, MEMBERS, OFFICERS AND AGENTS FROM ANY AND ALL LIABILITY OF ANY KIND WITH RESPECT TO THE CONDITION OF THE TRANSFERRED PROPERTIES.

Seller, for the Consideration and subject to the Reservations from Transfer and the Exceptions to Transfer and Warranty, sells, transfers, and delivers the Transferred Properties to Buyer, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Buyer and Buyer's heirs, successors, and assigns forever. Seller binds Seller and Seller's heirs and successors to warrant and forever defend all and singular the Transferred Properties to Buyer and Buyer's heirs, successors and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof when the claim is by, through, or under Seller but not otherwise, except as to the Reservations from Transfer and the Exceptions to Transfer and Warranty.

When the context requires, singular nouns and pronouns include the plural.

**SELLER: SOUTHERN SERVICES, INC.**

BY: _____

TITLE: _Vice President_

**ACCEPTED BY BUYER:**

**TRIDENT ENGINEERING AND INSPECTION**

BY: _____

TITLE: _PRESIDENT_

STATE OF TEXAS §
§
COUNTY OF BRAZORIA §

BEFORE ME, the undersigned Notary Public, on this day personally appeared _Ruben Rojas_ , proved to me through photo identification to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purpose and consideration therein expressed and in the capacity stated herein.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this _11c_ day of _March_ 2021.

_Leslie M. Barber_
NOTARY PUBLIC, State of Texas

Leslie M Barber
My Commission Expires
12/30/2022
ID No 10226579

STATE OF MAINE §
§
COUNTY OF _Cumberland_ §

BEFORE ME, the undersigned Notary Public, on this day personally appeared _James Hall_ , proved to me through photo identification to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purpose and consideration therein expressed and in the capacity stated herein.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this _12_ day of _March_ 2021.

_Samantha Clang_
Notary Public, State of Maine
Attorney-at-Law
MEB 5260

BILL OF SALE

CQS 0161

| | |
|---|---|
| **From:** | Dave Wilson |
| **To:** | James Hall |
| **Subject:** | Laptop cloned |
| **Date:** | Thursday, April 8, 2021 3:20:57 PM |
| **Attachments:** | image001.png |
| | image002.png |

The Simple Help agent was loaded on Dell Laptop F5XPGC2 during the office setup around Feb 18-19. The Hard drive was then cloned and installed to Laptop 7JB5L32. Since this was a clone the Hostname remained 'DESKTOP-UB3PDC1' and our Simple Help agent which is a Windows installed program connected to our support server. When old Laptop 7JB5L32 was returned around March 26th it was not connected to our support system since it was fresh Windows 10 install.

Notice how the Serial# and Disk changed from March 24th to March 29th but the Hostname DESKTOP-UB3PDC1 and the IP Address 63.140.66.112 remained the same.

New PC

Martin Anderson                                                    56 minutes 12 seconds

Access Session                                                     March 29, 2021 11:11:29 AM

     Technician  Dave Wilson (dave) / 192.168.26.92

     Hostname  DESKTOP-UB3PDC1

       Group  Trident

Operating System  Windows 10 x64 (2009)

    IP Address  63.140.66.112

## Hardware Details

    Model  Latitude E5440 (Dell Inc.)

    Serial  7JB5L32

Processors  2.3 GHz Intel(R) Core(TM) i5-4200U CPU @ 1.60GHz (1, 2 cores, 64bit)

  Memory  4 GB DDR3 1.6 GHz

    Disks  931.5 GB SSD, \\.\PHYSICALDRIVE0 (CT1000BX500SSD1)

      Bios  A23, Dell Inc.

Bios Release  DELL  - 1072009

Old PC

COS 0162

 Martin Anderson

9 minutes 10 seconds

Access Session

March 24, 2021 11:15:17 AM

Technician Dave Wilson (dave) / 192.168.26.92
Hostname DESKTOP-UB3PDC1
Group Trident
Operating System Windows 10 x64 (2009)
IP Address 63.140.66.112

## Hardware Details

Model Latitude E5470 (Dell Inc.)

Serial F5XPGC2

Processors 2.5 GHz Intel(R) Core(TM) i5-6300U CPU @ 2.40GHz (1, 2 cores, 64bit)

Memory 8 GB Unknown 2.1 GHz

Disks 465.8 GB SSD, \\.\PHYSICALDRIVE0 (Samsung SSD 970 EVO Plus 500GB)

Bios 1.19.3, Dell Inc.

Bios Release DELL - 1072009

**Dave Wilson**
PC & Network Consulting
PO Box 295318
Kerrville, Texas 78029-5318
Telephone: 707-570-1180
Fax: 707-578-5212

The content of this e-mail (including any attachments) is strictly confidential and may be commercially sensitive. If you are not, or believe you may not be, the intended recipient, please advise the sender immediately by return e-mail, delete this e-mail and destroy any copies.

COS 0163

Printed: 3/24/2021 9:00:48 PM
Store: 1

**Sales Order #597**
Ordered: 3/24/2021
Associate: Andrew W
Page 1



**Computer Renaissance Soldotna**
44661-B Sterling Hwy
Soldotna, AK, 99669
Store# 30504
(907) 420-0483
www.facebook.com/compren

**Bill To:** Southern Services Incorporated
Southern Services Incorporated
44539 Sterling Hwy. Suite 100
Soldotna, AK 99669
907-420-0644

**Order Status:** Open

| Item # | Item Name | Item Description | Attribute | Qty | Price | Ext Price | Tax |
|--------|-----------|-----------------|-----------|-----|-------|-----------|-----|
| 2 | HOUR-TUNEUP-IMAGE | DRIVE IMAGE FROM NEW LAPTOP TO OLD ONE | SERVICE | 1 | $120.00 | $120.00 | T |
| 2 | HOUR-TUNEUP-IMAGE | LABOR FOR MOTHERBOARD REPLACEMENT | SERVICE | 1 | $120.00 | $120.00 | T |
| 1580 | SPECIAL-ORDER-MOTHERBOARD | SPECIAL ORDER MOTHERBOARD | NEW | 1 | $85.00 | $85.00 | T |
| | | 15% | | | less: | $15.00 | |
| 392 | 1TB-M.2-SSD | 960GB, 1TB, or 1024GB M.2 SSD | NEW | 1 | $149.99 | $149.99 | T |
| | | 6.25% | | | less: | $10.00 | |
| 699 | CMOS BIOS BATTERY | CMOS BIOS BATTERY - EACH | NEW | 1 | $8.00 | $8.00 | T |
| | | | | | less: | ($6.01) | |
| 1 | DIAGNOSIS | SYSTEM DIAGNOSIS | SERVICE | 1 | ($70.00) | ($70.00) | T |
| | | 200% | | | less: | $140.00 | |
| 7 | HALFHOUR-PROGPACK-EXPEDITE-TR | EXPEDITE FEE | SERVICE | 1 | $60.00 | $60.00 | T |

Total Qty Ordered: 7    0    7

Percent Unfilled: 100

|  |  |
|--|--|
| Subtotal: | $472.99 |
| Local Sales Tax    % Tax: | + $28.38 |
| **TOTAL:** | **$501.37** |
| **Deposit Balance:** | **$0.00** |
| Balance Due: | $501.37 |

Thank you for your order!

COS 0164