| | |
|---|---|
| **From:** | James Hall <hallj@tridentei.com> |
| **Sent:** | Tuesday, May 4, 2021 2:12 PM |
| **To:** | David Bower |
| **Subject:** | FW: Statement about Martin's Laptops |

Officer Bower,

Below is the information from Our IT. You can email him if you have any further questions. He said he can talk to you on the phone if needed too. We're still working on the price for all the documents copied. There is so much that was copied. Pretty close to our whole server files was copied.

Sincerely,

**James E. Hall, P.E.**
**President, Engineering Manager**
**Trident Engineering and Inspection**
www.tridentei.com
O: (207) 865-8265
C: (207) 232-8029

Project No.:

CONFIDENTIALITY NOTICE: Information in this message, including any attachments, is intended for the personal and confidential use of the recipient(s) named above only. If you are not an intended recipient of this message, or an agent responsible for delivering this message to an intended recipient, please notify the sender immediately and delete the message. Any distribution or copying of this message by recipients this message was not intended for is strictly prohibited. Thank you for your cooperation.

**From:** Dave Wilson <Dave@pcnetconsult.com>
**Sent:** Monday, May 3, 2021 6:19 PM
**To:** James Hall <hallj@tridentei.com>
**Subject:** Statement about Martin's Laptops

We installed our support program on the Trident computers the week of February 18th, 2021. This program installs an agent which links the Laptop to our server, allowing us to monitor and support our clients. At that time, the Laptop Martin had was Dell serial #F5XPGC2 (see item #1) with the hostname of DESKTOP-US3PDC1, and there were no problems with the Laptop. When the Laptop Dell serial #F5XPGC2 was returned, the hostname changed to DESKTOP-IG123O2 (see item #2). The hostname is randomly generated by the Windows 10 installer when it's installed. This Windows 10 install with a drive repartition must have wiped out all files and programs including our support agent. I ran three different file recovery utilities on the Laptop to recover the missing files, but nothing was found. There is no serial # on the Solid-state drive, so there is no way to know if the drive was replaced or wiped. Also, since that Laptop has a Solid-state drive and the Windows 10 default enables TRIM, file recovery is not the same as the old hard drives.

We know the old PC was cloned to a new Laptop because the same day the old Laptop was returned, a new Laptop Dell serial #7JB5L32 connected to our server with the original hostname DESKTOP-UB3PDC1 (see item #3) this only happened because our agent was copied with the cloning process along with all the Trident files.

Item #1

1

COS 0167

Case 3:23-cv-00119-KFR    Document 46-24    Filed 06/20/25    Page 1 of 3

EXHIBIT 12 (J)
Page 1 of 3

 **Martin Anderson**　　　　　　　　　　　　9 minutes 10 seconds

Access Session　　　　　　　　　　　　　　March 24, 2021 11:15:17 AM

　　　　Technician　Dave Wilson (dave) / 192.168.26.92
　　　　Hostname　DESKTOP-UB3PDC1
　　　　　　Group　Trident
Operating System　Windows 10 x64 (2009)
　　　　IP Address　63.140.66.112

### Hardware Details

　　　　Model　Latitude E5470 (Dell Inc.)
　　　　Serial　F5XPGC2

　Processors　2.5 GHz Intel(R) Core(TM) i5-6300U CPU @ 2.40GHz (1, 2 cores, 64bit)
　　　Memory　8 GB Unknown 2.1 GHz
　　　　Disks　465.8 GB SSD, \\.\PHYSICALDRIVE0 (Samsung SSD 970 EVO Plus 500GB)

　　　　　Bios　1.19.3, Dell Inc.
Bios Release　DELL  - 1072009

### Item #2

 **DESKTOP-IG123O2**　　　　　　　　　　17 minutes 24 seconds

Access Session　　　　　　　　　　　　　　March 26, 2021 8:14:11 AM

　　　　Technician　Dave Wilson (dave) / 159.242.252.58
　　　　Hostname　DESKTOP-IG123O2
　　　　　　Group　Trident
Operating System　Windows 10 x64 (2009)
　　　　IP Address　24.237.248.34

### Hardware Details

　　　　Model　Latitude E5470 (Dell Inc.)
　　　　Serial　F5XPGC2

　Processors　2.5 GHz Intel(R) Core(TM) i5-6300U CPU @ 2.40GHz (1, 2 cores, 64bit)
　　　Memory　8 GB Unknown 2.1 GHz
　　　　Disks　465.8 GB SSD, \\.\PHYSICALDRIVE0 (Samsung SSD 970 EVO Plus 500GB)

　　　　　Bios　1.19.3, Dell Inc.
Bios Release　DELL  - 1072009

### Item #3

 **Martin Anderson**  56 minutes 12 seconds
Access Session   March 29, 2021 11:11:29 AM

| | |
|---:|:---|
| Technician | Dave Wilson (dave) / 192.168.26.92 |
| Hostname | DESKTOP-UB3PDC1 |
| Group | Trident |
| Operating System | Windows 10 x64 (2009) |
| IP Address | 63.140.66.112 |

## Hardware Details

| | |
|---:|:---|
| Model | Latitude E5440 (Dell Inc.) |
| Serial | 7JB5L32 |
| Processors | 2.3 GHz Intel(R) Core(TM) i5-4200U CPU @ 1.60GHz (1, 2 cores, 64bit) |
| Memory | 4 GB DDR3 1.6 GHz |
| Disks | 931.5 GB SSD, \\.\PHYSICALDRIVE0 (CT1000BX500SSD1) |
| Bios | A23, Dell Inc. |
| Bios Release | DELL  - 1072009 |


**Dave Wilson**
<u>PC & Network Consulting</u>
PO Box 295318
Kerrville, Texas   78029-5318
Telephone: 707-570-1180
Fax: 707-578-5212

―――――――――――――――――――――――――――――――――――――――――――――――――――――――
The content of this e-mail (including any attachments) is strictly confidential and may be commercially sensitive. If you are not, or believe you may not be, the intended recipient, please advise the sender immediately by return e-mail, delete this e-mail and destroy any copies.