| | |
|---|---|
| **From:** | James Hall <hallj@tridentei.com> |
| **Sent:** | Thursday, May 6, 2021 9:26 AM |
| **To:** | David Bower |
| **Cc:** | Russ Pack |
| **Subject:** | Theft of Property Complaint Information (Filed by Russell Pack) - Updated Information |
| **Attachments:** | Exhibit 2 - Master Client-Contact List TEl.pdf; Exhibit 3 - Training Course Materials.pdf; Exhibit 4 - Condition of Laptop Martin Anderson turned in.pdf; Exhibit 5 - Statement about Martin's Laptop from IT Dept.pdf; Exhibit 6 - Laptop cloned Evidence from IT Dept.pdf; Exhibit 7 - Email exchange loading IT help program.pdf; Exhibit 1 - IP valuation.pdf |

Officer Bower,

I have attached multiple exhibits to provide you with the information requested. During the process of the valuation of what was on the hard drive cloned I learned that Martin kept all project files and documents on his laptop and not the server. Martin was the regional manager of the office and performed over 90% of the work for the company. Also, I learned that Martin kept the training programs on an external hard drive that he did not turn in after his termination.

Attached is a valuation (Exhibit 1) of the most valuable information that was copied. It's hard to put a price on all project reports, data, etc. Due to the value of the training program I asked one of our employees to provide an outline of the programs and documents used for each program (Exhibit 3). Along with all of the software on the computer that was copied and the files was a complete client list in Outlook of all our clients (Exhibit 2). Martin used this list the day after being terminated to contact all of these people.

Martin returned the laptop on March 25th with all of the data erased (Exhibit 4). After receiving the computer back out IT department noticed his laptop come back online (Exhibits 5 and 6). The computer he turned in was not on at the time. I included our email exchange with Martin when we asked him to install the remote software to connect it to the server (Exhibit 7) as well.

We calculated the value of these items based on an estimated number of hours it took to create them and the rate that the creator was paid, not their billable rate. This gave us a very conservative value.

In summary, Martin copied his entire hard drive that contained essentially every file he worked on while at Southern Services and Trident as well as kept his external hard drive that contained the entire training program (which was not saved on our servers). We have copies from some of the training documents as he asked an employee to copy some of these files during classes over the years. But the entire program resides on his external hard drive which we have not ever had access to since the purchase of Alaska Technical.

Let me know if you have any questions with this information or if I can be of any further help.

Sincerely,

**James Hall, P.E.**
President



1

COS 0170

EXHIBIT 13 (K)
Page 1 of 26

**94 Main Street Unit 3 | Gorham, ME | 04038 | www.tridentei.com**
**Office 207.865.8265 | Mobile 207.232.8029**



**Project No.:**

**CONFIDENTIALITY NOTICE:** Information in this message, including any attachments, is intended for the personal and confidential use of the recipient(s) named above only. If you are not an intended recipient of this message, or an agent responsible for delivering this message to an intended recipient, please notify the sender immediately and delete the message. Any distribution or copying of this message by recipients this message was not intended for is strictly prohibited. Thank you for your cooperation.

