I completed two search warrants and I'm waiting on the court to approve them. My best guess is that I will execute the warrants next week. I will contact you after that has been completed.

Officer Bower

**From:** Russ Pack <packr@tridentei.com>
**Sent:** Thursday, May 13, 2021 5:14 PM
**To:** David Bower <dbower@soldotna.org>
**Subject:** Fwd: Call

FYI

Russell W. Pack
Vice President
Trident Engineering & Inspection
Responsible Level III
AWS CWI #19121181
ASNT Level III #239048
API 653 # 40262
API 570 # 39833
STI SP-001 # AC 40620
(207) 865-8265 – office
.(207) 212-8342 – mobile
Packr@tridentei.com

Begin forwarded message:

> **From:** Dave Wilson <Dave@pcnetconsult.com>
> **Date:** May 13, 2021 at 5:11:03 PM AKDT
> **To:** Russ Pack <packr@tridentei.com>
> **Cc:** James Hall <hallj@tridentei.com>
> **Subject:** RE: Call
>
> I'm not sure if this is needed, but since I could not get the device details for each session in a report, I did these screen grabs. The top blue line is the session that matches the session summary report in the last email, and below are the device details for each session.
>
> Where the cloned drives session starts is on page 5.
>
> **From:** Russ Pack <packr@tridentei.com>
> **Sent:** Thursday, May 13, 2021 7:38 PM
> **To:** Dave Wilson <Dave@pcnetconsult.com>

3

COS 0652

EXHIBIT 14 (L)
Page 1 of 8

**Cc:** James Hall <hallj@tridentei.com>
**Subject:** RE: Call

Thanks for responding so quickly Dave.


Sincerely,

**Russ Pack**
**Vice President**
**Trident Engineering & Inspection / Alaska Technical Training**
https://link.edgepilot.com/s/f1efe4e1/jghH1_HR0UK4T2brtWg6yA?u=http://www.tridentei.com/
**(207) 865-8265**
**(207) 212-8342**

Project No.:

CONFIDENTIALITY NOTICE: Information in this message, including any attachments, is intended for the personal and confidential use of the recipient(s) named above only. If you are not an intended recipient of this message, or an agent responsible for delivering this message to an intended recipient, please notify the sender immediately and delete the message. Any distribution or copying of this message by recipients this message was not intended for is strictly prohibited. Thank you for your cooperation.


**From:** Dave Wilson <Dave@pcnetconsult.com>
**Sent:** Thursday, May 13, 2021 4:35 PM
**To:** Russ Pack <packr@tridentei.com>
**Cc:** James Hall <hallj@tridentei.com>
**Subject:** RE: Call

The system does not have a specific report of each time the Laptop connected or pinged into our system.

But the session connects summary log, which I have attached below, shows each time I connected to the Laptop. This summary log does not have the device details, so I included the details below, which are the same as I sent before, and show the change where the drive was cloned and installed into a different laptop.

I hope this helps let me know if there is anything else I can do or that needs more clarification.

| Session Type | Remote Entity | Group | Technician Username | Technician Name |
|---|---|---|---|---|
| Access | XMartin Anderson (prior Emp) | Trident | dave | Dave Wilson |
| Access | XMartin Anderson (prior Emp) | Trident | dave | Dave Wilson |
| Access | XMartin Anderson (prior Emp) | Trident | dave | Dave Wilson |

COS 0653

EXHIBIT 14 (L)
Page 2 of 8

| Access | XMartin Anderson (prior Emp) | Trident | dave | Dave Wilson |
|--------|------------------------------|---------|------|-------------|
| Access | XMartin Anderson (prior Emp) | Trident | dave | Dave Wilson |
| Access | XMartin Anderson (prior Emp) | Trident | dave | Dave Wilson |
| Access | XMartin Anderson (prior Emp) | Trident | dave | Dave Wilson |
| Access | XMartin Anderson (prior Emp) | Trident | dave | Dave Wilson |
| Access | XMartin Anderson (prior Emp) | Trident | dave | Dave Wilson |
| Access | Martin Anderson (prior Emp)  | Trident | dave | Dave Wilson |
| Access | Martin Anderson (prior Emp)  | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |

5

COS 0654

EXHIBIT 14 (L)
Page 3 of 8

| Access | Martin Anderson | Trident | dave | Dave Wilson |
|--------|-----------------|---------|------|-------------|
| Access | Martin Anderson | Trident | dave | Dave Wilson |
| Access | Martin Anderson | Trident | dave | Dave Wilson |

**From:** Russ Pack <packr@tridentei.com>
**Sent:** Thursday, May 13, 2021 6:19 PM
**To:** Dave Wilson <Dave@pcnetconsult.com>; david
wilson <davidwilson29112@yahoo.com>
**Subject:** Fwd: Call

See below please

Russell W. Pack
Vice President
Trident Engineering & Inspection
Responsible Level III
AWS CWI #19121181
ASNT Level III #239048
API 653 # 40262
API 570 # 39833
STI SP-001 # AC 40620
(207) 865-8265 – office
.(207) 212-8342 – mobile
Packr@tridentei.com

Begin forwarded message:

> **From:** David Bower
> <dbower@soldotna.org>
> **Date:** May 13, 2021 at 3:04:58 PM
> AKDT
> **To:** Russ Pack <packr@tridentei.com>
> **Subject:** RE: Call
>
>
> Thank you,
>
> Please have them provide me with
> those connection logs ASAP.
>
> Officer Bower
>
>
> **From:** Russ Pack
> <packr@tridentei.com>

6

COS 0655

EXHIBIT 14 (L)
Page 4 of 8

**Sent:** Thursday, May 13, 2021 1:06 PM
**To:** David Bower
<dbower@soldotna.org>
**Subject:** FW: Call

From the IT department....


