| | |
|---|---|
| **From:** | Vanderzanden, Danielle Y. (Dani) <dani.vanderzanden@ogletree.com> |
| **Sent:** | Wednesday, May 26, 2021 8:26 AM |
| **To:** | dbower@soldotna.org |
| **Subject:** | Martin Anderson |

Dear Officer Bower,

Thank you for your call this morning and for agreeing to provide me with a copy of the warrant and supporting affidavit relating to Mr. Anderson. Our fax number is 617-994-5701, or feel free to send by email.

Thank you,
Dani Vanderzanden


**Danielle Y. Vanderzanden | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
One Boston Place, Suite 3500 | Boston, MA 02108 | Telephone: 617-994-5724 | Mobile: 617-519-6893
2 Monument Square, 7th Floor | Portland, ME 04101 | Telephone: 617-994-5724
dani.vanderzanden@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

 

# SOLDOTNA POLICE DEPARTMENT

44510 Sterling Highway
Soldotna, Alaska 99669
Tel: (907) 262-4455
Fax: (907) 262-4421

# FACSIMILE TRANSMITTAL SHEET

TO: Danielle Vanderzanden, Ogletree, Deakins, Nash, Smoak & Stewart P.C.

FROM: Soldotna Police Department — Officer Bower

FAX NUMBER: 617-994-5701

DATE: 5/26/2021

PHONE NUMBER:

# OF PAGES (including cover): 17

REFERENCE: Search warrants:
3KN-21-76 SW
3KN-21-77 SW

**NOTICE OF PRIVILEGE/CONFIDENTIALITY:**
This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege and/or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individual(s) named above. If you are not the named recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of any action in reliance upon the information contained herein, or the attached documents, is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone to arrange for the return of the documents.

ANDERSON-000011