# WIRELINE



4269285.001
03/14/2025

AT&T has queried for records from 05/25/2021 12:00:00am to 05/26/2021 11:59:59pm
AT&T has queried for records using Alaska Time Zone. AT&T's records are stored and provided in UTC.

Run Date:           03/14/2025
Run Time:           12:55:30
Outgoing Voice Usage For:   (907)252-7800

| Item | ConnDateTime (UTC) | Originating Number | Sec. Orig. | Terminating Number | Dialed Number | Elapsed Time | CIC | Call Code | Orig. Acc. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/25/21 16:23:34 | 9072527800 | | 9072626646 | | 1:44 | 314 | 306 | 11 |
| 2 | 05/25/21 19:01:13 | 9072527800 | | 9797091318 | | 0:05 | | 829 | |
| 3 | 05/25/21 19:07:15 | 9072527800 | | 9072625544 | | 0:00 | 314 | 306 | 202 |
| 4 | 05/25/21 19:07:41 | 9072527800 | | 9072624455 | | 1:38 | 314 | 306 | 11 |
| 5 | 05/25/21 19:37:51 | 9072527800 | | 6175196893 | | 21:16 | | 829 | |
| 6 | 05/26/21 19:14:43 | 9072527800 | | 9794820205 | | 0:18 | | 829 | |
| 7 | 05/26/21 19:15:16 | 9072527800 | | 9797091318 | | 30:01 | | 829 | |
| 8 | 05/26/21 21:25:25 | 9072527800 | | 6056150701 | | 1:40 | 314 | 306 | 11 |
| 9 | 05/26/21 21:27:17 | 9072527800 | | 4052378324 | | 0:29 | | 343 | |
| 10 | 05/26/21 21:28:26 | 9072527800 | | 6179945724 | | 0:40 | | 343 | |
| 11 | 05/26/21 21:51:08 | 9072527800 | | 9072624455 | | 2:52 | 314 | 306 | 11 |
| 12 | 05/26/21 23:47:42 | 9072527800 | | 6823519891 | | 0:36 | | 829 | |
| 13 | 05/27/21 01:24:58 | 9072527800 | | 6823519891 | | 0:37 | | 829 | |
| 14 | 05/27/21 01:49:58 | 9072527800 | | 6823519891 | | 3:35 | | 829 | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

# MOBILITY



4269285.001
03/14/2025

AT&T has queried for records from 05/25/2021 12:00:00am to 05/26/2021 11:59:59pm
AT&T has queried for records using Alaska Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 03/14/2025
Run Time: 12:55:40
Outgoing Voice Usage For: (907)252-7800

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/25/21 | 16:23:34 | 0:09 | 1:44 | 19072527800 | 19072626646 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 2 | 05/25/21 | 18:57:34 | 0:13 | 2:22 | 19072527800 | 19072525945 | | | MT | [NIOP:CMW:VCORR] |
| 3 | 05/25/21 | 18:57:34 | 0:14 | 2:22 | 19072527800 | 19072525945 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 4 | 05/25/21 | 19:01:13 | 0:31 | 0:05 | 19072527800 | 19797091318 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 5 | 05/25/21 | 19:04:47 | 0:02 | 0:00 | 19072527800 | 19079537800 | | | MT | [NIOP] |
| 6 | 05/25/21 | 19:04:49 | 0:04 | 0:05 | 19072527800 | 19079537800 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 7 | 05/25/21 | 19:04:49 | 0:04 | 0:05 | 19072527800 12537094040(F) | 19079537800 | | | MT | [NIOP:CFB:VM] |
| 8 | 05/25/21 | 19:07:20 | 0:06 | 0:00 | 19072527800 | 19072625544 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [] |
| 9 | 05/25/21 | 19:07:41 | 0:06 | 1:37 | 19072527800 | 19072624455 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 10 | 05/25/21 | 19:37:51 | 0:14 | 21:16 | 19072527800 | 16175196893 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 11 | 05/25/21 | 20:32:14 | 0:03 | 3:23 | 19072527800 | 19072525945 | | | MT | [NIOP:VCORR] |
| 12 | 05/25/21 | 20:32:14 | 0:04 | 3:23 | 19072527800 | 19072525945 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 13 | 05/25/21 | 20:48:27 | 0:22 | 0:00 | 19072527800 | 19079537800 | | | MT | [NIOP] |
| 14 | 05/25/21 | 20:48:29 | 0:24 | 0:19 | 19072527800 12537094040(F) | 19079537800 | | | MT | [NIOP:CFNA:VM] |
| 15 | 05/25/21 | 20:48:29 | 0:25 | 0:18 | 19072527800 | 19079537800 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 16 | 05/25/21 | 20:49:47 | 0:21 | 0:01 | 19072527800 | 19079537800 | | | MT | [NIOP] |
| 17 | 05/25/21 | 20:49:49 | 0:23 | 0:10 | 19072527800 12537094040(F) | 19079537800 | | | MT | [NIOP:CFNA:VM] |
| 18 | 05/25/21 | 20:49:49 | 0:24 | 0:10 | 19072527800 | 19079537800 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**



