| From: | Eric Derleth <eric@trialguy.com> |
|---|---|
| Sent: | Tuesday, June 1, 2021 8:11 AM |
| To: | David Bower |
| Cc: | Marty Anderson |
| Subject: | Martin Anderson - Search Warrant |

Officer Bower –

I represent Martin Anderson with respect to the search warrant you secured. He has been out of state and returned on Sunday.

Can we make a time for him to bring his subject laptop to you at SPD?

Thank you,

**Eric Derleth – Trial Lawyer, inc.**
386 Heath Place    821 N Street, Suite 202
Soldotna AK 99669    Anchorage AK 99501
    907.262.9164 Office
    907.398.6690 Cell
    907.262.6815 Fax
www.TrialGuy.com