| | | |
|---|---|---|
| From: | dbower@soldotna.org | |
| Sent: | Tuesday, July 6, 2021 10:31 PM | **EX. 024** |
| To: | eric@trialguy.com | |
| Subject: | RE: Martin Anderson | |

Good evening Mr. Derleth,

I'm sorry for the delayed response, I was on leave. ==I don't think an interview would be appropriate at this point==, unless he would like to do so. Let me know and I will make it happen. I am currently working grave yard 2000-0600 Tuesday through Friday.

Officer Bower

---

**From:** Eric Derleth <eric@trialguy.com>
**Sent:** Monday, June 7, 2021 2:04 PM
**To:** David Bower <dbower@soldotna.org>
**Cc:** Leaders, Scot H (LAW) <scot.leaders@alaska.gov>
**Subject:** Martin Anderson

Good afternoon, Ofc. Bower –

==When would you like to interview Martin "Marty" Anderson?==

Thank you,

Eric Derleth – Trial Lawyer, inc.
386 Heath Place            821 N Street, Suite 202
Soldotna AK 99669          Anchorage AK 99501
　　907.262.9164 Office
　　907.398.6690 Cell
　　907.262.6815 Fax
www.TrialGuy.com