

```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF ALASKA

                            ANCHORAGE DIVISION


MARTIN ANDERSON, an individual

        Plaintiff,

v.                  Civil Action No. 3:23-cv-000119 SLG

THE CITY OF SOLDOTNA, a municipal corporation;

and DAVID BOWER, an individual

        Defendants.



                                      REMOTE STREAMING DEPOSITION OF

                                                         JUSTIN WORKS

                                                            TAKEN ON

                                                 FRIDAY, FEBRUARY 14, 2025

                                                           9:05 A.M.


                                       120 TRADING BAY ROAD, SUITE 200

                                                  KENAI, ALASKA 99611
```



1  be a secondary kind of actus reus, which is the
2  valuation of the property.  So you --
3      Q.   Okay.
4      A.   -- need all three of those essential
5  elements.
6      Q.   Yeah. Okay. Okay. And then when
7  referrals come in that are still being investigated,
8  how -- would you -- yeah, would you give direction
9  to the officers to say I want you to go look into
10 this, or is that something that they are directing
11 on their own?
12     A.   It is going to depend largely on the
13 individual case.  But we do not direct officers to
14 do anything.  We ask them on occasion to do follow-
15 up investigations, and we can have conversations
16 about, you know -- and help them, you know, with
17 navigating the legal processes.  But to be very
18 clear, the investigations are conducted solely based
19 on the determination of the investigation --
20 investigating officer.
21     Q.   Okay. But is it correct that it's
22 ultimately -- well, yeah, whose decision is it --
23 who has authority, ultimately, to decide whether or
24 not to file charges or close -- close one of those
25 referrals?

1     A.    That would be my decision.
2     Q.    Okay.  And would you have needed approval
3  from, you know, a boss or just entirely your
4  discretion?
5     A.    It's going to depend on the case.  But
6  generally, for example, you know, a case that is
7  sent by referral in -- in a case like this, I am not
8  going to need permission to make a determination of
9  whether or not to file -- file a charge or reject
10 the charge.
11          If there is a, for example, an
12 unclassified felony like a murder or a homicide of
13 some nature or a sexual assault, I will generally
14 consult with the acting district attorney to make a
15 determination of whether or not that that is
16 something that they are okay with me making.
17    Q.    Okay.  That's -- more serious crimes would
18 be the ones you're more likely to confer on.
19    A.    Generally.
20    Q.    Generally.  And is it your understanding
21 -- and would you be doing that because it -- because
22 it feels appropriate or because you have an
23 obligation to -- to -- yeah, to get that --
24    A.    Generally -- I mean, here's the thing.
25 There -- there is going to be determinations made on

1  then; am I correct about that?
2       A.   There's no way of me knowing that because,
3  obviously, I -- I didn't start until the -- the
4  14th.  I would say that, you know, if it was sent
5  over for a referral, you know, at -- at or around
6  the time I started, there may have never been
7  somebody that touched the file from our office
8  before -- before I got it.
9       Q.   Okay.  Do you remember when this was --
10 when this file was assigned to you?
11      A.   June 14th, 2021.
12      Q.   Very first day.
13      A.   Very first day, very first case I
14 reviewed.
15      Q.   Oh.  Were you assigned other cases that
16 day or just -- just one to start the one day?
17      A.   I had limited computer access, so I
18 believe this was actually the very first case and
19 the only case I reviewed that day because I was
20 doing a lot of HR stuff, filling out, you know, tax
21 documents.  I think I signed up for my retirement
22 plan and health benefits that day as well.
23      Q.   Gotcha.  Okay.  So would the -- would the
24 file have shown you, yeah, when -- when that
25 referral was -- arrived to your office?  I mean, it