| From: | Eric Derleth <eric@trialguy.com> |
|---|---|
| Sent: | Wednesday, June 16, 2021 9:49 AM |
| To: | Leaders, Scot H (LAW); David Bower |
| Subject: | Martin Anderson - Update |
| Attachments: | Email from Copy Cats Printing & Design.pdf; Letter from Computer Renaissance RE Ofc Bower's Affidavit.pdf; Alaska Technical Training Inc 2021 Biennial Report.pdf |

Mr. Leaders and Ofc Bower:

I wanted to provide you an update on what has happened since Trident Engineering came to Soldotna Police Dept and falsely accused Martin "Marty" Anderson of theft.

Much has changed, including that Trident filed a civil suit (number 3KN-21-00399CI) against Marty Anderson in Alaska; similarly, Marty Anderson filed a federal civil suit against Trident and its two principals (James Hall, President; and Russ Pack, Vice President).

Marty Anderson's federal civil lawsuit seeks redress for violations of the federal Computer Fraud and Abuse Act, trespass against his personal property, and unlawful interference with his contractual rights. In his federal civil case, Marty Anderson is asking for an immediate injunction to prevent Trident from continuing to hack and peruse his private emails.

In Trident's civil suit, Trident did <u>not</u> sue Marty Anderson for allegedly stealing their confidential and/or proprietary information. Trident's civil lawsuit filed in Kenai Superior Court makes clear the issues – from Trident's perspective – that still exist between Trident and Marty Anderson are wholly <u>civil</u> in nature. Trident's civil lawsuit makes four claims for relief: (1) Unfair Trade Practice; (2) Unjust Enrichment; (3) Interference with Contracts; and (4) Interference with Prospective Contracts. None of these involve even allegations of theft or any other crimes.

<u>Attached</u> for your investigation are three documents: Two are written statements from local business owners who have important information about Marty's benign actions, and the fact of Trident's continued custody of its own data.

One statement is from **Computer Renaissance** owner Andrew Walker. It explains that they had Marty Anderson's personal laptop for six months and that the work laptop was cloned in March 2021 not because he asked them to, but it was what they always did for him during a servicing.

One statement is from **Copy Cats Printing & Design** owner Dustin Aaronson. It explains that all the training materials Trident owned are still in his custody and always were; they can just ask him for copies if they want them.

The importance of these two witness statements is obvious based on the false report from Trident concerning how Marty stole its information and kept it from them.

1

COS 0789

The third document is a filing Trident submitted to state of Alaska Corporations claiming ownership of 100% of the shares of stock of Alaska Technical Training Inc. In fact, Martin Anderson owns 100% of those ATTI shares. Trident did not buy the shares of stock, just the assets of the business and its name. This is not in dispute.

While the two civil lawsuits have just begun, Marty Anderson is confident he will prevail in each. The disputes between these parties should have not been brought to local police by Trident. The only suggestion that there may be crimes afoot comes from Trident's unlawful hacking of Marty Anderson's private emails, and its false public filing with the state of Alaska claiming ownership of 100% of the shares of Alaska Technical Training, Inc. when in fact it owns no shares.

Thank you for considering these new facts and circumstances as you look at this situation,

**Eric Derleth – Trial Lawyer, inc.**
386 Heath Place          821 N Street, Suite 202
Soldotna AK 99669        Anchorage AK 99501
          907.262.9164 Office
          907.398.6690 Cell
          907.262.6815 Fax
www.TrialGuy.com

2

COS 0790