| | | |
|---|---|---|
| **From:** | Works, Justin R (LAW) <justin.works@alaska.gov> | |
| **Sent:** | Wednesday, June 16, 2021 2:49 PM | **EX. 022** |
| **To:** | dbower@soldotna.org | |
| **Subject:** | Martin Anderson Case | |

Ofc Bower,

My name is Justin Works. I have recently joined the DA's office here in Kenai and have been assigned this case for screening. If you have a few moments, what is a good number to reach you? Specifically, I wanted to see if Martin Anderson has given an interview (if there is a recording – I would love to review it).

Best regards,

Justin Works

**Justin R. Works**
Assistant District Attorney
Kenai District Attorney's Office
Alaska Department of Law
120 Trading Bay Road, Ste 200
Kenai, Alaska 99611
907-283-3131