500 L Street, Suite 500
Anchorage, Alaska 99501

Telephone: (907) 677-3600
Facsimile: (907) 677-3605

www.sweflaw.com



Attorneys at Law

Daniel N. Bellerive
Clinton M. Campion
Allen F. Clendaniel
William J. Evans
Lea E. Filippi
Carolyn Y. Heyman
John M. Ptacin
John M. Sedor
John C. Wendlandt

February 14, 2025

**Sent via Email to: elisabethc@whistleblower.org**

Elisabeth Connell
Government Accountability Project (GAP)
1612 K Street NW Suite# 808
Washington, DC 20006

Re: Representation of Martin Anderson

Dear Ms. Connell,

      Martin Anderson retained me on June 30, 2021, to provide legal services and representation regarding an investigation by the Soldotna Police Department and a dispute Trident Engineering and Inspection, Inc.

      On July 8, 2021, I sent a letter (via email) to Kenai District Attorney Scot Leaders[1] and Soldotna Police Officer David Bower. In this email, I enclosed a letter entitled "Notice of Representation and Request for Meeting" and notified Mr. Leaders and Officer Bower that I had been retained to represent Mr. Anderson. I also requested the opportunity to discuss the criminal investigation with the assigned prosecutor and Officer Bower at their earliest convenience. I referenced the pending civil matter involving Mr. Anderson and the criminal complainant. I informed Mr. Leaders and Officer Bower that the related civil matters "have revealed information which we believe[d] would be critical to the potential criminal prosecution." A copy of my July 8, 2021 email is enclosed with this letter.

      Mr. Leaders responded to my letter/email with a phone call. He informed me one of the Assistant District Attorneys in his office, Justin Works, was assigned to review Officer Bower's investigation of Mr. Anderson, and would be following up with me. I spoke with Mr. Works on multiple occasions during the course of my representation of Mr. Anderson. As a result of a settlement agreement reached during mediation with Trident

---

[1] The Kenai District Attorney's Office is responsible for all prosecutions under Alaska's Criminal Statutes on the Kenai Peninsula. Soldotna is a municipality within the Kenai Peninsula. Accordingly, the Kenai District Attorney's Office is responsible for prosecuting alleged violations of Alaska's Criminal Statutes investigated the Soldotna Police Department.

**SEDOR WENDLANDT EVANS FILIPPI**
Attorneys at Law

on August 16, 2021, the Kenai District Attorney's Office did not file any criminal charges against Mr. Anderson and closed its case on him.

I never received any response from Officer Bower from my July 8, 2021, email and letter. Mr. Anderson made it clear to me that he wished to speak with Officer Bower and Mr. Leaders or his designee regarding Trident's allegations that were investigated by the Soldotna Police Department. I made this clear to Officer Bower and Mr. Leaders on July 8, and in my subsequent communications with Mr. Leaders and Mr. Works.

I am willing to testify regarding the facts outlined in this letter with Mr. Anderson's assent.

        Sincerely,

        SEDOR, WENDLANDT, EVANS & FILIPPI, LLC

        */s/ Clinton M. Campion* .
          Clinton M. Campion

Encl/as
cc: Martin T. Anderson