| | |
|---|---|
| **From:** | Works, Justin R (LAW) |
| **To:** | Clinton Campion |
| **Subject:** | RE: Notice of Representation and Request for Meeting |
| **Date:** | Friday, October 29, 2021 9:15:44 AM |

I'm so sorry for not getting back to you. I have turned down the case and refused the case.

It was a pleasure speaking with you.

Best regards,

Justin Works

**From:** Clinton Campion <campion@alaskalaw.pro>
**Sent:** Friday, October 29, 2021 9:12 AM
**To:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Subject:** RE: Notice of Representation and Request for Meeting

Justin,

Good morning. I am following up with you to see if you can update me on the status of your screening of the investigation of Mr. Anderson and Trident.

Thank you in advance for your attention to this email, Clint.

**From:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Sent:** Monday, October 25, 2021 9:34 AM
**To:** Clinton Campion <campion@alaskalaw.pro>
**Subject:** RE: Notice of Representation and Request for Meeting

Mr. Campion,

I'm sorry for not getting back to you last week. We had our annual conference last week and I was not in the office.

I want to clarify. I'm not sure why I was added onto a discussion of fees paid to the mediator. Maybe I'm missing something?

I want to read through the letter and what you have previously sent to make sure I'm not missing anything. I'm trying to close this case out today.

Best regards,

Justin Works

**From:** Clinton Campion <campion@alaskalaw.pro>
**Sent:** Friday, October 22, 2021 8:06 AM
**To:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Subject:** RE: Notice of Representation and Request for Meeting

Justin,

Good morning. I am following up with you regarding the criminal investigation involving Trident and Martin Anderson. Please let me know if you need any additional information frm Mr. Anderson in order to make a screening decision in this case.

Thank you, Clint.

**From:** Clinton Campion
**Sent:** Wednesday, October 20, 2021 9:20 AM
**To:** 'Works, Justin R (LAW)' <justin.works@alaska.gov>
**Subject:** RE: Notice of Representation and Request for Meeting

Justin,

Good morning. I am checking in with you to see if you had a chance to review the letter from Trident and if you have made any further decisions on the investigation and referral of the Anderson matter.

Thank you, Clint.

**From:** Clinton Campion
**Sent:** Monday, October 18, 2021 10:59 AM
**To:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Subject:** RE: Notice of Representation and Request for Meeting

Justin,

Good morning. I am following up with you to see if you had a chance to review the letter from Trident. You mentioned "dismissal" of the matter, but it is my

ANDERSON-000523

understanding that charges were never filed against Mr. Anderson.

Thank you in advance for your response, Clint.

**Clinton M. Campion**

**SEDOR WENDLANDT EVANS FILIPPI**

500 L Street, Suite 500
Anchorage, Alaska 99501
Telephone: (907) 677-3600
Facsimile: (907) 677-3605
Email: campion@alaskalaw.pro

This e-mail may contain information that is confidential or privileged. Do not forward this message to any third party. If you are not the intended recipient, notify the sender and delete all copies of this e-mail.

---

**From:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Sent:** Thursday, October 14, 2021 4:26 PM
**To:** Clinton Campion <campion@alaskalaw.pro>
**Subject:** RE: Notice of Representation and Request for Meeting

I am in receipt of the letter. I have not reviewed it. Please check in with me on Monday. I should be prepared to dismiss by then if it satisfies our discussion.

Best regards,

Justin Works

**From:** Clinton Campion <campion@alaskalaw.pro>
**Sent:** Thursday, October 14, 2021 3:56 PM
**To:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Subject:** RE: Notice of Representation and Request for Meeting

Justin,

Greetings. I understand Trident Engineering and Inspection delivered a letter to you today indicating its dispute with Martin Anderson has been fully resolved through a civil settlement. Can you please confirm receipt of this letter and advise whether you anticipate closing your case and/or filing criminal charges against Mr. Anderson?

Thank you, Clint.

**Clinton M. Campion**

**SEDOR WENDLANDT EVANS FILIPPI**

500 L Street, Suite 500
Anchorage, Alaska 99501
Telephone: (907) 677-3600
Facsimile: (907) 677-3605
Email: campion@alaskalaw.pro

This e-mail may contain information that is confidential or privileged. Do not forward this message to any third party. If you are not the intended recipient, notify the sender and delete all copies of this e-mail.

