martyusak@me.com

**From:** manderson@blackhawkei.com
**Sent:** Tuesday, November 16, 2021 1:11 PM
**To:** 'Samantha Bower'
**Cc:** pmlynarik@ci.soldotna.ak.us
**Subject:** RE: Return Evidence Martin T. Anderson

Thank you.
Marty

**Marty Anderson**
**Alaska Regional Manager**
907-252-7800
Martin.anderson@pndtllc.com
47801 (Unit 6) Funny River Road
PO Box 3210
Soldotna, AK 99669

**Precision NDT, LLC (Corporate)**
1808 Coyote Court
Carlsbad, NM. 88220
Office: 575.234.1152



**ASNT/** NDT Level III #72743 ET, ML, MT, PT, RT, UT, VT
**NDT/** Level II IR, LT
**NACE/** CIP Level III, SCT
**AWS/** CRI, SCWI, CWE
**USACE-NAVFAC/**CQM
**SSPC/** PCS, CII, CFPI
**API/** 570, 577, 653
**STI**/CTI
**ASQ/** CQA

**CONFIDENTIALITY NOTICE:** *The information contained in this transmission (including attachments) is confidential, may also be legally privileged, and is intended only for the addressee(s) stated above. If you have received this communication in error, please contact us immediately and delete this email. Thank you for your cooperation.*

**From:** Samantha Bower <sbower@soldotna.org>
**Sent:** Tuesday, November 16, 2021 11:24 AM

1

**To:** manderson@blackhawkei.com
**Subject:** RE: Return Evidence Martin T. Anderson

Good morning,

I forwarded your request to the evidence custodian at Soldotna Police Department. Her name is Chelsea Stewart. She should be contacting you regarding your request.
Please feel free to call her any time to discuss this request with her at (907) 262-4455.

Best wishes,

Samantha

**From:** manderson@blackhawkei.com [mailto:manderson@blackhawkei.com]
**Sent:** Tuesday, November 16, 2021 11:18 AM
**To:** Samantha Bower <sbower@soldotna.org>
**Cc:** Clinton Campion <campion@alaskalaw.pro>; David Bower <dbower@soldotna.org>; Peter Mlynarik <pmlynarik@soldotna.org>; kevin.koch@acsalaska.biz; 'Vanderzanden, Danielle Y. (Dani)' <dani.vanderzanden@ogletree.com>
**Subject:** Return Evidence Martin T. Anderson

Samantha,

I am requesting the return of my computer which was surrendered due to a search warrant issued last May; requested by SPD Officer Bower and granted by Judge Martin Fallon. The investigation by officer Bower has been reviewed by the Kenai District Attorney's office and they have decline to file charges, as communicated to my attorney, Clint Campion (Anchorage). The laptop has been in Soldotna Police custody over 90 days allowed by statue (165 days). Furthermore, I was never provided a receipt for my property when forced to surrender it.

In addition, the retention of my laptop has prevented me from filing my corporate and personal tax returns from 2019 and 2020, which I am required to explain the reason for the late filings to the IRS.

Please inform me as to when I can retrieve my property as my filing deadline is this Friday.

**Marty Anderson**
Chief Executive Officer
Blackhawk Inspection & Consulting, Inc
manderson@blackhawkei.com
907-252-7800
Corporate Office
20 Ashley Lane
Casey, IL 62420
O- 217.686.4012 ext. 201
F- 800.776.2044



| | |
|---|---|
| **From:** | sbower@soldotna.org |
| **Sent:** | Tuesday, November 16, 2021 12:02 PM |
| **To:** | justin.works@alaska.gov |
| **Cc:** | tessa.gottlob@alaska.gov |
| **Subject:** | RE: SO21000745- Martin Anderson |
| **Importance:** | High |

Good afternoon,

Mr. Anderson sent us an email message requesting his laptop back… Chief Mlynarik asked me to reach out to find out if the case is closed out at this time in your office…? We just need the final ATN back before releasing his laptop. I am reaching out to find out if the final ATN is available? If so can you send me a copy so that we can start the process on our end for returning the laptop?

I appreciate your help!

~Samantha Bower~

**From:** Works, Justin R (LAW) [mailto:justin.works@alaska.gov]
**Sent:** Monday, October 25, 2021 9:21 AM
**To:** Gottlob, Tessa R (LAW) <tessa.gottlob@alaska.gov>; Samantha Bower <sbower@soldotna.org>
**Subject:** RE: SO21000745- Martin Anderson

I got this notice too. I am reviewing everything they sent me. If they are going to settle this out of court then I'm pretty sure we are not going to proceed.

**From:** Gottlob, Tessa R (LAW) <tessa.gottlob@alaska.gov>
**Sent:** Monday, October 25, 2021 9:19 AM
**To:** sbower.4soa <sbower@soldotna.org>
**Cc:** Works, Justin R (LAW) <justin.works@alaska.gov>
**Subject:** RE: SO21000745- Martin Anderson

Good morning,

This case is being handled by ADA Justin Works. I have cc'd him on this email chain so he is aware of the status and so he can answer any questions regarding the case.

Thanks!!

Tessa Gottlob

**From:** Samantha Bower [mailto:sbower@soldotna.org]
**Sent:** Monday, October 25, 2021 9:10 AM
**To:** Gottlob, Tessa R (LAW) <tessa.gottlob@alaska.gov>
**Subject:** FW: SO21000745
**Importance:** High