

# Alaska Police Standards Council
## Complaint Form
PO Box 111200
Juneau, AK 99811-1200
www.dps.alaska.gov/APSC

**Instructions:** Please write legibly. Personal information will not be disclosed to the public, unless required by law. You can submit this form by mailing it to the above address, emailing it to the Secretary at tanya.silva@alaska.gov, or returning it to the APSC Office at 150 3rd Street in Juneau.

### Please indicate the type of complaint you wish to file (you must check one):

[✓] **Formal Complaint:** Involves a serious allegation of misconduct.
[ ] **Informal Complaint:** Involves a minor complaint or concern that you would only like on record. You understand it will be for informational purposes only and will not be formally investigated.

*Information about you*

| LAST NAME | FIRST NAME | M.I. | DATE OF BIRTH |
|---|---|---|---|
| Anderson | Martin | T | 01/13/1964 |

| STREET ADDRESS and APT# | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 36696 Kimball Court | Sterling | AK | 99672 |

| MAIN PHONE | EMAIL | CELL PHONE | SEX |
|---|---|---|---|
| (907) 252-7800 | martyusak@me.com | (907) 252-7800 | [✓] MALE [ ] FEMALE |

*Are you filing this on behalf of someone else?* [ ] Yes [✓] No
*If Yes, then complete this section*

| WHAT IS HIS/HER LAST NAME? | FIRST NAME | AGE | SEX [ ] MALE [ ] FEMALE |
|---|---|---|---|
| STREET ADDRESS and APT# | CITY | STATE | ZIP CODE |
| WHAT IS HIS/HER RELATIONSHIP TO YOU? | HOME PHONE | | WORK / CELL PHONE |

*Information about the incident*

| LOCATION OR ADDRESS OF INCIDENT | | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| Soldotna, Alaska Kenai Court House | | 05/25/2021 | |
| WITNESS LAST NAME | FIRST NAME | AGE | SEX [✓] MALE [ ] FEMALE |
| Campion | Clint | | |
| WITNESS ADDRESS | CITY | STATE | PHONE |
| Attorney at Law | Anchorage | AK | |
| NAME OR ID# OF OFFICER | OFFICER'S EMPLOYER | | |
| David M. Bower | City of Soldotna | | |

*APSC REVISION April 5, 2018*

1
COS 0992

Case 3:23-cv-00119-KFR    Document 46-39    Filed 06/20/25    Page 1 of 2
EXHIBIT 28 (AC)
Page 1 of 2



# Alaska Police Standards Council
# Complaint Statement Form
PO Box 111200
Juneau, AK 99811-1200
www.dps.alaska.gov/APSC

*Nature of action: Check all that apply.*

| | |
|---|---|
| ☐ Excessive and/or improper use of force | ☐ Criminal Activity |
| ☐ False arrest | ☑ Violation of civil rights |
| ☑ Unlawful search and/or seizure | ☑ Other  Reckless behavior |
| ☑ Dishonesty and untruthfulness | |

*Briefly describe what happened. Feel free to attach additional pages, if needed.*

The officer falsified a search warrant application, recklessly propagated false information and fabricated information in order to obtain a search warrant. He did not corroborate the information with anyone other than the plaintiff (competitor). He willfully omitted information that would have clearly shown my innocence. (The Kenai DA's office decline to file charge based on officer Bowers investigation). Officer Bower swears in his affidavit that local store, Computer Renaissance, made statements of fact, yet the store owner (Andy Walker) signed a statement that officer Bower made statements on behalf of the store that were not true . (see Walker letter)

I believe officer Bowers behavior was strange and unknown motives affected his decision to fabricate information attempting to prove me guilty of a crime while willfully and recklessly omitting information offered to him by Mr. Walker that would have proven my activity was normal and paid for by my employer for many years. (receipts)

As I allowed other former law enforcement and criminal justice persons to review the warrant sworn by Officer Bower, all and without exception, said the document was strange. Former state, city and federal police have reviewed the document as well as former District attorneys. Officer Bowers's reckless behavior has cost my family over 6 months of pain and suffering, over $140,000.00 in attorneys fees and financial impact in my job.

Finally, in the search warrant application, Officer Bower had my residence locate at 36696 Kimball court both in Sterling and Soldotna and reported that I dropped of my laptop at Computer Renaissance four and half months into the future, yet Judge Martin Fallon still signed the search warrant application. When officer Bower and several other SPD officers (5) arrived at my place of work (I was out of state) on May 25th, 2021, they told my administrator that if I changed anything on my laptop, I would face further charges. My administrator asked what I was currently being charged with, The officer did not answer her (Megan Tolliver) but continued to threaten concerning the computer that was with me out of state.

I have served two former Governors (Palin and Parnell) and sever the current Governor. I was elected 5 times to the Kenai Peninsula School Board (serving 15 years) from 2003 to 2018. I have never had a complaint filed against me prior to this and never been charged for anything. I graduated from Soldotna High school in 1982, graduated from UAA and have run several business in the area. I am shocked at the behavior the Soldotna Police and my family and I have considered relocating from the state due to this injustice. We are further relocating our office outside Sold

*I swear and affirm, under penalty of Perjury (AS 11.56.200 or AS 11.56.230) and/or Unsworn Falsification (AS 11.56.210), that the information provided in this complaint is true and accurate to the best of my knowledge.*

| Martin T. Anderson | 12/07/2021 |
|---|---|
| Complainant Signature | Date |

RECEIVING EMPLOYEE:_____  DATE:_____

Forward this report to Executive Director

APSC REVISION April 5, 2018

Please keep a copy of this complaint for your records.

2
COS 0993