IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

MARTIN ANDERSON,

                                                                                      Case No. 3:23-cv-000119-KFR

        Plaintiff,
v.

CITY OF SOLDOTNA,

        Defendant.


<u>EXPERT REPORT OF JOSEPH W. DESMOND</u>

1. I am Joseph W. Desmond. Since 2012, I have been a licensed private investigator in the Commonwealth of Massachusetts. In that role, I regularly perform investigations for law firms and individuals. From 1983-2010, I served as a Special Agent/Supervisory Special Agent for the Drug Enforcement Administration. I have extensive expertise in conducting lawful criminal investigations, developing actionable intelligence, conducting interviews and securing evidence. My business address and telephone number is: One Boston Place, Suite 2600, Boston, MA 02108, 781-462-5710.

I.  **Assignment**

2. I was retained by Plaintiff Anderson to review and render an opinion on the actions taken in the development and pursuit of the criminal probe targeting Mr. Anderson.

II. **Summary of Opinions**

3. I offer the following opinions relevant to this matter, the bases of which I explain in the sections below.

4. **Opinion #1:** Communications between the company Trident and Soldotna Police Department did not comport with standard acceptable investigatory communications with a civilian source of information.

5. **Opinion #2:** The failure to interview Mr. Anderson regarding Anderson's complaint against Officer Bower was a breach of SPD's Operating Procedures Manual and accepted best practices.

6. **Opinion #3:** The use of personal email to communicate regarding official police business violates accepted best practices.

### III.    Qualifications

7. I have a B.S. in Criminal Justice and US-government-provided training in law enforcement. I have worked with Boston Private Investigation, LLC since 2012 and perform investigations for law firms and individuals. From 1983-2010, I served as a Special Agent/Supervisory Special Agent for the Drug Enforcement Administration. I have extensive expertise in conducting lawful criminal investigations, developing actionable intelligence, conducting interviews and securing evidence. I have substantial experience with the following investigatory tools relevant to my analysis and opinions in this expert report: conducting interviews, developing sources of information, obtaining and executing search warrants, seizing evidence, and conducting grand jury investigations. A copy of my current resume is attached as Appendix A to this report.

### IV.    Compensation

8. I (d/b/a Boston Private Investigation, LLC) am being compensated for my services in this matter at a rate of $200.00 per hour. Judicial proceedings are billed at a rate of $300.00 per hour.

9. I may review materials and documents related to this case and reserve the right to supplement this expert report based on any additional work that I may be asked to do or any additional information of which I am made aware.

### V.    Documents Reviewed

10. As part of my assignment, I have reviewed various communications, policies and procedures, and testimony. A complete list of the documents reviewed by me, or made accessible to me, for this report include:

Soldotna Police Department Operating Procedures Manual

Deposition of Martin Anderson

Deposition of Tobin Brennan

Deposition of Janette Bower

Deposition of Dale Meek

Deposition of Lt. Stace Escott

Deposition of Justin Works

Deposition of Peter Mlynarik

Deposition of David Bower

Deposition of Duane Kant

SPD 154

SPD 050

SPD 164

SPD 165

2021 Communications between Trident Officers Pack and Hall and SPD Officer Bower[1]

---

[1] Pertinent communications with Officer Bower: [06-04-21] Mr. James Hall (President, Trident), in email to Officer Bower, offers "any assistance." Officer Bower responds with details of computer search. Ten days later, Mr. Russell Pack (Vice President, Trident) emails Officer Bower to "check the status of the case. Any updates?" [06-03-21] Officer Bower emails Mr. Pack: "Please give me a call ASAP, 907-262-4455." [05-25-21] Mr. Pack email to Officer Bower: "Great thanks! I appreciate you taking care of this today." [05-25-21] Officer Bower to Mr. Pack: "The search warrants are good for a month, but we have the Bodies today so new calls willing I will do it today." [05-21-21] Mr. Pack to Officer Bower: "Thanks for the info. I hope you found some time. How long are they good for? So they expire? I will be traveling next week and I'm sure he's going to also be traveling soon. Just making sure I'm closing the loop. Thanks." [05-24-21] Mr. Pack email to Officer Bower: "Good afternoon mr. [sic] Bower. I just wanted to get an update on our case. Thank you." [05-20-21] Officer Bower to Mr. Pack: "The search warrants were granted but haven't been served. I will execute the warrants as soon as I am able to. I am sorry for the delay." [05-19-21] Mr. Pack email to Officer Bower: "Any News?" [05-14-21] Officer Bower to Mr. Pack email: "Good morning sir, I completed two search

