IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

MARTIN ANDERSON, an individual,

        Plaintiff,

        v.

THE CITY OF SOLDOTNA, a municipal corporation; and DAVID BOWER, an individual,

Case No. 3:23-cv-00119-KFR

        Defendants.

## STIPULATED MOTION FOR STAY EXPERT DEPOSITIONS

Plaintiff, through undersigned counsel, and with the agreement of Defendants, respectfully moves the Court for an order staying expert depositions in this matter pending resolution of Defendants' Motion for Summary Judgment (ECF No. 34). In support of this motion, the parties state as follows:

### I. STIPULATION OF THE PARTIES

The parties have diligently engaged in discovery and have remained in regular communication regarding scheduling and case management. As part of those discussions, the parties have agreed that it would conserve party and judicial resources to stay further expert depositions until after the Court rules on Defendants' pending dispositive motion.

If the Defendants' Motion for Summary Judgment is granted in full, no further expert discovery will be necessary. If the Motion is denied in whole or in part, the parties will promptly meet and confer to reschedule expert depositions in a manner consistent with the Court's order and remaining pretrial deadlines.

### II. REQUEST OF THE PARTIES

Accordingly, the parties jointly and respectfully request that the Court enter an order:

1. Staying all expert depositions in this case pending the Court's ruling on Defendants' Motion for Summary Judgment (ECF No. 34); and

2. Directing the parties to submit a joint status report within ten (10) days following the Court's ruling to propose a revised schedule, if necessary, for the completion of expert depositions.

/s/ Thad M. Guyer (Oregon # 821443)
Pro Hac Vice
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe Street
Medford, OR 97501
thadg@whistleblower.org
(206) 954-1293 (mobile)

Attorney for Plaintiff


/s/ Kendra Bowman
Farley & Graves, P.C.
807 G Street, Suite 250
Anchorage, AK 99501
907-274-5100
kbowman@farleygraves.com

Attorney for Defendants

# CERTIFICATE OF SERVICE

I, Thad Guyer, do hereby certify that, on this day of JUNE 25, 2025, I caused a copy of the foregoing *Stipulated Motion For Stay Expert Depositions* with the Clerk of Court via the CM/ECF system.

This 25 day of June 2025.

/s/ Thad Guyer

_____

Thad M. Guyer (Oregon # 821443)
Pro Hac Vice
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe Street
Medford, OR 97501
thadg@whistleblower.org
(206) 954-1293 (mobile)

Attorney for Plaintiff