IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

MARTIN ANDERSON, an individual,

           Plaintiff,

           v.

THE CITY OF SOLDOTNA, a municipal corporation; and DAVID BOWER, an individual,

Case No. 3:23-cv-00119-KFR

           Defendants.

## [PROPOSED] ORDER GRANTING STAY OF EXPERT DEPOSITIONS

Upon consideration of the parties' *Stipulated Motion For Stay Expert Depositions*, and for good cause shown, it is hereby:

**ORDERED** that all expert depositions in this matter are STAYED pending the Court's ruling on Defendants' Motion for Summary Judgment (ECF No. 34); and it is further

**ORDERED** that the parties shall file a joint status report within ten (10) days of the Court's ruling on the motion for summary judgment, proposing a revised schedule for the completion of expert depositions if necessary.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025, at Anchorage, Alaska.

                                                                  _____
                                                                  The Honorable Kyle F. Reardon
                                                                  UNITED STATES MAGISTRATE JUDGE

/s/ Thad M. Guyer (Oregon # 821443)
Pro Hac Vice
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe Street
Medford, OR 97501
thadg@whistleblower.org
(206) 954-1293 (mobile)

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Thad Guyer, do hereby certify that, on this day of JUNE 25, 2025, I caused a copy of the foregoing *[Proposed] Order Granting Stay of Expert Depositions* with the Clerk of Court via the CM/ECF system.

This 25 day of June 2025.

/s/ Thad Guyer

———————————————————

Thad M. Guyer (Oregon # 821443)
Pro Hac Vice
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe Street
Medford, OR 97501
thadg@whistleblower.org
(206) 954-1293 (mobile)

Attorney for Plaintiff