# UNITED STATES DISTRICT COURT
for the
District of Alaska

MARTIN ANDERSON
*Plaintiff*
v.
THE CITY OF SOLDOTNA and DAVID BOWER
*Defendant*

Civil Action No. 3:23-cv-00119-KFR

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Defendants' Motion for Summary Judgment at Docket 34 is **GRANTED**. All of Plaintiff's claims in his Complaint are **DISMISSED**.

APPROVED:

**s/Kyle F. Reardon**
Kyle F. Reardon
United States Magistrate Judge

Date: October 1, 2026

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*