Thad M. Guyer (admitted pro hac vice)
T.M. Guyer & Friends, PC
116 Mistletoe Street
Medford, OR 97501
Phone (202) 227-3590
thad@guyerfriends.com
Oregon Bar No. 821443

Attorney for Plaintiff Martin Anderson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

**MARTIN ANDERSON**, an individual,

Plaintiff,

v.

Case No. 3:23-cv-00119-KFR

**THE CITY OF SOLDOTNA**, a municipal corporation; and **DAVID BOWER**, an individual,

Defendants.

---

**NOTICE OF CHANGE OF COUNSEL'S ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS**

Under Local Civil Rule 11.1(b)(1), counsel for Plaintiff Martin Anderson gives notice that his firm name, address, telephone number, and e-mail address have changed. Effective immediately, please direct all notices, filings, and correspondence to:

Thad M. Guyer
T.M. Guyer & Friends, PC
116 Mistletoe Street
Medford, OR 97501
Phone (202) 227-3590
thad@guyerfriends.com

Counsel requests that the Clerk update the docket and the CM/ECF service list accordingly.

DATED: October 20, 2026.

Respectfully submitted,

/s/ Thad M. Guyer

Thad M. Guyer (admitted pro hac vice)
T.M. Guyer & Friends, PC
116 Mistletoe Street
Medford, OR 97501
Phone (202) 227-3590
thad@guyerfriends.com
Oregon Bar No. 821443
Attorney for Plaintiff Martin Anderson

## CERTIFICATE OF SERVICE

I certify that on October 20, 2026, a copy of the foregoing was served electronically through the Court's CM/ECF system on counsel of record for Defendants, Jimmie C. Wilkson and Kendra E. Bowman, Farley & Graves, P.C.

/s/ Thad M. Guyer

_________________________________

Thad M. Guyer