**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

Martin Anderson
v.
The City of Soldotna, et al.

CANDICE DUNCAN, CLERK OF COURT

Jessica Vincent
DEPUTY CLERK

CASE NO. 3:23-cv-00119-KFR

PROCEEDINGS: **CLERK'S NOTICE**

DATE: November 17, 2026

A Bill of Costs was filed on 10/13/2026 at Docket 63. Plaintiff's Objections were filed on 10/20/2026 at Docket 64. All filings were considered by the Clerk.

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case in the amount of $6,732.80 are allowed in part.

Fees in the amount of $855.00 for filing fee, videography, and DVD charges as to the deposition of Mr. Anderson are not allowed. Defendants have not established that these costs were reasonably necessary.

Fees in the amount of $520.00 for shipping and handling of transcripts are not allowed. Defendants have not established that these shipping and handling costs were reasonably necessary in addition to the cost of electronic transcripts.

Total fees in the amount of **$5,357.80** are allowed.

Fees and disbursements for printing in the amount of $40.85 are not allowed. Defendants have not established that these charges are applicable to this case, nor that they were reasonably necessary.

Other costs in the amount of $830.12 are not allowed.

Total costs taxed by the Clerk for Defendants The City of Soldotna et al against Plaintiff Martin Anderson are awarded in the amount of **$5,357.80.**

Counsels’ attention is directed to FRCvP(d)(1); Review of Costs.