2

**COS 0171**



## Intellectual Property Valuation - Martin Anderson Computer (and External Hard Drive)

| Document Name | Document Description | Hours to Create | Hourly Rate | Value | Location on Computer |
|---|---|---|---|---|---|
| Sales and Marketing 4Q 2019 | S&M Plan PowerPoint with current and future efforts | 16 | $25 | $400 | Main Folder-SSI-Alaska Region-Active Admin-SSI 4Q Meeting |
| Level III 2019 4Q | AK Plan/Strategy | 16 | $25 | $400 | Main Folder-SSI-Alaska Region-Active Admin-SSI 4Q Meeting |
| Alaska Status 4Q 2019 | Employees/clients/plans | 40 | $25 | $1,000 | Main Folder-SSI-Alaska Region-Active Admin-SSI 4Q Meeting |
| AK Rate Sheet and AK Rate Sheet for Distribution | Current rate sheets used by TEI. Adopted from SSI rate sheet. | 16 | $25 | $400 | Main Folder-SSI-Alaska Region-Active Admin |
| Alaska Reporting Procedure | Created by BW and signed by MA | 8 | $25 | $200 | Main Folder-SSI-Alaska Region-Active Admin |
| Invoice List by Date Reports | Invoice lists (contains client lists) | 40 | $25 | $1,000 | various |
| Weekly Coordination Meetings | Contains projects, status, clients, strategies, bids/marketing plans | 52 | $25 | $1,300 | various |
| Active Projects - Folder | Contains sub folders and many documents (forms/specs/reports) pertaining to client projects. | 80 | $25 | $2,000 | Main Folder-SSI-Alaska Region-Active Projects |
| NDE Training | Contains sub folders that hold training documents and curriculum belonging to AK Tech Training (now owned by TEI) | 320 | $72 | $23,040 | External Hard Drive (Not turned in after termination) |
| Client Contact List | Contains all clients names, addresses, phone numbers, emails | 8 | $25 | $200 | Outlook |
| SSI Inspection Clients – Folder | Numerous documents and images pertaining to SSI (now TEI) clients | 40 | $25 | $1,000 | Main Folder-SSI-Alaska Region-SSI Inspection Clients |
| Alaska Technical Training (1) | Training Newsletter – created by Brittany Winkler | 8 | $25 | $200 | Slideshow for Blackhawk |
| Business Development Kill List bw | Co created by Brittany Winkler and Martin Anderson | 6 | $25 | $150 | Slideshow for Blackhawk |

| | TOTAL VALUE | $31,290 |
|---|---|---|

**NOTES:**

1. Values above are estimates of the time it took to create these documents.

2. Hourly rate of $25 an hour was used as this was Brittany's hourly rate when most of these were created.

3. Training program was developed by a Level III with a salary of $72 an hour.

4. These estimates are very conservative. Hard drive contains all projects and project files worked on since 2017.

5. Significant amounts of Southern Services Inc. intellectual property was also taken. Values not included above.

# CLIENT & CONTACT LIST

| Company Name | Client Contact | Phone Number | Email |
|---|---|---|---|
| ███ | ███ | ████ | ██████ |
| ███ | █ | | ██████ |
| ███ | ███ | | █████ |
| █████ | ███ | ███ | █████ |
| ███ | █ | ███ | ██████ |
| ██ | | | |
| ███ | ███ | ████ | |
| | ██ | ███ | █████ |
| ██ | ██ | | █████ |
| | ████ | ███ | ███████ |
| ███ | ██ | | █████ |
| | ████ | ███ | ██████ |
| ██ | ████ | ████ | ████ |
| ███ | █████ | ████ | ████ |
| | ████ | | █████ |
| █ | ████ | ███ | ██████ |
| | ████ | ███ | ██ |
| ███ | ███ | ███ | ████ |
| | ████ | ███ | █████ |
| | ████ | ███ | ██████ |
| ████ | ███ | | ██████ |
| | ███ | ███ | █████ |
| ██ | ████ | | █████ |
| █ | | | ████ |
| | █████ | ███ | █████ |

COS 0173

**CLIENT & CONTACT LIST**





Course Description

# API 653 Preparation Course

This class is a six day instructional course designed to help prepare the participant to take the API-653 Authorized Aboveground Storage Tank Inspector Certification Examination. The course is also beneficial for design, operating, maintenance, erection, fabrication, engineering, reliability, and repair personnel of aboveground storage tanks interested in learning more about the Codes and how to navigate through them.

The course will include but not be limited to the following:

- Calculations such as:
  - Minimum Thickness for Existing Tank Shell
  - Maximum Period of Operation
  - Minimum Thickness for Tank Bottom Plate
  - Maximum Fill Height (Hydrostatic testing)
  - Corrosion Rates & Inspection Intervals
  - Inspection Frequency Determination
- Inspection Frequency Determination
- Welding and Nondestructive Testing Requirements
- Cathodic Protection
- Daily Quizzes
- Practice Examination

Attendees are required to have access to the edition of the Codes, Standards, and Recommended Practices detailed in the applicable "Publications Effectivity Sheet" available on the API website.