Sincerely,

**Russ Pack**
Vice President
Trident Engineering & Inspection /
Alaska Technical Training
https://link.edgepilot.com/s/dc4b0820/
GLCUIASXDEGimAJCXGIWhg?u=http://
www.tridentei.com/
(207) 865-8265
(207) 212-8342

Project No.:

CONFIDENTIALITY NOTICE: Information in this
message, including any attachments, is intended
for the personal and confidential use of the
recipient(s) named above only. If you are not an
intended recipient of this message, or an agent
responsible for delivering this message to an
intended recipient, please notify the sender
immediately and delete the message. Any
distribution or copying of this message by
recipients this message was not intended for is
strictly prohibited. Thank you for your
cooperation.

**From:** Dave Wilson
<Dave@pcnetconsult.com>
**Sent:** Thursday, May 13, 2021 1:01 PM
**To:** Russ Pack <packr@tridentei.com>
**Subject:** RE: Call

Yes, it connected every time the Laptop
had Internet access. It only stopped
connecting when I, with the support
utility, sent an uninstall on April 6th.


**From:** Russ Pack
<packr@tridentei.com>
**Sent:** Thursday, May 13, 2021 3:51 PM
**To:** Dave Wilson
<Dave@pcnetconsult.com>
**Subject:** RE: Call

7

COS 0656

I got the question from the officer in Soldotna if there were any other times that the cloned hard drive connected other than the times we have already disclosed.

Sincerely,

**Russ Pack**
Vice President
Trident Engineering & Inspection /
Alaska Technical Training
https://link.edgepilot.com/s/c99ce178/
byNFvgTC20CsUT9s-
0zMEw?u=http://www.tridentei.com/
(207) 865-8265
(207) 212-8342

Project No.:

CONFIDENTIALITY NOTICE: Information in this message, including any attachments, is intended for the personal and confidential use of the recipient(s) named above only. If you are not an intended recipient of this message, or an agent responsible for delivering this message to an intended recipient, please notify the sender immediately and delete the message. Any distribution or copying of this message by recipients this message was not intended for is strictly prohibited. Thank you for your cooperation.

**From:** Dave Wilson
<Dave@pcnetconsult.com>
**Sent:** Thursday, May 13, 2021 12:18 PM
**To:** Russ Pack <packr@tridentei.com>
**Subject:** Call

Russ,

I called and went to VM, but your mailbox is full, so I could not leave a message.

**Dave Wilson**
PC & Network Consulting
PO Box 295318
Kerrville, Texas   78029-5318
Telephone: 707-570-1180
Fax: 707-578-5212

8

COS 0657

The content of this e-mail (including any
attachments) is strictly confidential and
may be commercially sensitive. If you are
not, or believe you may not be, the
intended recipient, please advise the
sender immediately by return e-mail,
delete this e-mail and destroy any copies.

Links contained in this email have been
replaced. If you click on a link in the
email above, the link will be analyzed
for known threats. If a known threat is
found, you will not be able to proceed
to the destination. If suspicious content
is detected, you will see a warning.

**Dave Wilson**
PC & Network Consulting
PO Box 295318
Kerrville, Texas   78029-5318
Telephone: 707-570-1180
Fax: 707-578-5212

The content of this e-mail (including any
attachments) is strictly confidential and
may be commercially sensitive. If you are
not, or believe you may not be, the
intended recipient, please advise the
sender immediately by return e-mail,
delete this e-mail and destroy any copies.

Links contained in this email have been replaced. If you
click on a link in the email above, the link will be
analyzed for known threats. If a known threat is found,
you will not be able to proceed to the destination. If
suspicious content is detected, you will see a warning.

**Dave Wilson**
PC & Network Consulting
PO Box 295318
Kerrville, Texas   78029-5318
Telephone: 707-570-1180
Fax: 707-578-5212

The content of this e-mail (including any attachments) is
strictly confidential and may be commercially sensitive. If
you are not, or believe you may not be, the intended

COS 0658

recipient, please advise the sender immediately by return e-mail, delete this e-mail and destroy any copies.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

**Dave Wilson**
PC & Network Consulting
PO Box 295318
Kerrville, Texas   78029-5318
Telephone: 707-570-1180
Fax: 707-578-5212

The content of this e-mail (including any attachments) is strictly confidential and may be commercially sensitive. If you are not, or believe you may not be, the intended recipient, please advise the sender immediately by return e-mail, delete this e-mail and destroy any copies.

10

COS 0659