4269285.001
03/14/2025

AT&T has queried for records from 05/25/2021 12:00:00am to 05/26/2021 11:59:59pm
AT&T has queried for records using Alaska Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 03/14/2025
Run Time: 12:55:40
Outgoing Voice Usage For: (907)252-7800

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 05/25/21 | 21:52:32 | 0:09 | 20:32 | 19072527800 | 19079537800 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 20 | 05/25/21 | 21:52:32 | 0:09 | 20:32 | 19072527800 | 19079537800 | | | MT | [NIOP:VCORR] |
| 21 | 05/26/21 | 03:53:51 | 0:06 | 64:29 | 19072527800 | 19079537800 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 22 | 05/26/21 | 03:53:51 | 0:06 | 64:29 | 19072527800 | 19079537800 | | | MT | [NIOP:VCORR] |
| 23 | 05/26/21 | 17:34:49 | 0:09 | 20:31 | 19072527800 | 17345463175 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 24 | 05/26/21 | 17:34:49 | 0:09 | 20:31 | 19072527800 | 17345463175 | | | MT | [NIOP:VCORR] |
| 25 | 05/26/21 | 19:14:43 | 0:32 | 0:18 | 19072527800 | 19794820205 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 26 | 05/26/21 | 19:15:16 | 0:07 | 30:01 | 19072527800 | 19797091318 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [CMH:MPS] |
| 27 | 05/26/21 | 19:38:45 | 0:00 | 6:35 | 19072527800 | | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [MPS:VCORR] |
| 28 | 05/26/21 | 21:21:45 | 0:09 | 0:55 | 19072527800 | 19074200483 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 29 | 05/26/21 | 21:25:13 | 0:00 | 0:00 | 19072527800 | 18435137091 | | | MT | [NIOP] |
| 30 | 05/26/21 | 21:25:13 | 0:01 | 0:00 | 19072527800 | 18435137091 | | | MO | [CMR] |
| 31 | 05/26/21 | 21:25:20 | 0:08 | 0:00 | 19072527800 | 19179750209 | | | MT | [NIOP] |
| 32 | 05/26/21 | 21:25:26 | 0:14 | 1:39 | 19072527800 16056150701(F) | 19179750209 | | | MT | [NIOP:CFB] |
| 33 | 05/26/21 | 21:25:26 | 0:14 | 1:39 | 19072527800 | 19179750209 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 34 | 05/26/21 | 21:27:18 | 0:02 | 0:28 | 19072527800 | 14052378324 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 35 | 05/26/21 | 21:28:26 | 0:20 | 0:40 | 19072527800 | 16179945724 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 36 | 05/26/21 | 21:51:10 | 0:06 | 2:52 | 19072527800 | 19072624455 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