---

**From:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Sent:** Wednesday, August 18, 2021 2:03 PM
**To:** Clinton Campion <campion@alaskalaw.pro>
**Subject:** RE: Notice of Representation and Request for Meeting

Sorry, I have NOT received the letter as of today. My apologies.

---

**From:** Clinton Campion <campion@alaskalaw.pro>
**Sent:** Wednesday, August 18, 2021 2:01 PM
**To:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Subject:** RE: Notice of Representation and Request for Meeting

Justin,

Thank you for your prompt response and for confirming that you received a letter, which I assume is the letter from Trident withdrawing its criminal complaint?

We do not yet have a signed settlement agreement, but I am forwarding you the settlement on record for your file. It is a 28:03 recording prepared by Dana Fabe.

Clint

---

**From:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Sent:** Wednesday, August 18, 2021 1:24 PM
**To:** Clinton Campion <campion@alaskalaw.pro>
**Subject:** RE: Notice of Representation and Request for Meeting

ANDERSON-000525

Mr. Campion,

My apologies for not responding to your prior email. I reviewed it, was going to respond, then the phone rang. If you could be me a copy of the settlement agreement that would be helpful. Furthermore, could you provide both the record? I want to paper the file. I have received a letter as of today.

Best regards,

Justin Works

---

**From:** Clinton Campion <campion@alaskalaw.pro>
**Sent:** Wednesday, August 18, 2021 11:34 AM
**To:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Subject:** RE: Notice of Representation and Request for Meeting

Justin,

Greetings. I am following up with you to ensure you received my email update from Monday, August 18. My client is anxious about the possibility of being criminally charged despite the resolution of his dispute with Trident. I would appreciate any updates you can provide.

Thank you, Clint.

**Clinton M. Campion**

SEDOR WENDLANDT EVANS FILIPPI

500 L Street, Suite 500
Anchorage, Alaska 99501
Telephone: (907) 677-3600
Facsimile: (907) 677-3605
Email: campion@alaskalaw.pro

This e-mail may contain information that is confidential or privileged. Do not forward this message to any third party. If you are not the intended recipient, notify the sender and delete all copies of this e-mail.

---

**From:** Clinton Campion
**Sent:** Monday, August 16, 2021 7:22 PM
**To:** Works, Justin R (LAW) <justin.works@alaska.gov>

**Subject:** RE: Notice of Representation and Request for Meeting

Justin,

Good evening. I am writing to you to advise you that the parties (Trident and Martin Anderson) reached a settlement agreement through mediation with Justice Fabe. The settlement agreement requires Trident to send a letter to your office indicating its dispute with Mr. Anderson has been resolved and it is withdrawing its criminal complaint.

Please let me know if you would like a copy of the signed settlement agreement once it is signed. Justice Fabe led the parties through a settlement on record which is also available for your review.

Thank you, Clint.

**Clinton M. Campion**

SEDOR WENDLANDT EVANS FILIPPI

500 L Street, Suite 500
Anchorage, Alaska 99501
Telephone: (907) 677-3600
Facsimile: (907) 677-3605
Email: campion@alaskalaw.pro

This e-mail may contain information that is confidential or privileged. Do not forward this message to any third party. If you are not the intended recipient, notify the sender and delete all copies of this e-mail.

---

**From:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Sent:** Monday, July 26, 2021 1:10 PM
**To:** Clinton Campion <campion@alaskalaw.pro>
**Subject:** RE: Notice of Representation and Request for Meeting

Clint,

Thank you for the update. Let's touch base after the 17th.

Best regards,

Justin Works

ANDERSON-000527

**From:** Clinton Campion <campion@alaskalaw.pro>
**Sent:** Monday, July 26, 2021 12:37 PM
**To:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Subject:** RE: Notice of Representation and Request for Meeting

Justin,

Greetings and thank you again for speaking with me earlier in the month regarding Mr. Anderson's case. I am writing to let you know that we have scheduled the mediation for Mr. Anderson and Trident for Monday, August 17 at 9:30 a.m. I am hopeful you will not initiate criminal charges against Mr. Anderson until after August 17.

Please let me know if you need any additional information regarding this matter.

Thanks, Clint.

**Clinton M. Campion**

SEDOR WENDLANDT EVANS FILIPPI

500 L Street, Suite 500
Anchorage, Alaska 99501
Telephone: (907) 677-3600
Facsimile: (907) 677-3605
Email: campion@alaskalaw.pro

This e-mail may contain information that is confidential or privileged. Do not forward this message to any third party. If you are not the intended recipient, notify the sender and delete all copies of this e-mail.