Andrew Walker Letter

Andrew Walker Statement

SPD-134 3rd SW

SPD-102 SW & Aff. Exhibit A

SPD-070-01 Motion to suppress

SPD-070 Aff. M. Anderson Motion to suppress

SPD-068 Bower Compliant

SPD-033 B. Reaves Statement

SPD-047 Tobin to Kant Dereliction

SPD-046 Brennan did not search property

SPD-052 Escott to D. Bower

SPD-053 Kant APSC nothing wrong

Escott-Brennan pre-complaints

SPD-045 Chief civil action

SPD-051 Stace to Bower

SPD-056 Bower comms to husband

SPD-109 Second evidence

SPD-115 Email Works decline criminal charge

SPD-136 Bower to Bower husband

80098 Peter Mlynarik

---

warrants and I'm waiting on the court to approve them. My best guess is that I will execute the warrants next week. I will contact you after that has been completed." [05-17-21] Mr. Pack email to Officer Bower: "Thank you for the heads up. I would like to speak to the DA when it gets to that point. I know there is a standing propensity to plea [sic] these things down for first time offenders. I would like to have a conversation with him before that decision is made please. Thank you for your service."

SPD-147 Walker statement

SPD-107 Scan

SPD-010 Laptop in shop

SPD-050 D. Bower

SPD-164

SPD-165

SPD Legal exhibits

## VI.     Opinions, Analysis, and Basis for Opinions

11. Interviews are critical tools for investigators. An interview could lead to discernment of bias, a history of proven or unproven allegations, mental competency, state of mind, basis of the allegations, and the opportunity to provide a sworn statement. Additionally, interviews can help lead to identification of additional witnesses.

12. The failure to conduct an interview of Martin Anderson regarding the Officer Bower complaint presented a lost opportunity to expand, corroborate or negate the basis of the matter at hand.

13. The use of personal email for official police business presents a clear and troubling lapse in informational security and, potentially, the integrity of the matter at hand.

14. The failure to conduct interviews of key witnesses results in lost potential to develop corroboration, expansion, or impeachment related to involved parties.

I declare under penalty of perjury that the foregoing is true and correct, and if called as a witness would testify competently thereto.

Dated: May 1, 2025

*/s/ Joseph W. Desmond*
JOSEPH W. DESMOND

7

# APPENDIX A

# Joseph W. Desmond

<jwdesmond@gmail.com>                                                             781-462-5710

## CAREER SUMMARY

**Boston Private Investigation, LLC** (2012-Present)                                              Boston, MA
*Licensed Private Investigator / Owner*

Conduct private investigations for law firms and individuals.

**Drug Enforcement Administration** (1983-2010)                    Greater Boston, MA / Washington, DC
*Special Agent / Supervisory Special Agent*

Conducted and directed the investigation of international drug trafficking organizations. Maintained Top Secret security clearance. Certified as expert witness in US District Court. Protected the life of the DEA Administrator. Deployed with coalition of US Army Special Forces and Bolivian National Police in cocaine production suppression operation in the Andes Region of Bolivia, South America. Appointed representative to the Joint Terrorist Task Force (JTTF). Olympic Games security deployment.

## COMMUNITY ACTIVISM

**Bicycling Advocate** (2010-Present)

Formed coalition for greenway development, promoted ridership and safety, supported reforms improving bicycling infrastructure, participated in community groups events and promotions, contributed to reforms and initiatives, and commuted over 29,000 miles.

**Friends of Burlington Canyon** (2011-2015)
*Founder / President*

Organized and directed grassroots citizen's group to defeat successive development initiatives proposed in a residential/open space setting.

**Charlestown After Murder Program (CHAMP)** (1994-2010)
*Board Member*

Changed culture of Boston neighborhood which historically allowed murders to proliferate unabated, commonly referred to as the so called "Code of Silence." Fostered cooperation between citizens and law enforcement resulting in the imprisonment of over 100 criminals and solving of four murders.

**MetroLacrosse** (2000-2005)
*Law enforcement Liaison / Volunteer*

Provided operational and financial resources to support mission of providing athletic, mentoring and educational opportunities to historically underserved and at-risk urban youth. Awarded Volunteer of The Year in 2001.

## KEY ACCOMPLISHMENTS

- Conceived and promoted national program models for Operation Safe Home and the Integrated Drug Enforcement Assistance Program
- Attained a 100% conviction rate resulting in the federal imprisonment of over one hundred defendants for murder, extortion, drug trafficking, bank robbery and racketeering
- Recognized for investigative achievements by the DEA Administrator, Massachusetts State Police Superintendent, the United States Attorney and the New England Narcotics Officers Association
- Competed in the Boston Marathon and The New England Golden Gloves Boxing Tournament

## EDUCATION AND TRAINING

**Northeastern University**  Boston, MA

B.S., Criminal Justice; 3.6 GPA.

**US Government training**

- Intelligence
- Financial Investigations
- Interviews & Interrogations
- Criminal & Civil Investigation