- API 650, Welded Steel Tanks for Oil Storage

COS 0175

- API 653, Tank Inspection, Repair, Alteration, and Reconstruction
- API - RP 575, Inspection of Atmospheric and Low-Pressure Storage Tanks
- API - RP 651, Cathodic Protection of Aboveground Petroleum Storage Tanks
- API - RP 652, Lining of Aboveground Petroleum Storage Tank Bottoms
- API-RP 571, Damage Mechanisms Affecting Fixed Equipment
- API-RP 577, Welding Inspection and Metallurgy
- ASME Section IX, Welding, Brazing, and Fusion Qualifications (Welding only)
- ASME Section V, Nondestructive Examination

**Duration: 5 days (50 hours)**

**Cost: $1,600**

**Course Materials: PowerPoint Slideshow, 2 student books, final exam**

COS 0176

EXHIBIT 13 (K)
Page 7 of 26



Course Description

# AWS CERTIFIED WELDING INSPECTOR PREP.

This course is designed to prepare the student for the American Welding Society (AWS) Certified Welding Inspector/Certified Associate Welding Inspector examination in accordance with ANSI/AWS QC1-96 or individuals requiring an overview of welding inspection.

This is a comprehensive welding inspection program that provides lectures, quizzes and practical exercises specific to the AWS Certified Welding Inspector Program.

**Program Highlights:**

- Introduction of Welding Inspection and Certification
- Welding Safety
- Mathematics and Metric Measurements
- Mechanical Properties and Destructive Testing of Materials
- Physical Metallurgy for Welding
- Weld Joint Geometry and Welding Symbols
- Welding, Brazing, and Cutting Processes
- Discontinuities Inherent to Base and Weld Materials
- Visual and Nondestructive Inspection
- Standards, Rules, and Regulations

**Duration: 5 days (40 hours)**

**Cost: $1,200**

**Course Materials: Power Point, student book, final exam**

COS 0177



Course Description

# EDDY CURRENT

When a magnetic field cuts through metal, a current is induced. If a magnetic field cuts a wire in a closed circuit, a current in induced around the circuit. However, if a magnetic field cuts through a sample of metal that is not connected to a circuit, an eddy current is produced. This eddy current is localized in the metal and has a flow pattern. The flow pattern is disrupted by discontinuities from the surface to a shallow depth of penetration. The method is quick and very sensitive. No contact with the metal is required. All metals may be subject to this form of testing.

Below is an example of a syllabus that is used for Eddy Current training courses.

## Level I

### General Theory

- Brief History of Testing
- Basic Principles of Testing
- Generation of Eddy Currents by Means of an AC Field
- Effect of Fields Created by Eddy Currents
- Effect of Change of Impedance on Instrumentation
- Terminology and Units
- Principles of Magnetization
- Magnetization
- Electromagnetism Theory
- Flux Leakage Theory and Principle
- Readout Mechanism
- Types of Eddy Current Sensing Elements
- Types of Flux Leakage Sensing Elements
- Safety for Eddy Current Testing & Electrical Safety

### Specific Theory

Application of the method and use of codes, specifications, and procedures applicable to the company, including the relevant control checks.

### Duration: 4 days (40 hours)

### Cost: $1,200

### Course Materials: Power Point, student book, quizzes, final exam

COS 0178



## Level II

### General Theory

- Review of Electromagnetic Theory
- Factors that Affect Coil Impedance
- Factors that Affect Flux Leakage Fields
- Signal-to-Noise Ratio
- Selection of Test Frequency
- Selection of Method of Magnetization for Flux
- Leakage Testing
- Coupling
- Field Strength and Its Selection
- Field Orientation for Flux Leakage Testing
- Instrument Design Consideration
- Safety for Eddy Current Testing & Electrical Safety

**Duration: 4 days (40 hours)**

**Cost: $1,200**

**Course Materials: Power Point, student book, quizzes, final exam**

COS 0179

EXHIBIT 13 (K)
Page 10 of 26

Course Description



# MAGNETIC PARTICLE TESTING

## Level I/II

Magnetic Particle Testing (MT) is done by inducing a magnetic field in a ferromagnetic material and dusting the surface with iron particles (either dry or suspended in a liquid). Surface imperfections will allow the magnetic field to leak out of the part, distort the magnetic field and concentrate the iron particles near the imperfection, thus indicating their presence.