Page 2

Case 3:23-cv-00119-KFR    Document 46-29    Filed 06/20/25    Page 3 of 5    ANDERSON-002007



**MOBILITY**

4269285.001
03/14/2025

AT&T has queried for records from 05/25/2021 12:00:00am to 05/26/2021 11:59:59pm
AT&T has queried for records using Alaska Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 03/14/2025
Run Time: 12:55:40
Outgoing Voice Usage For: (907)252-7800

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 05/26/21 | 23:47:42 | 0:32 | 0:36 | 19072527800 | 16823519891 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 38 | 05/26/21 | 23:54:50 | 0:04 | 29:51 | 19072527800 | 19079537800 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [CMH] |
| 39 | 05/26/21 | 23:54:50 | 0:04 | 29:51 | 19072527800 | 19079537800 | | | MT | [NIOP:CMH:VCORR] |
| 40 | 05/27/21 | 01:18:56 | 0:01 | 0:00 | 19072527800 | 19079534305 | | | MT | [NIOP] |
| 41 | 05/27/21 | 01:18:56 | 0:02 | 0:00 | 19072527800 | 19079534305 | | | MO | [CMR] |
| 42 | 05/27/21 | 01:19:04 | 0:10 | 0:16 | 19072527800 | 19079539114 | | | MT | [NIOP:VCORR] |
| 43 | 05/27/21 | 01:19:05 | 0:11 | 0:15 | 19072527800 | 19079539114 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 44 | 05/27/21 | 01:20:41 | 0:10 | 3:48 | 19072527800 | 19072528404 | | | MT | [NIOP:CMW:VCORR] |
| 45 | 05/27/21 | 01:20:41 | 0:10 | 3:48 | 19072527800 | 19072528404 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 46 | 05/27/21 | 01:24:58 | 0:20 | 0:37 | 19072527800 | 16823519891 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |
| 47 | 05/27/21 | 01:49:58 | 0:20 | 3:35 | 19072527800 | 16823519891 | 3533000756147249 APPLE IPHONE6SPLUS | 310410231734563 | MO | [VCORR] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.



# MOBILITY

4269285.001
03/14/2025

AT&T has queried for records from 05/25/2021 12:00:00am to 05/26/2021 11:59:59pm
AT&T has queried for records using Alaska Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 03/14/2025
Run Time: 12:55:40
Outgoing SMS Usage For: (907)252-7800

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/25/21 | 11:06:37 | 19072527800 | 19072525945 | | 310410231734563 | SMSO | | |
| 2 | 05/25/21 | 16:43:05 | 19072527800 | 19072526249 | | 310410231734563 | SMSO | Text | |
| 3 | 05/25/21 | 16:43:05 | 19072527800 | 19072528404 | | 310410231734563 | SMSO | Text | |
| 4 | 05/25/21 | 16:43:05 | 19072527800 | 19079537800 | | 310410231734563 | SMSO | Text | |
| 5 | 05/25/21 | 19:06:15 | 19072527800 | 19072525945 | | 310410231734563 | SMSO | | |
| 6 | 05/25/21 | 20:31:31 | 19072527800 | 19072525945 | | 310410231734563 | SMSO | | |
| 7 | 05/25/21 | 20:49:18 | 19072527800 | 19072525945 | | 310410231734563 | SMSO | Image | |
| 8 | 05/25/21 | 20:53:21 | 19072527800 | 19072525945 | | 310410231734563 | SMSO | | |
| 9 | 05/25/21 | 23:29:51 | 19072527800 | 19079530127 | | 310410231734563 | SMSO | | |
| 10 | 05/26/21 | 13:47:26 | 19072527800 | 19072525945 | | 310410231734563 | SMSO | | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

**Page 1**

Case 3:23-cv-00119-KFR     Document 46-29     Filed 06/20/25     Page 5 of 5     ANDERSON-002009