---

**From:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Sent:** Tuesday, July 13, 2021 3:44 PM
**To:** Clinton Campion <campion@alaskalaw.pro>
**Subject:** RE: Notice of Representation and Request for Meeting

Clint,

It is a pleasure to make your acquaintance. Friday would give me more time to dedicate to the call. Let's say 1 PM and my line is 907-283-3131 x920. I look forward to it.

Best regards,

Justin Works

---

**From:** Clinton Campion <campion@alaskalaw.pro>
**Sent:** Tuesday, July 13, 2021 3:38 PM
**To:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Subject:** RE: Notice of Representation and Request for Meeting

Justin,

Please call me Clint. I am available to discuss the case with you on either Thursday afternoon after 3:00 or really anytime on Friday. Please let me know if those times work for you. I can give you a call.

Thank you for reaching out to me.

---

**From:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Sent:** Tuesday, July 13, 2021 3:36 PM
**To:** Clinton Campion <campion@alaskalaw.pro>
**Subject:** RE: Notice of Representation and Request for Meeting

Mr. Campion,

My name is Justin Works. I am assigned to the case and I am willing to meet with you to discuss the case. Is there a time and date that works best for you?

Best regards,

Justin Works

---

**From:** Leaders, Scot H (LAW) <scot.leaders@alaska.gov>
**Sent:** Tuesday, July 13, 2021 3:29 PM
**To:** Clinton Campion <campion@alaskalaw.pro>; dbower@soldotna.org; Works, Justin R (LAW) <justin.works@alaska.gov>
**Cc:** martyusak@me.com
**Subject:** RE: Notice of Representation and Request for Meeting

Clint,

Sorry about the delays in getting back to you. We have been shuffling and re-assigning caseloads in the last week. Justin Works is assigned to the case and will reach out to you to set up a time to talk.

ANDERSON-000529

Best regards,

**Scot H. Leaders**
District Attorney
Kenai District Attorney's Office
Alaska Department of Law
120 Trading Bay Road, Ste 200
Kenai, Alaska 99611
907-283-3131

---

**From:** Clinton Campion <campion@alaskalaw.pro>
**Sent:** Tuesday, July 13, 2021 12:37 PM
**To:** Leaders, Scot H (LAW) <scot.leaders@alaska.gov>; dbower@soldotna.org
**Cc:** martyusak@me.com
**Subject:** RE: Notice of Representation and Request for Meeting

Scot,

Greetings. I am following up with you on my correspondence from last week. Could you acknowledge receipt of the correspondence and let me know who I can talk to about the investigation from your office?

Thank you, Clint.

**Clinton M. Campion**

SEDOR WENDLANDT EVANS FILIPPI

500 L Street, Suite 500
Anchorage, Alaska 99501
Telephone: (907) 677-3600
Facsimile: (907) 677-3605
Email: campion@alaskalaw.pro

This e-mail may contain information that is confidential or privileged. Do not forward this message to any third party. If you are not the intended recipient, notify the sender and delete all copies of this e-mail.

---

**From:** Clinton Campion
**Sent:** Thursday, July 08, 2021 12:38 PM
**To:** scot.leaders@alaska.gov; dbower@soldotna.org
**Cc:** martyusak@me.com

**Subject:** Notice of Representation and Request for Meeting

Scot,

Greetings. I am forwarding you and Ofc. Bower a letter notifying you of our representation of Martin Anderson. As you will see in the attached letter, I am requesting the opportunity to discuss the open criminal investigation with you (or whomever from your office is assigned) and Ofc. Bower at your earliest convenience. There are multiple civil matters pending involving Mr. Anderson and the complainant. These civil matters have revealed information which we believe would be critical in any potential criminal prosecution.

Thank you in advance for your attention to this correspondence, Clint.

**Clinton M. Campion**
SEDOR WENDLANDT EVANS FILIPPI
500 L Street, Suite 500
Anchorage, Alaska 99501
Telephone: (907) 677-3600
Facsimile: (907) 677-3605
Email: campion@alaskalaw.pro

This e-mail may contain information that is confidential or privileged. Do not forward this message to any third party. If you are not the intended recipient, notify the sender and delete all copies of this e-mail.