Magnetic Particle Testing (or Magnaflux as it is sometimes called) uses magnetic leakage fields to detect surface and near surface cracks and discontinuities.

### Identified Learning Outcomes:

- Identify material properties
- Operate magnetic field generating equipment
- Application of the correct inspection technique
- Interpret indications
- National and international codes, standards, and specifications

### Measurement of Learning Outcomes:

Candidates will have dedicated instruction by tutorial and physical "hands on" visual aid equipment.

- Pre ad post basic skills assessments
- Daily skill assessments
- Laboratory applications daily assessment
- End of course assessment

### Student Success:

Student success is a measurable quantity, apart from the pre and post course skills assessment, practical lab work and in course daily skills assessment results are retained as a documented record. Additionally, an end of course examination covering the course topics shall be completed.

### Prerequisites and Comments:
This course is generally combined with Penetrant Testing I/II.

### Duration: 3 days (24 hours)

### Course Materials: Power Point, student book, quizzes, final exam

COS 0180

Course Description



# PENETRANT TESTING

## Level I/II

This course is designed for manufacturers, services companies, and overhaul facilities who require their personnel to be trained in Penetrant Testing (PT), which is used to locate inherent, processing, or service discontinuities in nonporous materials. In addition to covering the theoretical aspects of this methods, the course provides demonstrations and practical hands-on laboratory times on both portable and stationary equipment.

### Program Highlights:

A comprehensive introduction on the history, purpose, types, advantages and limitations of Penetrant Testing will be presented to the class, and then going into greater detail on the following items:

- Penetrant Testing Principles
- Penetrant Processing
- Penetrant Test Variables
- Penetrant Materials
- Selection of Penetrant Test Techniques/Equipment
- Penetrant Processes/Indications
- Reporting
- Process Demonstration
- Lab Sessions
- Review and Final Course Examination

### Prerequisites and Comments:

Levels I/II courses are basic programs for persons with little or no technical background. This course is generally combined with Magnetic Particle Testing I/II.

### Duration: 2 days (16 hours)

### Course Materials: Slide Show, student book, quizzes, final exam

COS 0181

Course Description



# RADIATION SAFETY

This course is intended to provide the participant with an understanding of basic radiation theory, health and safety protection problems associated with radiation exposure, the applicable provisions of Federal and State regulations, as well as the safe and correct use of industrial radiographic exposure devices (X and gamma).

This Radiation Safety and Protection Program is ideal preparation for all radiography trainees, assistants, health and safety personnel, quality control inspectors, or any personnel involved in projects where radiographic inspection is being conducted.

**Program Highlights:**

- Structure of Matter and Radiation
- Radiation Machines
- Nuclear Reactions
- Isotopes
- Radioactive Decay Process
- Ions and Ionization Process
- Units of Measurement
- Levels of Radiation from Licensed Material
- Dosimeters
- Film Badge and TLD
- Maximum Permissible Dose
- Radiation Biological Effects
- Methods of Controlling Radiation Exposure
- Radiographic Equipment
- Regulations

**Duration: 4 days (40 hours)**

**Cost: $1,200**

## Course Materials: Power Point, 2 student books, quizzes, final exam

COS 0182

EXHIBIT 13 (K)
Page 13 of 26



Course Description

# RADIOGRAPHY

## Level I

This Radiography (RT) course is designed for manufactures, service organizations and overhaul agencies who require their technicians or engineers to be trained in the application of radiographic techniques. The course covers both X and Gamma Radiography with an approximately equal balance of theory and practical sessions. As well as working through their own supervised practical exercises, students will receive instruction on darkroom procedures and introductory radiographic interpretation.

The Level I course is intended to introduce and provide participants with the theory and applications of radiographic inspection. The course satisfies the training hours needed for Level I certification in accordance with SNT-TC-1A, ANSI/ASNT CP-189, and NAS-410.

### Program Highlights:

- Structure of Matter
- Radiation/Nuclear Reactions
- Measurement of Radiation Dose
- Radiation Health Problems & Personnel Monitoring
- Radiation Detection and Hazards
- Handling of Controlled Material
- X-Radiation and Gamma Radiation
- Geometry of Image Formation
- Scattered Radiation
- Contrast/Latitude
- Radiographic Screens
- Film Processing
- Image Quality Indicators

### Duration: 4 days (40 hours)

### Cost: $1,200

### Course Materials: Power Point, student book, quizzes, final exam

COS 0183



## Level II

This course is designed for manufacturers, service organizations and overhaul agencies who require their technicians or engineers to be trained in the application of radiographic techniques. The course covers both X and Gamma Radiography with an approximately equal balance of theory and practical sessions. As well as working through their own supervised practical exercises, students will receive instruction on darkroom procedures and radiographic interpretation.

The Level II course builds upon the Level I syllabus and emphasizes a greater depth of study, development of senitometric curves, exposure chart production and the development of procedures and techniques. The course satisfies the training hours needed for Level II certification in accordance with SNT-TC-1A. ANSI/ASNT CP-189, and NAS-410.

### Program Highlights:

- Theory of Matter
- Radiation Theory/Radioactive Isotopes
- Generation of X-Radiation
- Interaction with Matter
- Radiographic Film/Film Processing
- Radiographic Sensitivity
- Exposure Calculations
- Radiographic Quality
- Codes/Specification Requirements
- Interpretation of Weld Radiographs
- Interpretation of Casting Radiographs
- Acceptance Criteria
- Film Processing

### Duration: 4 days (40 hours)

### Cost: $1,200

### Course Materials: Power Point, student book, quizzes, final exam

COS 0184

Course Description



# ULTRASONICS

### Level I

A comprehensive introductory course for persons with little or no background in Ultrasonic Testing (UT). Although introductory, this program offers in-depth coverage of ultrasonic theory and instrument operation. The training manual, including detailed laboratory exercises, enables clear understanding of technical principles and test procedures. Lab training stresses procedural testing and proper recording of test results. Applications include precision thickness gauging, flaw detection and evaluation, plus introduction to angel beam and immersion testing.

This course satisfies the training hours needed for Level I certification in accordance with SNT-TC-1A, ANSI/ASNT CP-189, and NAS-410.

### Program Highlights:

- Intro – Advantages & Limitations
- Applications Overview
- Basic Sonic (Velocity, Frequency, Wavelength)
- Generation of Sound
- Transducers
- Wave Mode
- Test Technique Variables
- Ultrasonic Instrument Operation
- Thickness/Distance Measurement
- Flaw Detection and Evaluation
- Intro to Angle Beam Testing (IIW Block Setup, Flaw Location)
- Intro to Immersion Testing (Test Setup, Scanning)

### Duration: 4 days (40 hours)

### Cost: $1,200

### Course Materials: Power Point, quizzes, final exam, reference sheets

COS 0185

EXHIBIT 13 (K)



## Level II

An advanced, laboratory-intensive course for developing practical skills. The course is applications oriented and includes weld inspection, bond inspection, and immersion techniques. Angle beam testing and defect evaluations are covered in detail.

This course satisfies the training hours needed for Level II certification in accordance with SNT-TC-1A. ANSI/ASNT CP-189, and NAS-410.

### Program Highlights:

- Intro – History, Comparison, Math/Calculator Review
- Ultrasonic Principles (Equipment, Techniques, Calibration)
- Evaluation of Base-Material Product Forms
- Other Product Forms
- Evaluation of Weldments
- Weld Inspection
- Bonded Structures
- Discontinuity Detection
- Comparison Procedures
- Advanced Thickness Measurement
- Preparing for Employer's Personnel Qualification Exams

### Duration: 4 days (40 hours)

### Cost: $1,200

### Course Materials: Power Point, student book, quizzes, final exam

COS 0186



Course Description

# RADIOGRAPHIC FILM INTERPRETATION

The Radiographic Film Interpretation course provides formal training in radiographic film interpretation. The course is designed to provide images of common discontinuities and "hands-on" film interpretation experiences. Emphasis is placed on the evaluation of actual film and digital images of welds and castings.

The target audience includes Welding Inspectors, QA/QC Auditors, Engineers, Radiographers, and others wishing to improve their skill in evaluating weld and casting quality in accordance with common codes and specifications. Inspection programs will greatly benefit from enrollment in this course.

At the completion of this course, the following will have been reviewed: the proper techniques, physics and procedures of basic image formation, darkroom protocol to properly evaluate radiographic images, and techniques used in creation of radiographs (film or digital).

**Duration: 4 days (40 hours)**

**Cost: $1,200**

**Course Materials: Power Point, student book, final exam**

COS 0187

EXHIBIT 13 (K)
Page 18 of 26

## Condition of Laptop Martin Anderson turned in on March 25, 2021 at 2:00pm AKST



Top of Laptop (Sticker from Computer Renaissance on cover.)



Bottom of Laptop

COS 0188



Computer status when turned on (Computer has been reset to factory Settings)

COS 0189

| From: | Dave Wilson |
|---|---|
| To: | James Hall |
| Subject: | Statement about Martin"s Laptops |
| Date: | Monday, May 3, 2021 6:19:23 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |

We installed our support program on the Trident computers the week of February 18th, 2021. This program installs an agent which links the Laptop to our server, allowing us to monitor and support our clients. At that time, the Laptop Martin had was Dell serial #F5XPGC2 (see item #1) with the hostname of DESKTOP-US3PDC1, and there were no problems with the Laptop. When the Laptop Dell serial #F5XPGC2 was returned, the hostname changed to DESKTOP-IG123O2 (see item #2). The hostname is randomly generated by the Windows 10 installer when it's installed. This Windows 10 install with a drive repartition must have wiped out all files and programs including our support agent. I ran three different file recovery utilities on the Laptop to recover the missing files, but nothing was found. There is no serial # on the Solid-state drive, so there is no way to know if the drive was replaced or wiped. Also, since that Laptop has a Solid-state drive and the Windows 10 default enables TRIM, file recovery is not the same as the old hard drives.

We know the old PC was cloned to a new Laptop because the same day the old Laptop was returned, a new Laptop Dell serial #7JB5L32 connected to our server with the original hostname DESKTOP-UB3PDC1 (see item #3) this only happened because our agent was copied with the cloning process along with all the Trident files.

Item #1

COS 0190

 Martin Anderson

Access Session

9 minutes 10 seconds

March 24, 2021 11:15:17 AM

Technician  Dave Wilson (dave) / 192.168.26.92
Hostname  DESKTOP-UB3PDC1
Group  Trident
Operating System  Windows 10 x64 (2009)
IP Address  63.140.66.112

## Hardware Details

Model  Latitude E5470 (Dell Inc.)
Serial  F5XPGC2

Processors  2.5 GHz Intel(R) Core(TM) i5-6300U CPU @ 2.40GHz (1, 2 cores, 64bit)
Memory  8 GB Unknown 2.1 GHz
Disks  465.8 GB SSD, \\.\PHYSICALDRIVE0 (Samsung SSD 970 EVO Plus 500GB)

Bios  1.19.3, Dell Inc.
Bios Release  DELL  - 1072009

Item #2

DESKTOP-IG123O2

Access Session

17 minutes 24 seconds

March 26, 2021 8:14:11 AM

Technician  Dave Wilson (dave) / 159.242.252.58
Hostname  DESKTOP-IG123O2
Group  Trident
Operating System  Windows 10 x64 (2009)
IP Address  24.237.248.34

## Hardware Details

Model  Latitude E5470 (Dell Inc.)
Serial  F5XPGC2

Processors  2.5 GHz Intel(R) Core(TM) i5-6300U CPU @ 2.40GHz (1, 2 cores, 64bit)
Memory  8 GB Unknown 2.1 GHz
Disks  465.8 GB SSD, \\.\PHYSICALDRIVE0 (Samsung SSD 970 EVO Plus 500GB)

Bios  1.19.3, Dell Inc.
Bios Release  DELL  - 1072009

COS 0191

Item #3

 **Martin Anderson**          56 minutes 12 seconds

Access Session                               March 29, 2021 11:11:29 AM

> Technician  Dave Wilson (dave) / 192.168.26.92
> Hostname  DESKTOP-UB3PDC1
> Group  Trident
> Operating System  Windows 10 x64 (2009)
> IP Address  63.140.66.112

## Hardware Details

> Model  Latitude E5440 (Dell Inc.)
>
> Serial  7JB5L32
>
> Processors  2.3 GHz Intel(R) Core(TM) i5-4200U CPU @ 1.60GHz (1, 2 cores, 64bit)
> Memory  4 GB DDR3 1.6 GHz
> Disks  931.5 GB SSD, \\.\PHYSICALDRIVE0 (CT1000BX500SSD1)
>
> Bios  A23, Dell Inc.
> Bios Release  DELL  - 1072009

**Dave Wilson**
**PC & Network Consulting**
PO Box 295318
Kerrville, Texas   78029-5318
Telephone: 707-570-1180
Fax: 707-578-5212

**The content of this e-mail (including any attachments) is strictly confidential and may be commercially sensitive. If you are not, or believe you may not be, the intended recipient, please advise the sender immediately by return e-mail, delete this e-mail and destroy any copies.**

.

COS 0192

| From: | Dave Wilson |
|---|---|
| To: | James Hall |
| Subject: | laptop cloned |
| Date: | Thursday, April 8, 2021 3:20:57 PM |
| Attachments: | image001.png |
| | image002.png |

The Simple Help agent was loaded on Dell Laptop F5XPGC2 during the office setup around Feb 18-19. The Hard drive was then cloned and installed to Laptop 7JB5L32. Since this was a clone the Hostname remained 'DESKTOP-UB3PDC1' and our Simple Help agent which is a Windows installed program connected to our support server. When old Laptop 7JB5L32 was returned around March 26th it was not connected to our support system since it was fresh Windows 10 install.

Notice how the Serial# and Disk changed from March 24th to March 29th but the Hostname DESKTOP-UB3PDC1 and the IP Address 63.140.66.112 remained the same.

New PC

Martin Anderson                                    56 minutes 12 seconds

Access Session                                    March 29, 2021 11:11:29 AM

Technician  Dave Wilson (dave) / 192.168.26.92
Hostname  DESKTOP-UB3PDC1
Group  Trident
Operating System  Windows 10 x64 (2009)
IP Address  63.140.66.112

## Hardware Details

Model  Latitude E5440 (Dell Inc.)

Serial  7JB5L32

Processors  2.3 GHz Intel(R) Core(TM) i5-4200U CPU @ 1.60GHz (1, 2 cores, 64bit)
Memory  4 GB DDR3 1.6 GHz

Disks  931.5 GB SSD, \\.\PHYSICALDRIVE0 (CT1000BX500SSD1)

Bios  A23, Dell Inc.
Bios Release  DELL  - 1072009

Old PC

COS 0193

 Martin Anderson

9 minutes 10 seconds

Access Session

March 24, 2021 11:15:17 AM

| | |
|---|---|
| Technician | Dave Wilson (dave) / 192.168.26.92 |
| Hostname | DESKTOP-UB3PDC1 |
| Group | Trident |
| Operating System | Windows 10 x64 (2009) |
| IP Address | 63.140.66.112 |

## Hardware Details

| | |
|---|---|
| Model | Latitude E5470 (Dell Inc.) |
| Serial | F5XPGC2 |
| Processors | 2.5 GHz Intel(R) Core(TM) i5-6300U CPU @ 2.40GHz (1, 2 cores, 64bit) |
| Memory | 8 GB Unknown 2.1 GHz |
| Disks | 465.8 GB SSD, \\.\PHYSICALDRIVE0 (Samsung SSD 970 EVO Plus 500GB) |
| Bios | 1.19.3, Dell Inc. |
| Bios Release | DELL  - 1072009 |

**Dave Wilson**
PC & Network Consulting
PO Box 295318
Kerrville, Texas   78029-5318
Telephone: 707-570-1180
Fax: 707-578-5212

The content of this e-mail (including any attachments) is strictly confidential and may be commercially sensitive. If you are not, or believe you may not be, the intended recipient, please advise the sender immediately by return e-mail, delete this e-mail and destroy any copies.

COS 0194

confidential use of the recipient(s) named above only.  If you are not an intended recipient of this message, or an agent responsible for delivering this message to an intended recipient, please notify the sender immediately and delete the message.  Any distribution or copying of this message by recipients this message was not intended for is strictly prohibited. Thank you for your cooperation.

COS 0196